## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, LISA DOLENCE, ELIZABETH SCHENKEL, EMILY WINES, AND MARK GARAN, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br><br>            Defendants. | Civil Action No.:  5:19-cv-00263<br><br>Senior Judge Frederick P. Stamp, Jr.<br><br>Class Action<br><br>JURY TRIAL DEMANDED |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Alecto Healthcare Services LLC and Alecto Healthcare Services Wheeling, LLC, by counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses the following:

    1.    Is the party a non-governmental corporate party?

RESPONSE:  Alecto Healthcare Services LLC and Alecto Healthcare Services Wheeling, LLC are both non-governmental corporate parties.

    2.    If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

RESPONSE:  There is no parent corporation. Alecto Healthcare Services LLC is a Delaware limited liability company with seven members, all of whom are individuals domiciled

in either California or Texas. Alecto Healthcare Services Wheeling, LLC is a Delaware limited liability company whose sole member is Alecto Healthcare Services Ohio Valley, LLC.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

RESPONSE:  Not applicable.

        **ALECTO HEALTHCARE SERVICES LLC** and
        **ALECTO HEALTHCARE SERVICES WHEELING, LLC**

        By Counsel,

        **SPILMAN THOMAS & BATTLE, PLLC**

        /s/ Kevin L. Carr
        Kevin L. Carr (WV State Bar # 6872)
        Spilman Thomas & Battle, PLLC
        300 Kanawha Boulevard, East
        Charleston, WV  25301
        Telephone: 304.340.3800
        Fax: 304.340.3801
        Email: kcarr@spilmanlaw.com

        Michael S. Garrison (WV State Bar # 7161)
        48 Donley Street, Suite 800 (Zip: 26501)
        P.O. Box 615
        Morgantown, WV 06507-0615
        Telephone: 304.291.7920
        Fax: 304.291.7979
        Email: mgarrison@spilmanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KEITH REED, LISA DOLENCE,**
**ELIZABETH SCHENKEL, EMILY WINES,**
**AND MARK GARAN, individually and on**
**behalf of others similarly situated,**        **Civil Action No.:**

                                                **Class Action 5:19-cv-263 Judge Stamp**

      **Plaintiffs,**                          **JURY TRIAL DEMANDED**

**v.**

**ALECTO HEALTHCARE SERVICES LLC,**
**and ALECTO HEALTHCARE SERVICES**
**WHEELING, LLC d/b/a OHIO VALLEY**
**MEDICAL GROUP and d/b/a OVMC**
**PHYSICIANS,**

      **Defendants.**

## CERTIFICATE OF SERVICE

    I, Kevin L. Carr, certify that on December 19, 2019, I electronically filed the foregoing "Defendant's Corporate Disclosure Statement" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record as follows:

        Timothy F. Cogan, Esq.
        Cassidy, Cogan, Shapell & Voegelin, L.C.
        The First State Capitol Building
        1413 Eoff Street
        Wheeling, WV  26003

        Vincent J. Mersich, Esq.
        Maureen Davidson-Welling, Esq.
        John Stember, Esq.
        Stember Cohn & Davidson-Welling, LLC
        The Hartley Rose Building
        425 First Avenue, 7th Floor
        Pittsburgh, PA  15219

            /s/ Kevin L. Carr
            Kevin L. Carr (WV State Bar # 6872)