# EXHIBIT A

CL_011873

WRITTEN CONSENT OF
THE MEMBERS OF
ALECTO HEALTHCARE SERVICES LLC

(February 1, 2017)

The undersigned, constituting all of the Members of Alecto Healthcare Services LLC, a Delaware limited liability company (the "Company"), hereby adopt the following Resolutions, with preambles, by unanimous written consent:

<u>TO APPOINT A MANAGER OF THE COMPANY</u>:

WHEREAS, the Operating Agreement of the Company provides for three (3) managers, and there currently exists a vacancy as a result of the resignation of Panch Jeyakumar, M.D. as a Manager effective this date; and

WHEREAS, the Members have the authority to appoint the Managers and to fill any vacancies.

NOW, THEREFORE, BE IT RESOLVED, that Michael J. Sarrao is hereby appointed as a Manager of the Company, to serve until his successor is duly appointed.

RESOLVED FURTHER, that by signing below Michael J. Sarrao accepts his appointment to the position of Manager.

This Written Consent is executed pursuant to the provisions of applicable Delaware law and the Operating Agreement of the Company, and is to be filed in the minute book of the Company.

Dated: February 1, 2017

**<u>CLASS A MEMBERS:</u>**

Confidential

DEFENDANTS_016572

CL_011873



**CLASS B MEMBER:**



2

DEFENDANTS_016573