IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH REED, LISA DOLENCE, ELIZABETH SCHENKEL, EMILY WINES, AND MARK GARAN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br><br>Defendants. | Case No. 5:19-cv-00263<br><br>Judge John Preston Bailey<br><br>Magistrate Judge James P. Mazzone<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF DEPOSITION OF
<u>RICHARD A. HAYES</u>**

To:   ALL PARTIES AND THEIR COUNSEL OF RECORD

Notice is hereby given that Plaintiffs will take the deposition by oral examination of **RICHARD A. HAYES**, pursuant to Fed.R.Civ.P. 26 and 30, on **December 16, 2021 at 9:00 AM (PST),** via videoconference.

The deposition will be recorded by stenographic means, and may be recorded by video and/or "realtime" transcription, as well as webcast to remote locations. The parties and their counsel may participate remotely, and exhibits may be shown electronically. This audio/videoconference deposition will be conducted via a videoconference platform link that will be provided in advance of the deposition.

**THE WITNESS SHOULD HAVE GOVERNMENT–ISSUED IDENTIFICATION TO PROVIDE TO THE COURT REPORTER/NOTARY TO CONFIRM THEIR IDENTITY AT THE COMMENCEMENT OF THE DEPOSITION AND BEFORE BEING SWORN.**

|  |  |
|---|---|
| Court reporter/notary: | Planet Depos, LLC<br>Barkley Court Reporters (CRCD)<br>2030 Main St.,<br>Ste 1300<br>Irvine, CA 92614 |
| Location of witness: | At office of court reporter/notary or at a previously agreed upon location participating via videoconference |

The deposition will be conducted as set forth in this Notice, and will continue from day to day until finished.

Respectfully submitted,

/s/Bren J. Pomponio

| | |
|---|---|
| Timothy F. Cogan, Esq. (WVSB# 764)<br>tfc@walslaw.com<br>**Cassidy, Cogan, Shapell & Voegelin, LC**<br>The First State Capitol Building<br>1413 Eoff Street<br>Wheeling, WV 26003<br>T.: (304) 232-8100<br>F.: (304) 232-8200 | Bren J. Pomponio, Esq. (WVSB# 7774)<br>bren@msjlaw.org<br>**Mountain State Justice, Inc.**<br>Mountain State Justice<br>1217 Quarrier St.<br>Charleston, WV 25301<br>T.: (304) 344-3144<br>F.: (304) 344-3145 |
| F. Alex Risovich, Esq. (WVSB # 10866)<br>alex.risovich@risovichlaw.com<br>**Risovich Law Offices, PLLC**<br>3023 Pennsylvania Avenue<br>Weirton, WV 26062<br>T.: (304) 723-2588<br>F.: (304) 723-2504 | Vincent J. Mersich, Esq. (*pro hac vice*)<br>vmersich@stembercohn.com<br>Maureen Davidson-Welling, Esq. (*pro hac vice*)<br>mdw@stembercohn.com<br>John Stember, Esq. (*pro hac vice*)<br>jstember@stembercohn.com<br>**Stember Cohn & Davidson-Welling, LLC**<br>The Hartley Rose Building<br>425 First Avenue, 7th Floor<br>Pittsburgh, PA 15219<br>T.: (412) 338-1445<br>F.: (412) 338-1446 |
| Dated:  November 22, 2021 | *Attorneys for Plaintiffs* |

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, LISA DOLENCE, ELIZABETH SCHENKEL, EMILY WINES, AND MARK GARAN, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br><br>　　　　　　　Defendants. | Case No. 5:19-cv-00263<br><br>Judge John Preston Bailey<br><br>Magistrate Judge James P. Mazzone<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I, Bren J. Pomponio, Counsel for Plaintiffs hereby certify that on this date, a copy of ***PLAINTIFFS' NOTICE OF DEPOSITION OF RICHARD A. HAYES***, was electronically filed with the Clerk of Court using the CM/ECF system, and further certifies that a true and accurate copy of the foregoing was served via email upon counsel of record as follows:

| | |
|---|---|
| Kevin L. Carr, Esquire<br>Chelsea E. Thompson, Esquire<br>300 Kanawha Boulevard, East<br>Charleston, WV 25301<br>kcarr@spilmanlaw.com<br>cthompson@spilmanlaw.com | Michael S. Garrison, Esquire<br>48 Donley Street, Suite 800<br>Morgantown, WV 26501<br>mgarrison@spilmanlaw.com |

Dated:  November 22, 2021　　　　　/s/ Bren J. Pomponio
　　　　　　　　　　　　　　　　　　　Bren J. Pomponio, Esquire