IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, LISA DOLENCE, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, CHRISTINA LUCAS, and AUGUST ULLUM, individually and on behalf of others similarly situated,<br><br>              Plaintiffs,<br>v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br>              Defendants. | Case No. 5:19-cv-00263-JPB<br><br>Judge John Preston Bailey<br><br>CLASS ACTION |

**APPENDIX TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Timothy F. Cogan, Esq. (WVSB # 764)
**Cassidy, Cogan, Shapell & Voegelin, LC**
The First State Capitol Building
1413 Eoff Street
Wheeling, WV 26003
T.: (304) 232-8100

F. Alex Risovich, Esq. (WVSB # 10866)
**Risovich Law Offices, PLLC**
3023 Pennsylvania Avenue
Weirton, WV 26062
T.: (304)723-2588

Bren Pomponio, Esq. (WVSB # 7774)
Laura Davidson, Esq. (WVSB # 13832)
**Mountain State Justice, Inc.**
1217 Quarrier Street
Charleston, WV 25301
T.: (304) 344-3144

Maureen Davidson-Welling, Esq. (*pro hac vice*)
John Stember, Esq. (*pro hac vice*)
**Stember Cohn & Davidson-Welling, LLC**
The Hartley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA  15219
T.: (412) 338-1445

Dated:  April 7, 2022

*Attorneys for Plaintiffs*

## INDEX OF EXHIBITS

| APPENDIX EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Declaration of Maureen Davidson-Welling, Esquire, in Support of Plaintiffs' Motion for Class Certification |
| 2 **CONFIDENTIAL** | AHS Amended and Restated Operating Agreement (DEFENDANTS 35970–36012) |
| 3 | May 10, 2021 Letter from K. Carr to B. Pomponio regarding subpoena served upon Alecto Healthcare Services Ohio Valley, LLC ("AHSOV") |
| 4 **CONFIDENTIAL** | January 26, 2017 Asset Purchase Agreement between four West Virginia and Ohio hospitals and Alecto subsidiaries, and as to only one section, Alecto Healthcare Services (DEFENDANTS 2022–2130) |
| 5 | September 2, 2019 Letter to Governor Justice (DEFENDANTS 16435–16440) |
| 6 **CONFIDENTIAL** | Amended and Restated Alecto Healthcare Services Ohio Valley, LLC Agreement (DEFENDANTS 16449–16526) |
| 7 | May 18, 2020 Article from *The Intelligencer* re sale of EORH |
| 8 | MPT and subsidiaries unaudited pro forma condensed consolidated financial statement filed with SEC |
| 9 **CONFIDENTIAL** | May 31, 2017 Amended Restated Operating Agreement of AHSW (DEFENDANTS 2212–2226) |
| 10 | August 7, 2019 Email chain from J. Coelho to J. Redin re Accounts Payable (DEFENDANTS 28041–28042) |
| 11 **CONFIDENTIAL** | June 1, 2017 Management Services Agreement whereby subsidiaries hire Alecto Healthcare Services LLC as the "manager" for OVMC and EORH. (DEFENDANTS 2190–2211) |
| 12 **CONFIDENTIAL** | 3/18/19 Email chain from M. Sarrao to J. Meeks re follow-up with three attachments (DEFENDANTS 33041–33053) |
| 13 | July 3, 2019 Email attaching draft WARN notices (DEFENDANTS 32105–32110) |
| 14 **CONFIDENTIAL** | July 23, 2019 Confidential Memorandum from AHS Managers (DEFENDANTS 31998–32009) |
| 15 | July 29, 2019 Email from J. Coello summarizing info from M. Bradshaw (DEFENDANTS 19644) |
| 16 | August 7, 2019 Press Release (DEFENDANTS 32086–32087) |

