# EXHIBIT 33

**To:** lexreddy@alectohealthcare.com[lexreddy@alectohealthcare.com]; Jeremy Redin[jredin@alectohealthcare.com]
**Cc:** Mike Sarrao[msarrao@sarraolaw.com]
**From:** mbradshaw@alectohealthcare.com
**Sent:** Tue 10/1/2019 11:30:36 AM
**Subject:** FW: Staffing
**Received:** Tue 10/1/2019 11:30:36 AM
Post-Closure Employees (1).xlsx

Jennifer's grandmother died so today will be her last day at the hospital and she plans to run out PTO.

Lisa and Lynette will be part of a rotation so that at least 3 senior leaders will take PTO each day but leave enough to handle issues that arise.

Total employees on the roster is over 800 but the total who are actually working productive hours is approximately 200. The rest are just collecting PTO or are per diem or otherwise not eligible for PTO.

Dan is going to reduce that 200 figure today to 70 or less. In the coming days he will reduce it further. His team is working on an updated version of the attached file to scale back the staff.

Mark

**From:** Daniel Dunmyer [mailto:ddunmyer@ovrh.org]
**Sent:** Monday, September 30, 2019 1:50 PM
**To:** Lex Reddy; Mike Sarrao; mbradshaw@alectohealthcare.com; Jeremy Redin
**Cc:** Eric Mencer; Jennifer Coello; Lisa Fordyce; lynette debertrand; Mallik Yenigella; naren Sridhar; victoria mounsey; Daniel Dunmyer
**Subject:** Staffing

We have listed staffing in two levels. First what we believe we must have in order to get charts done, billing, collecting etc. Other things that are important to keep things going. We alos listed several departments we think are vitally important in order to get things done. We have organized and done a great deal of work to get everything blowed up, cleaned, accounted for and placed in various parts of the hospital. We can simply close the doors and ask one or two people to handle things but it won't be very organized and it will not be done very well. However, we do understand the drain on the dollars.

Finally we have 8 senior staff who are planning on being here as long as you need us. If you need us to op coming in please me know and I will coordinate the official terminations.

We have a meeting at 9 AM tomorrow (I know that is early for you guys for us to discuss) or we can go over at the 12:30 call. Or simply let me know what positions you want us to have and I will make sure the rest are directed not to come in.
--
Daniel C. Dunmyer
President and Chief Executive Officer
OVMC / EORH
2000 Eoff St
Wheeling, WV 26003
304.234.8383 (o)
304.312.0142 (m)

Confidentiality Notice: This message, including any attachments, is for the sole use of the individual or entity to which it is addressed. This message may contain confidential health and/or legally privileged information. If you are not the named recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance of the contents of this message is strictly prohibited. If you have received this message in error, please notify sender immediately and destroy all copies of the original message.