IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**KEITH REED, LISA DOLENCE,**
**ELIZABETH SCHENKEL,**
**EMILY WINES, MARK GARAN**
**CHRISTINA LUCAS, and AUGUST ULLUM, II,**
individually and on behalf of others similarly
situated,

          Plaintiffs,

v.                                **CIVIL ACTION NO. 5:19-CV-263**
                                     Judge Bailey

**ALECTO HEALTHCARE SERVICES, LLC,** and
**ALECTO HEALTHCARE SERVICES**
**WHEELING, LLC,** d/b/a Ohio Valley Medical
Group d/b/a OVMC Physicians,,

          Defendants.

## ORDER

Pending before this Court is Defendants' Motion for Leave to File Under Seal [Doc. 145], filed June 6, 2022. Therein, pursuant to Federal Rule of Civil Procedure 5.2(d), LR Gen P 6.01, LR Civ P 26.05 and Rule 12 of the Administrative Procedures for Electronic Case Filing, defendants request this Court to file "Defendants' Response in Opposition to Plaintiffs' Motion to Certify Class" [Doc. 145-1] and supporting exhibits under seal.

The Motion [**Doc. 145**] is **GRANTED**. The Clerk is hereby **DIRECTED** to **FILE** Docs. 145-1 through145-20 **UNDER SEAL**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED**: June 7, 2022.

JOHN PRESTON BAILEY<br>
UNITED STATES DISTRICT JUDGE