IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, LISA DOLENCE, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, CHRISTINA LUCAS, and AUGUST ULLUM, individually and on behalf of others similarly situated, | Case No. 5:19-cv-00263-JPB <br><br> Judge John Preston Bailey <br><br> CLASS ACTION |
| Plaintiffs, <br> v. <br><br> ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS, <br> Defendants. | |

SUPPLEMENTAL APPENDIX IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Timothy F. Cogan, Esq. (WVSB # 764)
**Cassidy, Cogan, Shapell & Voegelin, LC**
The First State Capitol Building
1413 Eoff Street
Wheeling, WV 26003
T.: (304) 232-8100

F. Alex Risovich, Esq. (WVSB # 10866)
**Risovich Law Offices, PLLC**
3023 Pennsylvania Avenue
Weirton, WV 26062
T.: (304)723-2588

Bren Pomponio, Esq. (WVSB # 7774)
Laura Davidson, Esq. (WVSB # 13832)
**Mountain State Justice, Inc.**
1217 Quarrier Street
Charleston, WV 25301
T.: (304) 344-3144

Maureen Davidson-Welling, Esq. (*pro hac vice*)
John Stember, Esq. (*pro hac vice*)
**Stember Cohn & Davidson-Welling, LLC**
The Hartley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
T.: (412) 338-1445

Dated: June 29, 2022                                 *Attorneys for Plaintiffs*

## INDEX OF EXHIBITS

| APPENDIX EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Declaration of Maureen Davidson-Welling, Esquire, in Support of Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Class Certification |
| 2<br>**[Motion for Leave to File Under Seal Pending]** | Chart: Summary of Pay and Work Records for Employees at OVMC based on Defendants' records |
| 3 | Table listing the number and cumulative percentage of class members whose last day of work at OVMC had passed |
| 4 | Excerpted copy of Defendants' 03/24/2021 Responses to Plaintiffs' First Set of Interrogatories [pp. 1, 3-4, 13, Verification] |
| 5 | Excerpts of the transcript of the 05/19/2022 Deposition of Michael Sarrao [pp. cover page, 1-8, 16-17, 163-165] |
| 6 | Excerpts of the transcript of the 06/08/2022 Deposition of Daniel Dunmyer [pp. cover page, 1, 4, 9, 38-41] |

Respectfully submitted,

/s/Bren Pomponio
_____

| | |
|---|---|
| Timothy F. Cogan, Esq. (WVSB # 764) | Bren Pomponio, Esq. (WVSB # 7774) |
| **Cassidy, Cogan, Shapell & Voegelin, LC** | Laura Davidson, Esq. (WVSB # 13832) |
| The First State Capitol Building | **Mountain State Justice, Inc.** |
| 1413 Eoff Street | 1217 Quarrier Street |
| Wheeling, WV 26003 | Charleston, WV 25301 |
| T.: (304) 232-8100 | T.: (304) 344-3144 |
| | |
| F. Alex Risovich, Esq. (WVSB # 10866) | Maureen Davidson-Welling, Esq. (*pro hac vice*) |
| **Risovich Law Offices, PLLC** | John Stember, Esq. (*pro hac vice*) |
| 3023 Pennsylvania Avenue | **Stember Cohn & Davidson-Welling, LLC** |
| Weirton, WV 26062 | The Hartley Rose Building |
| T.: (304)723-2588 | 425 First Avenue, 7th Floor |
| | Pittsburgh, PA  15219 |
| | T.: (412) 338-1445 |
| | |
| Dated:  June 29, 2022 | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, LISA DOLENCE, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, CHRISTINA LUCAS, and AUGUST ULLUM, individually and on behalf of others similarly situated,<br><br>                 Plaintiffs,<br>   v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br>                 Defendants. | Case No. 5:19-cv-00263-JPB<br><br>Judge John Preston Bailey<br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **SUPPLEMENTAL APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** was filed with the Clerk of Court using the Court's CM/ECF system, which will send notifications of such filing to the following:

| | |
|---|---|
| Kevin L. Carr, Esquire<br>Chelsea E. Thompson, Esquire<br>300 Kanawha Boulevard, East<br>Charleston, WV 25301<br>kcarr@spilmanlaw.com<br>cthompson@spilmanlaw.com | Michael S. Garrison, Esquire<br>48 Donley Street, Suite 800<br>Morgantown, WV 26501<br>mgarrison@spilmanlaw.com |

        Respectfully submitted,

        /s/Bren Pomponio

| | |
|---|---|
| Timothy F. Cogan, Esq. (WVSB # 764) | Bren Pomponio, Esq. (WVSB # 7774) |
| **Cassidy, Cogan, Shapell & Voegelin, LC** | Laura Davidson, Esq. (WVSB # 13832) |
| The First State Capitol Building | **Mountain State Justice, Inc.** |
| 1413 Eoff Street | 1217 Quarrier Street |
| Wheeling, WV 26003 | Charleston, WV 25301 |
| T.: (304) 232-8100 | T.: (304) 344-3144 |
| | |
| F. Alex Risovich, Esq. (WVSB # 10866) | Maureen Davidson-Welling, Esq. (*pro hac vice*) |
| **Risovich Law Offices, PLLC** | John Stember, Esq. (*pro hac vice*) |
| 3023 Pennsylvania Avenue | **Stember Cohn & Davidson-Welling, LLC** |
| Weirton, WV 26062 | The Hartley Rose Building |
| T.: (304)723-2588 | 425 First Avenue, 7th Floor |
| | Pittsburgh, PA  15219 |
| | T.: (412) 338-1445 |
| | |
| Dated:  June 29, 2022 | *Attorneys for Plaintiffs* |