# EXHIBIT 5



# Transcript of Michael Sarrao

**Date:** May 19, 2022
**Case:** Reed, et al. -v- Alecto Healthcare Services, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
                IN THE UNITED STATES DISTRICT COURT

            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

                            AT WHEELING

 -----------------------------x

 KEITH REED, et al.,           :

             Plaintiffs,       :

    v.                         :  Case No.

 ALECTO HEALTHCARE SERVICES    :  5:19-cv-00263-JPB

 LLC, et al.,                  :

             Defendants.       :

 -----------------------------x


    Videotaped Virtual Deposition of MICHAEL SARRAO

                    Thursday, May 19, 2022

                        10:39 a.m. CST








 Job No.:  449917

 Pages:  1 - 184

 Reported by:  Tiffany M. Pietrzyk, CSR RPR CRR
```

1      Videotaped virtual deposition of MICHAEL
2  SARRAO, pursuant to notice, before Tiffany M.
3  Pietrzyk, a Certified Shorthand Reporter, Registered
4  Professional Reporter, Certified Realtime Reporter,
5  and a Notary Public in and for the State of
6  Illinois.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1              A P P E A R A N C E S

2     ON BEHALF OF THE PLAINTIFFS:

3         MAUREEN DAVIDSON-WELLING, ESQUIRE

4         STEMBER COHN & DAVIDSON-WELLING, LLC

5         The Hartley Rose Building

6         425 First Avenue, 7th Floor

7         Pittsburgh, Pennsylvania 15219

8         412.338.1445

9

10    ON BEHALF OF THE PLAINTIFFS:

11        TIMOTHY F. COGAN, ESQUIRE

12        CASSIDY, COGAN, SHAPELL & VOEGELIN, LC

13        The First State Capitol Building

14        1413 Eoff Street

15        Wheeling, West Virginia 26003

16        304.232.8100

17

18    ON BEHALF OF THE PLAINTIFFS:

19        BREN POMPONIO, ESQUIRE

20        MOUNTAIN STATE JUSTICE, INC.

21        1217 Quarrier Street

22        Charleston, West Virginia 25301

23        304.344.3144

24

```
 1      A P P E A R A N C E S   C O N T I N U E D
 2   ON BEHALF OF THE DEFENDANTS:
 3       MICHAEL S. GARRISON, ESQUIRE
 4       CHELSEA E. THOMPSON, ESQUIRE
 5       SPILMAN THOMAS & BATTLE, PLLC
 6       300 Kanawha Boulevard, East
 7       Charleston, West Virginia 25301
 8       304.340.3800
 9
10   ALSO PRESENT:
11       Dominic Coppola, Planet Depos Remote
12       Technician
13       Jean-Louis Ziesch, Planet Depos Videographer
14
15
16
17
18
19
20
21
22
23
24
```

