**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| KEITH REED, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, and AUGUST ULLUM, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br><br>                    Defendants. | Case No. 5:19-cv-00263<br><br>Judge John Preston Bailey<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Plaintiffs, by counsel, and move for summary judgment on liability on Count I of the Amended Complaint. [ECF Doc. # 37.] As is more fully set forth in the accompanying Memorandum of Law, there is no genuine issue of material fact, and Plaintiffs are entitled to judgment as a matter of law that Defendants' 2019 decision to close the Ohio Valley Medical Center ("OVMC") without providing Plaintiffs and hundreds of other affected employees with the 60-days advance notice violated the Worker Retraining and Notification Act of 1988 (the "WARN Act"), 29 U.S.C. § 2101, *et seq*.

**WHEREFORE**, the Plaintiffs respectfully request that the Court enter judgment on liability on Count I of the Amended Complaint and set a briefing schedule and hearing date for the appropriate damages due the class for Defendants' WARN Act violation.

1

Respectfully submitted,

/s/ Bren J. Pomponio

| | |
|---|---|
| Timothy F. Cogan, Esq. (WVSB # 764) | Bren Pomponio, Esq. (WVSB # 7774) |
| tfc@walslaw.com | bren@msjlaw.org |
| **Cassidy, Cogan, Shapell & Voegelin, LC** | **Mountain State Justice, Inc.** |
| The First State Capitol Building | 1217 Quarrier Street |
| 1413 Eoff Street | Charleston, WV 25301 |
| Wheeling, WV 26003 | T.: (304) 344-3144 |
| T.: (304) 232-8100 | |

F. Alex Risovich, Esq. (WVSB # 10866)
alex.risovich@risovichlaw.com
**Risovich Law Offices, PLLC**
3023 Pennsylvania Avenue
Weirton, WV 26062
T.: (304)723-2588
F.: (304)723-2504

Maureen Davidson-Welling, Esq. (*pro hac vice*)
mdw@stembercohn.com
John Stember, Esq. (*pro hac vice*)
jstember@stembercohn.com
**Stember Cohn & Davidson-Welling, LLC**
The Hartley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA  15219
T.: (412) 338-1445

Dated:  July 8, 2022

*Attorneys for Plaintiffs*

2

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| KEITH REED, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, and AUGUST ULLUM, individually and on behalf of others similarly situated, | Case No. 5:19-cv-00263 |
| | Judge John Preston Bailey |
| Plaintiffs, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Bren J. Pomponio, certify that on July 8, 2022, I electronically filed the "***MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT***" with the Clerk of the Court using the CM/ECF system, which will send electronic notice to all counsel of record as follows:

Kevin L. Carr, Esquire
Chelsea E. Thompson, Esquire
300 Kanawha Boulevard, East
Charleston, WV 25301
kcarr@spilmanlaw.com cthompson@spilmanlaw.com

Michael S. Garrison, Esquire
48 Donley Street, Suite 800
Morgantown, WV 26501
mgarrison@spilmanlaw.com

　　　　　　　　　　　　　　　　　 /s/ Bren J. Pomponio
　　　　　　　　　　　　　　　　　Bren J. Pomponio (WVSB # 7774)

3