| APPENDIX EXHIBIT NO. | DESCRIPTION |
|---|---|
| 17 | August 7, 2019 Email to CNF with press release, Q&A, timeline, and talking points attachments (DEFENDANTS 32039–32059) |
| 18 **CONFIDENTIAL** | March 29, 2019 Email from R. Krissman re OVMC w/o attachments (DEFENDANTS 35154–35155) |
| 19 **CONFIDENTIAL** | July 29, 2019 Email from M. Sarrao re closing OVMC and EORH (DEFENDANTS 35461) |
| 20 | August 4, 2019 Email from M. Sarrao to D. Dunmyer (DEFENDANTS 19660–19661) |
| 21 | August 8, 2019 Letter from M. Sarrao to Jolynn Mara of WV Department of Health & Human Resources w/ attached timeline (DEFENDANTS 7–11) |
| 22 | August 8, 2019 Letter from D. Dunmyer to Mayor Robert Krajnyak regarding EORH closure (DEFENDANTS 87–88) |
| 23 | August 8, 2019 Notice to Employees of Permanent Closure of OVMC (DEFENDANTS 82) |
| 24 | August 19, 2019 MRI Shutdown email from D. Dunmyer (DEFENDANTS 17589) |
| 25 **CONFIDENTIAL** | September 3, 2019 Office Building Eviction email (DEFENDANTS 15138) |
| 26 **CONFIDENTIAL** | August 15, 2019 Letter to patients from Prescription Center at OVMC (DEFENDANTS 33025) |
| 27 **CONFIDENTIAL** | August 26, 2019 Email chain with Dianna Ciancone re Huddle Highlights (DEFENDANTS 2730) |
| 28 | August 6, 2019 Email from M. Sarrao re closure timelines with attachments (DEFENDANTS 31919–31922) |
| 29 **CONFIDENTIAL** | September 3, 2019 Email from M. Sarrao to G. Carlis attaching press release (DEFENDANTS 32016–32018) |
| 30 | Excerpts from Response to Defendants' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Plaintiff Keith Reed, dated February 7, 2022 |
| 31 | September 3, 2019 Email from K. Reed to Z. Elerick (REED 00001) |
| 32 **CONFIDENTIAL** | September 4, 2019 Email chain with M. Serig (DEFENDANTS 3371–3372) |
| 33 | October 1, 2019 Email from M. Sarrao regarding Staffing (DEFENDANTS 25373) |