```
1                C O N T E N T S
2  EXAMINATION OF MICHAEL SARRAO              PAGE
3    By Ms. Davidson-Welling                    8
4
5                E X H I B I T S
6            (Attached to transcript.)
7  DEPOSITION EXHIBITS                        PAGE
8  Exhibit 1    WRITTEN CONSENT OF THE SOLE     54
9               MEMBER OF ALECTO HEALTHCARE
10              SERVICES WHEELING LLC, June 1,
11              2017
12 Exhibit 2    MANAGEMENT SERVICES AGREEMENT   68
13 Exhibit 3    Email to Emmett McLean and     112
14              George Carlis from Mike
15              Sarrao, dated 7/23/2019
16 Exhibit 4    Email String, top email to     131
17              Mike Sarrao from Lou Cohen,
18              dated 7/30/2019
19 Exhibit 5    Email to Tim Peters, et al.,   136
20              from Mike Sarrao, dated
21              7/31/2019
22 Exhibit 6    Letter to Jolynn Marra from    143
23              Michael Sarrao, dated
24              August 8, 2019
```

1                    E X H I B I T S (Cont.)

2    DEPOSITION EXHIBITS                             PAGE

3     Exhibit 7    Press Release                      157

4     Exhibit 8    Letter to Employees from Dan       178

5                  Dunmyer, dated August 8, 2019

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 09:40:12 |
| 2 | THE VIDEOGRAPHER: This is the beginning of | 10:38:35 |
| 3 | Media Number 1 of the videotaped deposition of | 10:38:40 |
| 4 | Michael Sarrao, in the matter of Keith Reed, et al. | 10:38:46 |
| 5 | versus Alecto Healthcare, et al. in the U.S. | 10:38:51 |
| 6 | District Court for the Northern District of | 10:38:53 |
| 7 | West Virginia, case number 5:19-CV-00263-JPB. | 10:38:55 |
| 8 | Today's date is May 19, 2022. The time on | 10:39:08 |
| 9 | the video monitor is 10:39 a.m. Central Standard | 10:39:12 |
| 10 | Time. | 10:39:17 |
| 11 | The certified videographer today is | 10:39:18 |
| 12 | Jean-Louis Ziesch, representing Planet Depos. This | 10:39:21 |
| 13 | video deposition is taking place remotely. | 10:39:24 |
| 14 | Would counsel please identify yourself and | 10:39:26 |
| 15 | state whom you represent. | 10:39:29 |
| 16 | MS. DAVIDSON-WELLING: Maureen | 10:39:33 |
| 17 | Davidson-Welling, on behalf of the plaintiffs. | 10:39:36 |
| 18 | MR. COGAN: Timothy Cogan, on behalf of the | 10:39:40 |
| 19 | plaintiffs. | 10:39:42 |
| 20 | MR. POMPONIO: Bren Pomponio, on behalf of | 10:39:46 |
| 21 | the plaintiffs. | 10:39:49 |
| 22 | MR. GARRISON: Good morning. Mike Garrison | 10:39:50 |
| 23 | and Chelsea Thompson, Spilman Thomas and Battle, on | 10:39:52 |
| 24 | behalf of the plaintiff. | 10:39:58 |

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: The court reporter today | 10:40:00 |
| 2 | is Tiffany Pietrzyk, representing Planet Depos. | 10:40:02 |
| 3 | Would the court reporter please swear in the | 10:40:03 |
| 4 | witness. | 10:40:05 |
| 5 | (Witness sworn.) | 10:40:05 |
| 6 | THE VIDEOGRAPHER: You may proceed. | 10:40:18 |
| 7 | WHEREUPON: | 10:40:18 |
| 8 | MICHAEL SARRAO, | 10:40:18 |
| 9 | called as a witness herein, having been first duly | 10:40:18 |
| 10 | sworn, was examined and testified as follows: | 10:40:18 |
| 11 | EXAMINATION | 10:40:19 |
| 12 | BY MS. DAVIDSON-WELLING: | 10:40:19 |
| 13 | Q. Good morning, Mr. Sarrao. | 10:40:20 |
| 14 | A. Good morning. | 10:40:22 |
| 15 | Q. So my name is Maureen Davidson-Welling. And | 10:40:23 |
| 16 | I'm going to be taking your deposition today. I | 10:40:26 |
| 17 | guess as a starting point, I'll ask you to state | 10:40:31 |
| 18 | your full name for the record. | 10:40:34 |
| 19 | A. Michael Joseph Sarrao. The last name is | 10:40:36 |
| 20 | spelled S-a-r-r-a-o. | 10:40:39 |
| 21 | Q. And, Mr. Sarrao, have you ever been deposed | 10:40:48 |
| 22 | before? | 10:40:50 |
| 23 | A. I have. | 10:40:50 |
| 24 | Q. How many times? | 10:40:51 |

Transcript of Michael Sarrao
Conducted on May 19, 2022                                16

| | | |