| APPENDIX EXHIBIT NO. | DESCRIPTION |
|---|---|
| 34 | Defendants' Answers to Plaintiffs' Second Set of Interrogatories, dated April 21, 2021 |
| 35 **CONFIDENTIAL** | Employee List with reasons for separation (DEFENDANTS 14758) |
| 36 **CONFIDENTIAL** | Employee Census by hospital as of August 25, 2021 (DEFENDANTS 16730–16761) |
| 37 | Declaration of Keith Reed in support of Class Certification |
| 38 | Declaration of Emily Schenkel in support of Class Certification |
| 39 | Declaration of Emily Wines in support of Class Certification |
| 40 | Declaration of Lisa Dolence in support of Class Certification |
| 41 | Declaration of August Ullum, II, in support of Class Certification |
| 42 | Declaration of Mark Garan in support of Class Certification |
| 43 | Defendants' Answers to Plaintiffs' First Set of Request for Admissions, dated April 21, 2021 |
| 44 | August 23, 2019 Email from D. Dunmyer re Ordering (DEFENDANTS 17440) |
| 45 | September 4, 2019 press release announcing closure of OVMC acute and emergency medical services (DEFENDANTS 16762–16763) |
| 46 | Declaration of Bren Pomponio in Support of Motion to Appoint Class Counsel Pursuant to F.R.C.P. 23(g) |
| 47 | Declaration of Alex Risovich in Support of Motion to Appoint Class Counsel Pursuant to F.R.C.P. 23(g) |
| 48 | Declaration of Laura Davidson in Support of Motion to Appoint Class Counsel Pursuant to F.R.C.P. 23(g) |
| 49 | Declaration of Maureen Davidson-Welling in Support of Motion to Appoint Class Counsel Pursuant to F.R.C.P. 23(g) |
| 50 | Declaration of John Stember in support of Motion to Appoint Class Counsel Pursuant to F.R.C.P. 23(g) |
| 51 | Declaration of Timothy Cogan in support of Motion to Appoint Class Counsel Pursuant to F.R.C.P. 23(g) |
| 52 **CONFIDENTIAL** | AHSOV and AHSW Consents to Join Loan Agreements (DEFENDANTS 16542–16549) |
| 53 **CONFIDENTIAL** | Excerpt of J.B. Dev. Timecard data (DEFENDANTS 16769) |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/Bren Pomponio |
| Timothy F. Cogan, Esq. (WVSB # 764) | Bren Pomponio, Esq. (WVSB # 7774) |
| **Cassidy, Cogan, Shapell & Voegelin, LC** | Laura Davidson, Esq. (WVSB # 13832) |
| The First State Capitol Building | **Mountain State Justice, Inc.** |
| 1413 Eoff Street | 1217 Quarrier Street |
| Wheeling, WV 26003 | Charleston, WV 25301 |
| T.: (304) 232-8100 | T.: (304) 344-3144 |
|  |  |
| F. Alex Risovich, Esq. (WVSB # 10866) | Maureen Davidson-Welling, Esq. (*pro hac vice*) |
| **Risovich Law Offices, PLLC** | John Stember, Esq. (*pro hac vice*) |
| 3023 Pennsylvania Avenue | **Stember Cohn & Davidson-Welling, LLC** |
| Weirton, WV 26062 | The Hartley Rose Building |
| T.: (304)723-2588 | 425 First Avenue, 7th Floor |
|  | Pittsburgh, PA  15219 |
|  | T.: (412) 338-1445 |
|  |  |
| Dated:  April 7, 2022 | *Attorneys for Plaintiffs* |

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, LISA DOLENCE, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, CHRISTINA LUCAS, and AUGUST ULLUM, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br>        Defendants. | Case No. 5:19-cv-00263-JPB<br><br>Judge John Preston Bailey<br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **APPENDIX TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** was filed with the Clerk of Court using the Court's CM/ECF system, which will send notifications of such filing to the following:

Kevin L. Carr, Esquire
Chelsea E. Thompson, Esquire
300 Kanawha Boulevard, East
Charleston, WV 25301
kcarr@spilmanlaw.com
cthompson@spilmanlaw.com

Michael S. Garrison, Esquire
48 Donley Street, Suite 800
Morgantown, WV 26501
mgarrison@spilmanlaw.com

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/Bren Pomponio |
| Timothy F. Cogan, Esq. (WVSB # 764) | Bren Pomponio, Esq. (WVSB # 7774) |
| **Cassidy, Cogan, Shapell & Voegelin, LC** | Laura Davidson, Esq. (WVSB # 13832) |
| The First State Capitol Building | **Mountain State Justice, Inc.** |
| 1413 Eoff Street | 1217 Quarrier Street |
| Wheeling, WV 26003 | Charleston, WV 25301 |
| T.: (304) 232-8100 | T.: (304) 344-3144 |
|  |  |
| F. Alex Risovich, Esq. (WVSB # 10866) | Maureen Davidson-Welling, Esq. (*pro hac vice*) |
| **Risovich Law Offices, PLLC** | John Stember, Esq. (*pro hac vice*) |
| 3023 Pennsylvania Avenue | **Stember Cohn & Davidson-Welling, LLC** |
| Weirton, WV 26062 | The Hartley Rose Building |
| T.: (304)723-2588 | 425 First Avenue, 7th Floor |
|  | Pittsburgh, PA  15219 |
|  | T.: (412) 338-1445 |
|  |  |
| Dated:  April 7, 2022 | *Attorneys for Plaintiffs* |