|---|---|---|
| 1 | with him as well.  He left in July of 2012, and I | 10:48:51 |
| 2 | think, joined Mr. Reddy in October 2012 with Alecto, | 10:48:54 |
| 3 | and I had discussions with them probably November | 10:48:57 |
| 4 | and December, would you like to come join us, work | 10:48:59 |
| 5 | with us with Alecto, so that's how I joined Alecto. | 10:49:03 |
| 6 | So I left Prime -- I actually did some work for | 10:49:07 |
| 7 | Prime when I first left, and then I started doing | 10:49:09 |
| 8 | work with Alecto. | 10:49:11 |
| 9 |     Q.  Okay.  So after you joined -- well, so what | 10:49:12 |
| 10 | capacity did you join Alecto in, in January of 2013? | 10:49:15 |
| 11 |     A.  So I've been -- well, in January 2013, | 10:49:18 |
| 12 | executive vice president, general counsel, and | 10:49:23 |
| 13 | secretary of Alecto.  I've been an officer of Alecto | 10:49:26 |
| 14 | since 2013.  Never been an employee of Alecto. | 10:49:29 |
| 15 |     Q.  Okay.  In addition to -- so, okay -- so, I | 10:49:35 |
| 16 | think you told me, you started at AHS as an | 10:49:42 |
| 17 | executive vice president, general counsel, and | 10:49:45 |
| 18 | secretary; correct? | 10:49:47 |
| 19 |     A.  Correct. | 10:49:48 |
| 20 |     Q.  Okay.  Did you change roles after that? | 10:49:49 |
| 21 |     A.  Well, I had different role -- I mean, | 10:49:56 |
| 22 | different roles.  So Alecto has subsidiaries or | 10:50:00 |
| 23 | affiliates.  And I'm generally an officer of those | 10:50:02 |
| 24 | subsidiaries and affiliates.  For Alecto Wheeling, I | 10:50:05 |

| | | |
|---|---|---|
| 1 | was the CEO for an initial period of time -- I | 10:50:10 |
| 2 | think from January -- when it was first formed by | 10:50:14 |
| 3 | Alecto Ohio Valley in January '17, to right before | 10:50:18 |
| 4 | the closing of when we acquired the hospital June 1, | 10:50:21 |
| 5 | 2017, I was the CEO, and then Mr. Reddy became the | 10:50:25 |
| 6 | CEO again. I was primarily there for purposes of | 10:50:29 |
| 7 | finance, given the applications and what not. | 10:50:33 |
| 8 | But other than that, no my role hasn't | 10:50:36 |
| 9 | changed. I've been executive vice president, | 10:50:40 |
| 10 | general counsel and corporate secretary the whole | 10:50:43 |
| 11 | time. And then, at some period of time -- I'm | 10:50:44 |
| 12 | trying to remember -- probably in end of 2013 to | 10:50:46 |
| 13 | 2014, I joined the board of managers of Alecto | 10:50:48 |
| 14 | Healthcare Services LLC, and I've been in that role | 10:50:53 |
| 15 | the -- since that time. | 10:50:54 |
| 16 | Q. What year did you say you started on the | 10:50:56 |
| 17 | board of managers for AHS? | 10:51:02 |
| 18 | A. I want to say it's probably the end of 2013, | 10:51:03 |
| 19 | beginning of 2014. Dr. Jay Kumar had been on the | 10:51:07 |
| 20 | board of managers. He stepped down as a member of | 10:51:12 |
| 21 | the board of managers, and I became a member of the | 10:51:14 |
| 22 | board of managers. I don't remember the exact date, | 10:51:16 |
| 23 | but I want to say it's probably the end of 2013, | 10:51:19 |
| 24 | beginning of 2014. | 10:51:22 |

Transcript of Michael Sarrao
Conducted on May 19, 2022

163

| | | |
|---|---|---|
| 1 | West Virginia version of that was. That kind of | 14:53:28 |
| 2 | stuff. | 14:53:31 |
| 3 | Q. In your understanding, was the 60 days | 14:53:33 |
| 4 | notice that was required by the WARN Act advance | 14:53:35 |
| 5 | written notice? | 14:53:38 |
| 6 | A. I mean, I'd have to go back and look at the | 14:53:41 |
| 7 | statute. I don't have that specific level of | 14:53:44 |
| 8 | knowledge on that. | 14:53:46 |
| 9 | Q. In 2019, were employees at OVMC given the | 14:53:47 |
| 10 | full 60 days notice required by the WARN Act? | 14:54:08 |
| 11 | A. They were given WARN Act notice. Our | 14:54:10 |
| 12 | position is they continued to work. They may have | 14:54:13 |
| 13 | been TLO, based on patient volumes, but they weren't | 14:54:16 |
| 14 | terminated for the expiration of that 60-day period. | 14:54:19 |
| 15 | I think ultimately that would be for a courtroom, or | 14:54:22 |
| 16 | I guess a jury to decide. But I believe they were | 14:54:23 |
| 17 | given the proper notice under the WARN Act, subject | 14:54:26 |
| 18 | to certain exceptions as well. | 14:54:29 |
| 19 | Q. I'm not sure that you answered my question. | 14:54:39 |
| 20 | In 2019, were employees at OVMC given 60 days | 14:54:42 |
| 21 | written notice? | 14:54:46 |
| 22 | A. Yes. | 14:54:49 |
| 23 | MR. GARRISON: I'm going to object. | 14:54:50 |
| 24 | (Reporter clarification.) | 14:54:57 |

| | | |
|---|---|---|
| 1 | MR. GARRISON: My objection is it's been | 14:54:57 |
| 2 | asked and answered and he answered. You might not | 14:54:59 |
| 3 | like the answer but he did answer. | 14:55:01 |
| 4 | A. I believe the proper notice was given | 14:55:06 |
| 5 | subject to certain exceptions, but I don't believe | 14:55:09 |
| 6 | any employee was terminated prior to the expiration | 14:55:11 |
| 7 | of the 60-day period. That's my position. And | 14:55:14 |
| 8 | ultimately, all of us can believe what we want, but | 14:55:18 |
| 9 | someone else is going to make that decision. | 14:55:23 |
| 10 | BY MS. DAVIDSON-WELLING: | 13:00:34 |
| 11 | Q. You mentioned the term TLOed. What does | 13:00:34 |
| 12 | that mean? | 14:55:35 |
| 13 | A. I call it TLOed. Some people use it as | 14:55:36 |
| 14 | temporary layoff, but in every health care facility | 14:55:40 |
| 15 | I've ever been involved with -- this is probably | 14:55:43 |
| 16 | going on 60 now -- that based on staffing, we flex | 14:55:46 |
| 17 | staff off. So if there's a certain staffing | 14:55:49 |
| 18 | expectation, so if there's five patients in a unit, | 14:55:52 |
| 19 | you're going to have one nurse. And if there's | 14:55:55 |
| 20 | seven you're going to have two nurses. So if we | 14:55:58 |
| 21 | start having seven patients, and some patients get | 14:56:01 |
| 22 | discharged and you only have four patients, you will | 14:56:03 |
| 23 | try to TLO one of those nurses, and send them home | 14:56:06 |
| 24 | early because you don't need both nurses, because | 14:56:10 |

1   staffing is the biggest cost a hospital has.                14:56:12
2          If your volumes get lower, if you have ten           14:56:14
3   EVS workers and you're expecting to have a hundred          14:56:18
4   patients that rooms have to be cleaned -- I'm making        14:56:21
5   those numbers up -- and that number goes down, then         14:56:25
6   you go down to eight.  Or if you have ten scheduled         14:56:30
7   and you know your census is going to be less than           14:56:33
8   what -- you don't need all ten, you call them before        14:56:34
9   the shift starts, usually two hours before the shift        14:56:36
10  starts, say hey, we don't need you to come in today.        14:56:39
11         They typically use their PTO to backfill             14:56:43
12  that.  I forget what they -- if they had to use             14:56:46
13  their PTO, or not use their PTO at Ohio Valley.  But        14:56:48
14  that's what I mean TLO.  It's kind of flex off/TLO.         14:56:52
15  That's how it's kind of used.  I think the word is          14:56:57
16  TLO, but it could be flexing as well.                       14:56:57
17     Q. Is there a difference between flexing off             14:57:00
18  and the temporary layoff?                                   14:57:04
19     A. Not that I -- not how I view it.  In theory,          14:57:06
20  you could have a temporary layoff like you were             14:57:10
21  going to do construction on a unit or something like        14:57:13
22  that.  Like another hospital I work with is going to        14:57:15
23  redo their cardiac cath lab, and it may be closed           14:57:18
24  for two months.  Some of those people may be laid           14:57:21