*KEITH REED, ET AL vs.*

*ALECTO HEALTHCARE SERVICES, LLC, ET AL*

*MARK GARAN*

*05/12/2022*



**EXHIBIT 4**

Page 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

*********************************************************

KEITH REED, LISA DOLENCE,

ELIZABETH SCHENKEL, EMILY WINES,

MARK GARAN, and AUGUST ULLUM,

individually and on behalf of others

similarly situated,

      Plaintiffs,

v.           CIVIL ACTION NO.5:19-CV-263

           Judge Bailey

ALECTO HEALTHCARE SERVICES, LLC,

and ALECTO HEALTHCARE SERVICES WHEELING,

LLC, d/b/a OHIO VALLEY MEDICAL GROUP

and d/b/a OVMC PHYSICIANS,

      Defendants.

*********************************************************

    VIDEOTAPED VIDEOCONFERENCING DEPOSITION of

MARK GARAN, taken by the Defendants in the

above-entitled action, pursuant to notice, before

Twyla Donathan, Registered Professional Reporter and

Notary Public, via Zoom Videoconferencing, on the

12th day of May, 2022, beginning at 1:00 p.m.

---

Page 2

A P P E A R A N C E S

APPEARING FOR PLAINTIFFS:

MAUREEN DAVIDSON-WELLING, ESQUIRE

STEMBER COHN & DAVIDSON-WELLING, LLC

The Hartley Rose Building

425 First Avenue, 7th Floor

Pittsburgh, Pennsylvania  15219

(412) 338-1445

mdw@stembercohn.com

F. ALEX RISOVICH, ESQUIRE

RISOVICH LAW OFFICES, PLLC

3023 Pennsylvania Avenue

Weirton, West Virginia  26062

APPEARING FOR DEFENDANTS:

CHELSEA E. THOMPSON, ESQUIRE

SPILMAN, THOMAS & BATTLE, PLLC

Spilman Center

300 Kanawha Boulevard, East

Post Office Box 273

Charleston, West Virginia   25321-0273

(304) 340-3800

cthompson@spilmanlaw.com

ALSO PRESENT:

Greg Defibaugh, Legal Video Specialist

---

C O N T E N T S

EXAMINATION OF MARK GARAN          PAGE

By Ms. Thompson         6

E X H I B I T S

(Attached to the transcript)

DESCRIPTION OF EXHIBITS        PAGE

Exhibit No. 1   Bates Defendants 33416    27

Exhibit No. 2   Bates Defendants 82 Notice of    30
                Permanent Closure of Ohio
                Valley Medical Center

Exhibit No. 3   Bates Defendants 6707, Email from  35
                Dan Dunmyer, August 7, 2019,
                Subject: Meeting earlier this
                evening

Exhibit No. 4   Bates Defendants 6708 Employee  37
                Questions and Answers
                Regarding OVMC Closure

Exhibit No. 5   Bates Defendants 6711 OVMC and  43
                EORH Make Difficult Decision
                to Begin Closure Process

Exhibit No. 6   Garan Discovery Responses    48

Exhibit No. 7   Bates Defendants 16769 Excel    50
                Spreadsheet

Exhibit No. 8   Bates Defendants 93, Payroll   70
                Register Employee Detail,
                8/10/2019

Exhibit No. 9   Bates Defendants 14789, Payroll  73
                Register Employee Detail,
                8/30/2019

---

Page 4

DESCRIPTION OF EXHIBITS        PAGE

Exhibit No. 10   Bates Defendants 834 Payroll    74

                Register Employee Detail,

                9/7/2019

Exhibit No. 11   Bates Defendants 1177, Payroll  76

                Register Employee Detail,

                9/21/19

EXHIBIT 4

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 5

1          P R O C E E D I N G S
2          VIDEOGRAPHER:  This is the video
3 deposition of Mark Garan in the matter of Reed, et
4 al, vs. Alecto Healthcare Services, LLC, et al,
5 Case No. 5:19-cv-263.  Today's date is May 12th,
6 2022, and the time is 9:13 a.m.
7          My name is Greg Diefenbaugh, and I'm
8 the certified legal video specialist.  The court
9 reporter is Twyla Donathan.  At this time will
10 counsel please introduce themselves and state who
11 they represent.
12          MS. WELLING:  Maureen Davidson-Welling
13 on behalf of the Plaintiffs, including Mr. Mark
14 Garan.
15          MR. RISOVICH:  Alex Risovich on behalf
16 of the Plaintiffs and Mr. Mark Garan.
17          MS. THOMPSON:  Chelsea Thompson on
18 behalf of the Defendants.  And we note we have no
19 objection to the witness being sworn in remotely.
20          MS. WELLING:  And neither do the
21 Plaintiffs.
22          VIDEOGRAPHER:  Would the court
23 reporter please swear in the witness.
24          (Witness duly sworn)

Page 6

1          M A R K   G A R A N
2      having been duly sworn, testified as follows:
3      EXAMINATION BY COUNSEL FOR DEFENDANTS:
4 BY MS. THOMPSON:
5      Q   Mr. Garan, we spoke briefly off the record,
6 but my name is Chelsea Thompson, and I'm the lawyer
7 that represents the Defendants in the lawsuit that
8 we're here to talk about today.  My first question is
9 can you please say and spell your name, because I
10 want to make sure that I'm going to be pronouncing it
11 correctly.
12      A   My name is Mark Garan, M-A-R-K, G-A-R-A-N.
13      Q   Okay.  Thank you for doing that, Mr. Garan.
14 And before we jump into any questions about the
15 lawsuit or what it's about, I wanted to lay the
16 groundwork for both of us to know what this
17 deposition will be like today.  My first question is:
18 Have you ever sat for a deposition before?
19      A   No.
20      Q   Okay.  So the way that it works is I'll be
21 asking you a series of questions, and you'll be
22 providing your testimony under oath in response to
23 those questions.  In order to make sure we get a
24 clean record, there is a couple of things we have to

Page 7

1 keep in mind.  The first is that we have to try to
2 let me finish my question before you answer, and I
3 have to let you finish your answer before I start
4 another question, so we're not talking over each
5 other, okay?
6      A   Okay.
7      Q   The second is that we have to always answer
8 verbally.  You just nodded your head, and I know
9 that's typical for conversations, but in order for
10 the court reporter to take down our answers, you have
11 to answer everything verbally.  Do you understand?
12      A   Yes.
13      Q   Okay.  And we are conducting this
14 deposition by Zoom, which means there might be an
15 Internet lag or the audio might go a little weird.
16 So if there is ever a point where you cannot hear or
17 understand a question, please stop me and I'll fix
18 that for you, okay?
19      A   Okay.
20      Q   If I finish a question and then you answer
21 it, I'll assume that you can hear me and that you
22 understood my question.  Does that sound fair?
23      A   Yes.
24      Q   I don't anticipate us being in a marathon

Page 8

1 today, but if there is a point where you would like
2 to take a break, please just let me know and we'll
3 make that happen.  The only stipulation will be that
4 if there is a question pending, you have to answer it
5 before we take that break, all right?
6      A   Okay.
7      Q   Sir, are you on any medication that would
8 affect your memory or affect your ability to answer
9 truthful questions today?
10      A   No.
11      Q   Do you know of any other circumstance that
12 would affect your memory today or be another -- any
13 other reason that you wouldn't be able to give
14 truthful testimony today?
15      A   No.
16      Q   What is your current address, sir?
17      A   68 Finch Avenue, Wheeling, West Virginia.
18      Q   All right.  How long have you lived at that
19 address?
20      A   Since December 2018.
21      Q   Okay.  Have you ever been a party to any
22 other lawsuits besides the one we're here to talk
23 about today?
24      A   No.

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 9

1    Q    Have you ever been convicted of a crime
2 that is a felony or involves dishonesty?
3    A    No.
4    Q    When did you first come to work at OVMC?
5    A    April 2017.
6    Q    And what position were you hired to
7 fulfill?
8    A    Registered nurse.
9    Q    And did you hold that same title throughout
10 your employment at OVMC?
11    A    Yes.
12    Q    What department did you first work at when
13 you came to OVMC in April of 2017?
14    A    Telemetry care unit.
15    Q    And what is telemetry care?
16    A    It's a step-down unit that focuses on
17 people who are in continuous cardiac monitoring.
18    Q    How long did you work in the telemetry
19 unit?
20    A    Up until January of 2018.
21    Q    And where -- what department did you move
22 to at that time?
23    A    The intensive care unit.
24    Q    Was that a change you had asked for?

Page 10

1    A    Yes.
2    Q    Why did you want to work in the ICU instead
3 of the telemetry unit?
4    A    That's where I started off my nursing
5 career and where I truly wanted to be.
6    Q    Did you work a regular shift whenever you
7 were in the ICU?
8    A    I worked three days a week.
9    Q    Okay.  What days a week did you work and
10 what hours did you work while you were in the ICU?
11    A    I worked 36 hours a week, and the days
12 would change regularly with our schedules.
13    Q    And if there is three days a day week and
14 you worked 36 hours, I assume you're working a
15 12-hour shift?
16    A    Correct.
17    Q    Was that a day shift or a night shift?
18    A    Both.
19    Q    How would you find out what your shift was
20 going to be for any given week?
21    A    Whenever we would fill out a schedule
22 according to our scheduler.
23    Q    Would you create your schedule or was a
24 schedule provided to you saying when you would work?

Page 11

1    A    We would fill it our ourselves.
2    Q    So you would be able to say:  I want to
3 work Monday, Tuesday, Wednesday of next week?
4    A    It wasn't that simple.
5    Q    Can you explain to me then how the process
6 was that you were able to have some input in your own
7 scheduling?
8    A    There were different tiers.  Some people
9 would schedule first in a group, and then the next
10 group, and then the next.  And you had to fill in
11 your schedule according to the needs for that day.
12    Q    Okay.  Was there an option in ICU to work
13 anything other than a 12-hour shift?
14    A    No.
15    Q    Okay.  And the time period I'm interested
16 in is when you were in the ICU.  So if I don't
17 clarify moving forward, then I'm talking about your
18 employment in the ICU.  That's the only time I'm
19 talking about.  I'm not going to be asking any
20 questions about your time in the telemetry unit,
21 okay?
22    A    Okay.
23    Q    How many other RNs would you be working on
24 the same shift as?

Page 12

1    A    It varied.
2    Q    Okay.  What was the -- I mean, was there --
3 was it -- Let me think how to ask this.  In a typical
4 shift, were there more or less than five RNs working
5 that shift?
6    A    Usually less.
7    Q    Okay.  Was there instances in which you
8 were the only RN working a particular shift?
9    A    As the only bedside RN, yes, but there was
10 always a charge nurse as well that would be at our
11 desk.
12    Q    And as I believe you phrased it, a bedside
13 nurse, correct?
14    A    Yes.
15    Q    As a beside nurse, what would your typical
16 job duties entail?
17    A    Caring for patients, as well as their
18 families, monitoring the continuous drips that they
19 were on for sedation or blood pressure support,
20 monitoring the ventilator, and overall daily care of
21 patients, such as bathing, turning, passing their
22 scheduled medications.
23    Q    Now, I assume that the number of patients
24 you were taking care of also varied from shift to

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

Case 5:19-cv-00263-JPB-JPM   Document 166-6   Filed 07/08/22   Page 5 of 22   PageID #: 9692

MARK GARAN
05/12/2022

Page 13

1  shift; is that correct?
2     A   Sometimes.
3     Q   Do you know on average how many patients
4  you would be responsible for each shift?
5     A   The ICU is typically two patients to one
6  nurse ratio.
7     Q   Whenever you're completing your job duties
8  as a bedside nurse, what other employees of the
9  hospital were you interacting with on a daily basis?
10    A   Nurse aides, respiratory therapists,
11  doctors.
12    Q   And I believe -- I know they're not
13  employees, but I believe you said that you were
14  also -- had some job duties that involved the family
15  members of patients, correct?
16    A   Correct.
17    Q   Do you know how many registered nurses were
18  assigned to work in the ICU?
19    A   I don't recall.
20    Q   What other departments in the hospital that
21  you're aware of offer inpatient care besides the ICU
22  and telemetry units?
23    A   There was the fifth floor that took
24  patients as well.

Page 14

1     Q   Okay.  Are you meaning the fifth, like,
2  floor of the building?
3     A   Correct.
4     Q   Okay.  Do you know what care was provided
5  there or what those departments were that were on the
6  fifth floor?
7     A   Generalized med surg.
8     Q   And it sounds to me like the ICU was not on
9  the fifth floor?
10    A   The ICU was on the third floor -- well,
11  third floor and the basement.
12    Q   Okay.  Do you know of any departments in
13  the hospital that provided outpatient care?
14    A   Not that I recall.  My focus was
15  particularly on the ICU.
16    Q   Okay.  And do you know of any departments
17  in the hospital that did not provide patient care,
18  maybe they were administrative or something like
19  that?
20    A   My focus is primarily on the ICU.
21    Q   I understand.  So is the answer to your
22  question then, no, you don't recall any at this time?
23    A   I would say I don't recall exact
24  departments.

Page 15

1     Q   Whenever you were assigned to work in the
2  ICU, was there ever occasion where you would work in
3  another department as an RN?
4     A   Yes.
5     Q   Can you explain to me what departments you
6  worked in other than the ICU?  And I'll focus in the
7  time period of 2019.
8     A   We would get floated to the telemetry care
9  unit or the fifth floor.
10    Q   How often would you get floated to either
11  the telemetry unit or the fifth floor?
12    A   It varied.
13    Q   If you were working three shifts a week,
14  would it be one of those three shifts -- let me
15  rephrase that.  Was this something that happened on a
16  weekly basis?
17    A   Very often, yes.
18    Q   Would your job duties change if you were
19  floating to the fifth floor or to the telemetry unit?
20    A   According to the acuity of the patient,
21  yes.
22    Q   When you were completing your RN duties in
23  the departments in which you floated, did the
24  hospital employees that you interact with change?

Page 16

1     A   Each floor had a different set of hired
2  nurses, so yes.
3     Q   But you would still be interacting
4  primarily with nurses and I believe you said doctors?
5     A   Yes.
6     Q   Okay.  Whenever you were working in the
7  ICU, who was your direct supervisor?
8     A   At first her name was Anita Howard and then
9  it changed to Cindy Bruno.
10    Q   Do you know when the change happened
11  between Ms. Howard and Ms. Bruno?
12    A   I don't.
13    Q   Do you know either of their job titles?
14    A   They were the manager of the ICU.
15    Q   When you floated to other departments, was
16  there a separate different manager for that
17  department?
18    A   I know on the TCU, Cindy Bruno was the
19  manager as well.  And I don't know about the fifth
20  floor.
21    Q   TCU, is that telemetry?
22    A   Yes, that's the telemetry care unit.
23    Q   Yes.  Thank you.  I believe in some of your
24  discovery you also identified a person named Becky

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 17

1 Applegate as a potential supervisor. Do you know
2 who -- can you tell me who Becky Applegate is?
3     A   She was the one who hired me on the
4 telemetry care unit. She retired shortly after.
5     Q   Okay. So she never supervised you in the
6 ICU; is that correct?
7     A   Correct.
8     Q   Okay. Were nurses from other departments
9 floating into the ICU?
10     A   No.
11     Q   Do you know why it is ICU RNs were floated
12 to other departments but other departments didn't
13 float into the ICU?
14     A   It's a different level of nursing.
15     Q   Can you explain that to me? I'm not a
16 nurse, so can you explain it as well as you can?
17     A   So when it comes to the ICU, it's intensive
18 care. The acuity of the patients is much more great.
19 They're sicker than other floors. Nurses on other
20 floors cannot come to the ICU to manage ventilators
21 or certain drips that patients would be on for
22 sedation or blood pressure support.
23     Q   Okay. So would it be fair to say that
24 there were certain job duties particular to an RN in

Page 18

1 the ICU that not every RN in the hospital was
2 qualified to perform?
3     A   That is correct.
4     Q   Okay. Now I'm going to limit this to 2019.
5 Do you remember working overtime at any point?
6     A   I do not.
7     Q   To your knowledge, were you paid the same
8 rate whether you were working in the ICU or floating
9 into any other department?
10     A   Yes.
11     Q   And I know you had explained the scheduling
12 process. If there had been a problem with the
13 schedule or you had a question about a schedule, was
14 Cynthia Bruno the person you would have gone to in
15 the ICU to address that or ask questions?
16     A   The schedule is delegated to our charge
17 nurse, Carol Moscato.
18     Q   Okay. Was Carol Moscato the person you
19 would have gone to if you had a question about your
20 schedule?
21     A   Correct.
22     Q   Do you know what your -- well, let me ask
23 this first. At the end of your employment at OVMC,
24 were you a salaried employee or hourly employee?

Page 19

1     A   Hourly.
2     Q   Do you remember what your hourly wage was
3 when your employment ended?
4     A   I don't recall the exact number.
5     Q   Okay. As an hourly employee, would you had
6 to have clocked or swiped in?
7     A   That is correct.
8     Q   Was that something that was done with a
9 swipe and a card or logged in on a computer?
10     A   We had areas that you swiped in with a
11 card.
12     Q   Do you remember the name of the timekeeping
13 program that the hospital used?
14     A   I do not.
15     Q   Did you have health insurance for your
16 employment at OVMC?
17     A   I did.
18     Q   When did that begin?
19     A   Upon my hire.
20     Q   Do you know what date your coverage of that
21 health insurance that came through your employment at
22 OVMC ended?
23     A   I do not recall.
24     Q   Do you recall if you received any health

Page 20

1 services in August or September or October of 2019?
2     A   It was very hard to get in with doctors at
3 that point.
4     Q   Okay. But that doesn't -- Is your answer
5 then, no, you do not remember, or no, you did not get
6 them?
7     A   I did not get certain appointments that I
8 tried to make.
9     Q   To your knowledge, did you have any denials
10 of benefits or coverage for that time period of
11 August through October of 2019?
12     A   Other than doctors not being able to see
13 me.
14     Q   Okay. Which is, to be clear, that wasn't
15 an insurance issue, that was a doctor scheduling
16 issue, correct?
17     A   It was an issue due to the fact that they
18 were no longer seeing patients while we were
19 supposedly still a hospital.
20     Q   Okay. Could you have gotten your medical
21 care from any other provider outside of OVMC?
22             MS. WELLING:   Object to form.
23     A   No.
24     Q   Your health insurance is limited to

Case 5:19-cv-00263-JPB-JPM   Document 166-6   Filed 07/08/22   Page 7 of 22   PageID #: 9694

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 21

1 physicians who were at OVMC?
2     A   I was established with physicians at OVMC.
3     Q   I understand you were established, but in
4 order -- you could have sought medical services from
5 a new doctor that was not at OVMC?
6           MS. WELLING:  Object to form.
7     A   Not in the time frame that I had my
8 insurance, no.
9     Q   Okay.  But you don't remember when your
10 insurance ended?
11     A   I do not recall the exact date.
12     Q   Okay.  Did you have dental or vision
13 insurance through your employment at OVMC?
14     A   I did not.
15     Q   Okay.  Were those offered to you and you
16 turned them down, or were they not offered to you?
17     A   They were offered to me --
18     Q   Okay -- I'm sorry, go ahead.
19     A   I just did not accept the vision.  I might
20 have accepted the dental.  I don't recall.
21     Q   Okay.  So sitting here, you cannot recall
22 if you had dental insurance through your employment
23 at OVMC?
24     A   I can't recall exactly.  I know for sure

Page 22

1 that I did not have vision at that time.
2     Q   Okay.  I won't ask you any questions about
3 the dental insurance since you don't remember.  Do
4 you remember if you had any other types of insurance
5 through your employment at OVMC?
6     A   No.
7     Q   Okay.  Do you remember if you had a
8 flexible spending account through your employment at
9 OVMC?
10     A   I did not.
11     Q   Do you remember if you had a 401(k) plan
12 through your employment at OVMC?
13     A   I believe it was 401(k), yes.
14     Q   Did you have any company-provided cell
15 phone or laptop or iPad?
16     A   No.
17     Q   Did you have any other equipment that the
18 company issued to you?
19     A   No.
20     Q   Did you have a work email address?
21     A   I did.
22     Q   Do you remember what that address was?
23     A   I do not recall.
24     Q   Would part of your job duties include

Page 23

1 checking your work email address?
2     A   Yes.
3     Q   How often do you remember checking your
4 work email address?
5     A   I do not recall.
6     Q   Did you seek unemployment in August or
7 September of 2019?
8     A   I did not.
9     Q   Okay.  And why not?
10     A   I was seeking other opportunities of
11 employment.
12     Q   Okay.  Where do you currently work, sir?
13     A   WVU Medicine Wheeling Hospital.
14     Q   When did you start working there?
15     A   September of 2019.
16     Q   Do you remember a specific date?
17     A   I remember the time frame, but I don't
18 remember the specific date.
19     Q   Okay.  Fair enough.  Did you have an
20 interview before you were hired in September of 2019
21 at WVU Medicine Wheeling Hospital?
22     A   Correct.
23     Q   Do you know when that interview occurred?
24     A   I don't remember the exact date.

Page 24

1     Q   Do you remember if it was in September or
2 could it have been in August?
3     A   I don't remember the exact date.
4     Q   Okay.  Do you remember if you submitted an
5 application for a job at WVU Medicine in Wheeling?
6     A   I did submit an application, yes.
7     Q   Was that paper or electronic?
8     A   It was electronic.
9     Q   Do you remember the date that you submitted
10 that application?
11     A   I don't remember the exact date.
12     Q   Did you do it through the hospital's
13 website or did you do it through like a job search,
14 like an Indeed or a Monster.com?
15     A   It was through Wheeling Hospital's website.
16     Q   I know you can't remember dates.  Let me
17 ask it this way.  Do you remember how much time
18 passed between you putting in an application and you
19 receiving an interview?
20     A   I don't really recall the time frame, no.
21     Q   Okay.  And I'll ask the same question.  Do
22 you recall how much time passed between you having an
23 interview and you either getting a job offer or
24 accepting the job offer at WVU Medicine?

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 25

1    A    I don't remember the exact time frame.
2    Q    Understood. At or around that time, did
3 you put in applications anywhere else?
4    A    I did.
5    Q    Where else did you submit applications to
6 in that -- we'll say September 2019 time frame?
7    A    Good Shepherd Nursing Home.
8    Q    All right. Is that located in Wheeling?
9    A    It is.
10    Q    All right. Any other place you recall?
11    A    Those are the only two that come to memory.
12    Q    Okay. The Good Shepherd Nursing Home, was
13 that a paper application or an electronic
14 application?
15    A    That I believe was a paper application.
16    Q    And do you recall when that paper
17 application was submitted to Good Shepherd?
18    A    I do not.
19    Q    Do you remember if it was before or after
20 you submitted the electronic application to WVU
21 Medicine?
22    A    I can't say whether it was before or after.
23    Q    Okay. Do you remember what your starting
24 wage was when you started at WVU Medicine?

Page 26

1    A    It was either 27 or $28 an hour.
2    Q    Okay. And are you employed at WVU Medicine
3 as an RN?
4    A    Yes.
5    Q    And do you work in a particular department
6 there?
7    A    I work in the intensive care unit.
8    Q    Have you done that through your entire
9 career at WVU Medicine?
10    A    Yes.
11    Q    Okay. How did you first learn that OVMC
12 was going to be closing?
13    A    It first came by word of mouth through
14 other employees.
15    Q    Do you remember who first told you the name
16 of that employee?
17    A    No, I don't recall.
18    Q    Do you remember when you first learned
19 about the hospital was going to close?
20    A    I was -- I don't remember the exact time,
21 but it was early 2019.
22    Q    Early 2019. So did you know the hospital
23 was going to close before August of 2019?
24    A    It was just speculation.

Page 27

1    Q    Okay. So let me ask this. At what point
2 did you become aware that it was no longer
3 speculation and the hospital actually was going to
4 close?
5    A    It was in August of 2019.
6    Q    Do you remember how you came to know that
7 the hospital was actually going to close?
8    A    I remember there was a piece of mail that
9 we received, stating that it would be closing.
10    Q    Okay. Let me do this. I'm going to
11 introduce my first exhibit, Mr. Garan.
12    A    Okay.
13    Q    The process can be a little clunky, so bear
14 with me for a second. Exhibit 1 is going to be Bates
15 No. Defendants 33416. Once I get this up, sir, I'll
16 share my screen with you so that we can look at the
17 same thing, if my computer decides to work.
18        All right. I'm going to share my screen
19 with you, sir. And you let me know when you see what
20 looks like the start of an email, okay?
21        (Exhibit No. 1 was identified, marked for
22 identification, and shared to the screen.)
23    A    Yes, ma'am.
24    Q    Do you see that?

Page 28

1    A    I do.
2    Q    Okay. So at the top it says: "To All Mail
3 Users," correct?
4    A    Correct.
5    Q    Okay. Go ahead and read through this
6 email, and when you're done I'll scroll down so you
7 can read the bottom part of it, and then when you're
8 done reading it in its entirety, we'll talk about it,
9 okay?
10    A    Okay.
11    Q    All right. At the bottom you can read, if
12 you want, it's the signature line in the
13 confidentiality notice, if you want to read that.
14    A    Okay.
15    Q    Okay. I'm going to scroll back up to the
16 body. My first question is: Do you recall receiving
17 this email before?
18    A    Now that I see it, I do recall.
19    Q    Okay. Do you remember whether or not you
20 attended the meeting that it references at 5:30 p.m.
21 on Wednesday, the seventh of August, 2019?
22    A    I did not attend that meeting.
23    Q    Did you know that it was going to happen
24 and chose not to attend?

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 29

1    A   I don't know the reason.
2    Q   Okay.  Let me break that down then.  Did
3 you know the meeting was going to happen before it
4 happened?
5    A   It seems as though I knew it was going to
6 happen due to this email.
7    Q   Okay.  It also lists some dates and times
8 for employee forums, several at OVMC and several at
9 EORH.  Do you recall whether you attended any of
10 these employee forums that are listed?
11    A   I did not.
12    Q   Do you know why you didn't attend any of
13 those employee forums?
14    A   I do not.
15    Q   Okay.  I'm going to stop sharing my screen.
16        I'll ask here.  I know you couldn't
17 remember your email address.  It says here that it is
18 to "All Mail Users," and then it has the brackets,
19 says "AllMailUsers@OVRH.org."  Would your email
20 address have also been @OVRH.org?
21    A   I believe it may have been.
22    Q   Okay.  Do you remember if the beginning of
23 it had part of your name in it?
24    A   I don't know the exact answer.

Page 30

1    Q   Okay.  That's fine.  All right.  I'm going
2 to stop sharing my screen.  You had mentioned that
3 you got something in the mail.  I want to show you
4 something and see if that's what you were talking
5 about, okay?
6    A   Okay.
7    Q   Exhibit 2 is going to be Bates number
8 Defendants 82, and I'm going to share my screen with
9 you, sir.
10        (Exhibit No. 2 was identified, marked for
11 identification, and shared to the screen.)
12        Let me know when you see a paper that has
13 the OVMC header on it.
14    A   I do.
15    Q   Okay.  I'm going to scroll down, and you
16 let me know when you've read what you see, and I will
17 scroll down some more.
18    A   Okay.
19    Q   I'll scroll down.
20    A   Okay.
21    Q   I believe that's the end.  Let's just go
22 and make sure.  Yes, sir.  Okay.
23        Did you receive a copy of this letter?
24    A   I did.

Page 31

1    Q   And did you receive it in the mail?
2    A   I did.
3    Q   Did you read it whenever you received it?
4    A   Yes.
5    Q   What is the date of this letter?
6    A   August 8th, 2019.
7    Q   And it has at the top a sort of title, it
8 says, "Renotice of Permanent Closure of Ohio Valley
9 Medical Center," correct?
10    A   Uh-huh.
11    Q   And then it says, "Dear employees,"
12 correct?
13    A   Correct.
14    Q   The first sentence states that they will be
15 permanently closing the hospital and its related
16 facilities and then lists an address.  Are you aware
17 of what related facilities it's talking about?
18    A   The only thing that comes to mind is East
19 Ohio Regional Hospital.
20    Q   I guess a better question is:  Does the
21 hospital have satellite offices or clinics in other
22 places besides this particular address in Wheeling?
23        MS. WELLING:  (inaudible)
24        (The court reporter asked for

Page 32

1 clarification from counsel.)
2        MS. WELLING:  I objected to form.
3        (The court reporter restated the
4 question for the deponent.)
5    A   And I do not recall if there was.
6    Q   After you received and read this letter,
7 did you understand that the hospital was going to be
8 closing?
9    A   Yes.
10    Q   Did you understand that the entire hospital
11 was going to be closing?
12    A   I don't understand the question.
13    Q   After you read and received this letter,
14 did you understand that the hospital would be closing
15 entirely, or did you think that it was only a partial
16 closure?
17        MS. WELLING:  Object to form.  You can
18 answer.
19    A   According to this letter, it appears that
20 it is stating that the hospital itself and related
21 facilities would be closing, yes.
22    Q   Did you -- After reading and receiving this
23 letter, did you understand that the closure of the
24 hospital was going to be permanent?

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 33

1    A   Yes. It appears that it would be
2 permanently closed.
3    Q   Did you understand after you received this
4 letter that the scheduled date for that closure of
5 the hospital was October 7th, 2019?
6    A   That's what it states in the letter.
7    Q   The last sentence of the first paragraph
8 states that you will not be scheduled to work after
9 that date. My question for you is. After you read
10 and received this letter, did you understand that you
11 would not work at OVMC after October 7, 2019?
12   A   That's what the letter states.
13   Q   I know what the letter states. I want to
14 know if you understood.
15   A   It's pretty clear, yes.
16   Q   Okay. At the bottom it lists out a few --
17 a contact person with an address and a phone number
18 if you have any further questions. Do you recall
19 whether you reached out to Dan Dunmyer at any point
20 to ask any questions about this letter?
21   A   I personally did not.
22   Q   Okay. Do you remember if you reached out
23 to Dan Dunmyer about the closure of the hospital
24 generally?

Page 34

1    A   I personally did not reach out to Dan
2 Dunmyer.
3    Q   Okay. And then you had testified earlier
4 that you did have health insurance through your
5 employment at OVMC. The third paragraph here that's
6 in the middle states that:
7        "Your coverage will continue through the
8 end of the month in which you are terminated. After
9 that date, you will be eligible to continue coverage
10 pursuant to your rates under COBRA."
11       Do you remember if you elected COBRA
12 coverage?
13   A   No, I did not, because it was significantly
14 higher out-of-pocket pay.
15   Q   Do you remember the time period in which
16 you declined COBRA coverage?
17   A   I never specifically denied it.
18   Q   Do you remember receiving anything in the
19 mail about when your health insurance coverage would
20 end or options about COBRA?
21   A   The only thing that I can recall now is
22 that this letter stated it.
23   Q   Okay. I'm going to shop sharing my screen
24 I believe we're done with that one. I want to show

Page 35

1 you another email. It will be Exhibit 3, which is
2 Defendants 6707, so we can talk about it. Let me
3 pull it up, Mr. Garan.
4        Well, let me start with this. After you
5 received this letter, did you reach out to anybody
6 besides Dan Dunmyer about the closure of the
7 hospital?
8    A   Not that I recall.
9    Q   Do you remember if you spoke about that
10 letter to anybody?
11   A   I don't remember speaking about that
12 specific letter, no.
13   Q   Okay. Do you remember the date you
14 received that letter?
15   A   I believe the letter stated that it was
16 sent on August 8th. As far as the date I
17 personally received it, I do not know.
18   Q   Okay. I'm going to share my screen with
19 you, sir. Bear with me. Let me know when you see an
20 email up, okay?
21       (Exhibit No. 3 was identified, marked for
22 identification, and shared to the screen.)
23   A   I do see an email.
24   Q   Okay. Go ahead and read that. And

Page 36

1 whenever you're done, I can scroll down. There is
2 nothing but the certificate. We can talk about it
3 when you're done.
4    A   Okay.
5    Q   Okay. And then if you want to read the
6 bottom, it's the same confidentiality notice and
7 signature line, but let me know when you're ready to
8 talk about it.
9    A   Okay.
10   Q   Okay. Do you remember receiving this
11 email?
12   A   I do not remember this email particularly.
13   Q   Okay. This is also dated August 7th of
14 2019, correct?
15   A   Correct.
16   Q   And it is from Dan Dunmyer. I think he's
17 listed as the CEO; is that right?
18   A   I believe.
19   Q   I couldn't hear you. I'm sorry.
20   A   I believe he is the -- he was the CEO, yes.
21   Q   Okay. And then the recipients is the All
22 Mail Users LISTSERV, correct?
23   A   Correct.
24   Q   Okay. Do you remember receiving any

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 37

1  **Employee Frequently Asked Questions?**
2      A   I do not.
3      Q   All right.  Let me show them to you and see
4  if that refreshes your memory.
5      A   Okay.
6      Q   Bates No. Defendants 6708.
7          Okay.  Let me know when you see something
8  that has the headers of EORH and OVMC.
9          (Exhibit No. 4 was identified, marked for
10  identification, and shared to the screen.)
11     A   I see it.
12     Q   Okay.  You can read through it in its
13  entirety.  My first question though is:  Do you
14  remember seeing a document like this?
15     A   I'm trying to think back, and I do not
16  personally remember.  It looks familiar, but I can't
17  say for sure.
18     Q   Okay.  Let's try it this way.  Let's do
19  this first.  This is the bad part of a Zoom
20  deposition, because I have to pull things and include
21  them.  I'm going to bring up the email we first
22  talked about, which is Exhibit 1 and Bates No. 33416.
23  And I'll have you look at it again really quickly as
24  soon as it comes up.

Page 38

1          All right.  You can review this again if
2  you want, but if I recall, you testified that you did
3  remember receiving this email, correct?
4      A   Yes.
5      Q   Okay.  And here, this is an email that says
6  "to," and then it lists All Mail Users, and then it
7  lists the actual address as AllMailUsers @OVRH.org,
8  correct?
9      A   Um-hm -- yes.
10     Q   That's okay.  You're good.  And then that
11  is the recipient.
12         And then I'll switch to Exhibit 3 really
13  quickly, which is Bates No. 6707.  It would be so
14  much easier if I could just show you the two papers
15  at the same time, wouldn't it?
16         All right.  Here's the email that we were
17  just talking about.  This email is going to the same
18  address, correct?  AllMailUsers@OVRH.org, correct?
19     A   That is correct.
20     Q   Okay.  So I'm going to stop and move back
21  to the employee list of questions and see if we can
22  talk about some of that information.  I'm going to
23  pull up Exhibit 4 again and share my screen so that
24  you can read it in its entirety, sir.

Page 39

1      A   Okay.
2      Q   I'm going to scroll down.
3      A   Okay.
4      Q   I don't know why there is a big space
5  there, there just is.
6      A   Okay.
7          Okay.
8      Q   There's a little more.
9      A   Okay.
10     Q   And that's the bottom of the document.
11     A   Okay.
12     Q   Okay.  Having read this through completely
13  now, does this refresh your memory if you ever
14  received this document?
15     A   Yes, I remember reading through this
16  document prior.
17     Q   Okay.  Do you remember how you received
18  this document?
19     A   I do not remember, no.
20     Q   Okay.
21     A   I don't know if it was via email or through
22  the mail.
23     Q   I understand.  I'll represent to you this
24  was an attachment to the Exhibit 3 email that we

Page 40

1  discussed.
2      A   Okay.
3      Q   But if you don't remember, that's
4  completely fine.  This document asks a question.
5  I've scrolled down -- Is my screen being shared?  Can
6  you see this?
7      A   Yes, I can.
8      Q   Okay.  They didn't number the questions and
9  answers, which is annoying, but there is a question
10  that says.  "Is it certain that the hospital will
11  close on October 7, 2019?"
12         And it states:  "No, if a viable buyer
13  comes forward, that date will be pushed back or even
14  canceled."  Did I read that correctly?
15     A   Yes.
16     Q   Okay.  My question to you is:  Do you have
17  any personal knowledge of any efforts to find a buyer
18  or investor for OVMC?
19     A   No, I don't know anything personally that
20  was official, no.
21     Q   Can you explain that, because you qualified
22  your answer.  What do you mean by "official"?
23     A   The only thing that we ever heard about
24  possible buyers was just hearsay and rumors from

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 41

1 other employees.
2     Q.   Okay.  Sorry.  Just bear with me while I'm
3 thinking.  I'm going to stop sharing my screen for
4 just a second.
5         MS. THOMPSON:  I'm going to need to
6 take a break.  My Zoom is acting up.  I'm sorry.
7 It's not working right.  Can we take a five-minute
8 break, please, off the record?
9         VIDEOGRAPHER:  The time is 10:03.
10 We're going off the record.
11         (A recess was taken.)
12         VIDEOGRAPHER:  The time is 10:09.
13 We're back on the record.
14 BY MS. THOMPSON:
15     Q.   Mr. Garan, do you understand that your
16 testimony is still under oath even though we took a
17 break?
18     A   Yes.
19     Q.   Okay.  I thought of something.  We had
20 talked earlier about how you would sometimes float to
21 other departments besides the ICU, correct?
22     A   Correct.
23     Q.   Okay.  What would cause you to float to
24 another department rather than work in the ICU?

Page 42

1     A   Too many nurses, not enough patients in the
2 ICU.
3     Q.   Okay.  Was there ever an instance in which
4 you were sent home because there were too many
5 patients in the ICU -- well, because there were too
6 many nurses in the ICU and not enough patients?
7     A   Yes.
8     Q.   How often did that happen?
9         MS. WELLING:  Object to form.
10 BY MS. THOMPSON:
11     Q.   I'll rephrase my question.  In 2019, do you
12 recall how often you were sent home from work because
13 there were too many nurses and not enough patients in
14 the ICU?
15     A   I don't recall how many times.
16     Q.   Let's limit it to the same 2019 period, but
17 do you recall if this was happening on a monthly
18 basis or a weekly basis?
19     A   I don't really recall the exact time,
20 because there was also times where I wasn't able to
21 come into work at all, was told to stay home.
22     Q.   Was that prior to August of 2019?
23     A   It started to happen around the beginning
24 of 2019.

Page 43

1     Q.   Who was the person that would contact
2 you -- well, let me phrase it this way.  How would
3 you learn that you were going to be floating or
4 staying home for a particular shift that you had
5 signed up for?
6     A   Whoever the charge nurse was the previous
7 shift.
8     Q.   Okay.  Would they contact you or would you
9 show up at work?
10     A   They would contact me if I were to stay
11 home, and if I were to float they would let me know
12 when I showed up to work.
13     Q.   Do you remember receiving a press release
14 related to the closure of OVMC?
15     A   I do not remember receiving one.
16     Q.   Okay.  Let me bring it up for you then.
17 Exhibit 5 is going to be Bates No. Defendants 67011
18 (sic).  I'm going to share my screen with you, sir,
19 and let me know when you see a document that has the
20 EORH and OVMC headers.
21         (Exhibit No. 5, Bates Defendants 6711, was
22 identified, marked for identification, and shared to
23 the screen.)
24     A   I do.

Page 44

1     Q.   Okay.  Read through this, and I'll scroll
2 down when you're ready.
3     A   Okay.
4        Okay.
5        Okay.
6     Q.   There's a second page.  Let me let it load.
7 Now it's the second page.
8     A   Okay.
9     Q.   Have you finished it, sir?
10     A   Yes.
11     Q.   Okay.  Having read this, does this refresh
12 your recollection of you ever receiving this
13 document?
14     A   I have read this document before, yes.
15     Q.   Okay.  Do you remember when you received it
16 or when you read it?
17     A   I do not recall.
18     Q.   I'm going to scroll up really quickly, a
19 couple different parts.  First, this press release is
20 dated August 7 of 2019, correct?
21     A   Correct.
22     Q.   And I'll represent to you that this is the
23 second email attachment to the email from Dan Dunmyer
24 that we looked at on August 7th that evening.  It

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 45

1 states here that the hospital has sustained losses of
2 more than 37 million over the past two years.
3        My question for you is: Do you have any
4 personal knowledge about the financial condition of
5 OVMC in 2019?
6    A   No, I do not.
7    Q   Were you aware that the hospital was having
8 any sort of financial problems?
9    A   I did not.
10   Q   I believe you testified earlier that there
11 had been some -- well, let me back up -- strike that.
12       Were you aware that the hospital was
13 seeking investment or a potential purchaser in 2019?
14       MS. WELLING:  Object to form.  You can
15 answer.
16   A   Not officially.  Only through rumors and
17 hearsay from other employees.
18   Q   Who did you talk to that about whether or
19 not OVMC was looking for a buyer or an investor?
20       MS. WELLING:  Object to form.  You can
21 answer.
22   A   I do not recall specifically.
23   Q   Okay.  Did you personally participate in
24 any efforts to try and find a purchaser or investor

Page 46

1 for OVMC?
2    A   I did not.
3    Q   Okay.  Would any of your job duties as an
4 RN involve billing or collections for patient
5 services that you provided?
6    A   No.
7    Q   Do you know who would have handled that
8 aspect of the hospital's business?
9    A   The financial department.
10   Q   In 2019 did you notice any changes in the
11 patient numbers in the ICU?
12   A   Yes.
13   Q   What changes did you notice?
14   A   We had a significant decline in the amount
15 of patients that we had regularly.
16   Q   Okay.  Sorry to interrupt you.  Was there
17 something else?
18   A   No, I am just saying there was a
19 significant decline on the regular.
20   Q   When you mean "on the regular," can you
21 explain that a little bit more?
22   A   On a week-by-week basis, we did not have
23 many patients in our ICU.
24   Q   Okay.  Do you know when that decrease

Page 47

1 started to occur?
2    A   In the beginning of 2019.
3    Q   Was that before August of 2019?
4    A   Correct.
5    Q   In your role as an RN, do you deal with any
6 patients' insurance or payment options?
7    A   I do not.
8    Q   I'm going to scroll down here.  It says
9 here that the hospital struggled to overcome
10 declining volumes, declining reimbursement, and
11 substantial harm caused by conduct in a particular
12 lawsuit.
13       We had talked about your knowledge about
14 patients.  Did you have any personal knowledge about
15 any declining reimbursement at OVMC in 2019?
16   A   I did not.
17   Q   Do you know what the reference to
18 "substantial harm" is in this paragraph?
19   A   I do not.
20   Q   I'm going to scroll down one more time,
21 sir.  Says here that "despite exhaustive efforts to
22 identify a strategic partner or buyer for OVMC and/or
23 EORH, which includes discussions with more than 15
24 different national, regional, and local healthcare

Page 48

1 systems or providers," my question is: Are you aware
2 of who any of these 15 providers would have been?
3    A   I do not.
4    Q   Okay.  I'm going to stop sharing my screen.
5        What was the date that your employment at
6 OVMC ended?
7    A   I don't remember the exact date, only that
8 it was in the first week of September 2019.
9    Q   Okay.  What do you remember -- I'm sorry,
10 go ahead.
11   A   The first or second week in the beginning
12 of September 2019.
13   Q   Okay.  I can bring it up -- I'll bring it
14 up here.  I'm going to introduce as Exhibit 6 your
15 written discovery responses so we can talk about
16 something you put in there.  And I'm going to be
17 specifically looking at Request for Admission No. --
18 I think 7.
19       Okay.  I'm going to share my screen with
20 you, sir.
21       (Exhibit No. 6 was identified, marked for
22 identification, and shared to the screen.)
23   A   Okay.
24   Q   First, actually, let me scroll to the top.

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 49

1 I'll show you and represent to you -- you can read
2 the entire thing if you want, but these are the
3 discovery responses that you and your counsel
4 submitted to us in response to certain requests for
5 information and documents in this case.
6          Do you remember going -- answering some
7 discovery in this case?
8     A   Yes.
9     Q   Okay. I'm not going to ask you a question
10 about a lot of it -- because there's a lot, but I'm
11 going to go down here to Request for Admission No. 7
12 and have you read it and your answer, and then I'm
13 going to ask you a question about it.
14          There it is. Go ahead and read it and let
15 me know.
16     A   Okay.
17     Q   Okay. My question is -- to you is that:
18 Do you know if you worked at the hospital on -- and
19 by worked, I mean go in, clock in, conduct work, on
20 September 13th of 2019?
21     A   I can't recall if I was there on that exact
22 date.
23     Q   Let's try it this way. Do you remember how
24 you notified Charge Nurse Bruno that you were taking

Page 50

1 a nursing position elsewhere?
2     A   I don't recall whether it was person-to
3 person or via text message or phone call.
4     Q   Do you remember any substance to the
5 conversation that you may have had with Charge Nurse
6 Bruno when you informed her you were taking a nurse
7 position elsewhere?
8     A   Not that specific conversation.
9     Q   Do you remember whether you clocked in and
10 worked any hours at OVMC in September of 2019?
11     A   I did.
12     Q   Do you remember what day that occurred?
13     A   I do not recall the exact days.
14     Q   I'm going to stop sharing my screen and
15 introduce Exhibit No. 7, which is going to be Bates
16 No. Defendants 16796 (sic). Have you ever heard of a
17 company called JBDev, sir?
18     A   Hm-um. It does not ring a bell.
19     Q   That's okay.
20          We'll produce this natively as an Excel
21 spreadsheet so it takes longer to load. Bear with
22 me. All right. I'm going to share my screen with
23 you, sir.
24          (Exhibit No. 7, Bates 16769, was

Page 51

1 identified, marked for identification, and shared to
2 the screen.)
3     A   Okay.
4     Q   Now, I'll represent to you that what you're
5 looking at is a document that was provided to us by
6 JBDev, who is the software company that does the
7 timekeeping at OVMC.
8     A   Okay.
9     Q   I'll explain to you what we're looking at
10 so we're all on the same page. If you look at the
11 bottom, the tab I'm in has a date range.
12     A   Uh-huh.
13     Q   08/25/2019 to 9/8/2019, okay? So this
14 spreadsheet has a lot of days, but this is the time
15 period we're looking at.
16     A   Okay.
17     Q   Scroll up to the top. The section that I
18 am interested in here is this column here,
19 highlighted. This is the day, the clock-in time and
20 the clock-out time, and then the consecutive work
21 length. Do you see what I'm looking at there?
22     A   I do.
23     Q   Okay. So I'm going to -- There's all
24 employees in here. I'm going to do a quick search so

Page 52

1 we can just get to your name, and I will highlight
2 the rows that have your name there, sir. Do you see
3 where I've sort of highlighted the ones that have
4 your name?
5     A   I do.
6     Q   Okay. So according to this, it looks to me
7 that on the 4th of September you clocked in and
8 worked; is that correct?
9          MS. WELLING: Object to form.
10     A   Yes, that looks like it is correct.
11     Q   Do you have any reason to dispute that you
12 clocked in and worked at OVMC on the 4th of
13 September, 2019?
14     A   I do not.
15     Q   Okay. According to this report, it looks
16 like you clocked in and worked at OVMC on the 5th of
17 September of 2019, correct?
18     A   Correct.
19     Q   Do you have any reason to dispute that
20 those are the hours that -- strike that. Do you have
21 any reason to dispute that the clock-in information
22 here is incorrect?
23     A   No.
24     Q   Okay. And then it also has clock-in

Case 5:19-cv-00263-JPB-JPM   Document 166-6   Filed 07/08/22   Page 15 of 22   PageID #: 9702

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 53

1 information for the 9th, 12th and 13th of
2 September, 2013, correct?
3    A   Correct.
4    Q   Do you have any reason to dispute the time
5 card information for those dates listed in this
6 report?
7    A   I do not.
8    Q   Okay. So looking at this, does this
9 refresh your recollection of whether you worked at
10 the hospital on the day you provided Ms. Bruno with
11 notice that you were accepting a new position?
12    A   Yes.
13    Q   Okay. So my question to you, sir, is if
14 you worked the same day you provided Ms. Bruno with
15 notice, why did you deny that you had a position at
16 OVMC that you could resign from?
17        MS. WELLING: Object to form. You can
18 answer.
19    A   Because when I signed on at OVMC, my FTE
20 was .9 hours, which was guaranteed 36 hours a week as
21 a registered nurse. And at that time I was not
22 guaranteed my 36 hours a week as a registered nurse.
23    Q   So your position is because you weren't
24 getting the guaranteed hours, you were no longer

Page 54

1 employed?
2        MS. WELLING: Object to form.
3    A   I was not getting my guaranteed hours, nor
4 was I acting as a registered nurse.
5    Q   I understand. But you were still doing
6 work and getting paid for it, correct?
7    A   I was not getting my guaranteed 36 hours,
8 nor was I being a registered nurse, which I signed on
9 for.
10    Q   I understand. You've said that several
11 times. My question is that as of the date you
12 provided notice to Ms. Bruno, you were performing
13 some work for OVMC and being compensated for that
14 work?
15    A   But not the work that I was guaranteed when
16 I signed on for.
17    Q   Did you sign a contract?
18    A   Whenever I signed on, it was agreed that my
19 FTE would be .9, which is 36 hours a week, and I was
20 not receiving those 36 hours a week. So the
21 financial compensation in hours that I was receiving
22 at that point in time was not adequate.
23    Q   I understand that. It still doesn't answer
24 my question. Let me think of how to rephrase it.

Page 55

1        Let me ask this. Whenever you provided --
2 when you talked to -- excuse me, whenever you
3 notified Ms. Bruno on September 13th, 2019, that
4 you were accepting a position somewhere else, do you
5 know whether you were scheduled to work in any
6 capacity at OVMC anytime after that date?
7    A   No, there was no set schedule at that point
8 in time.
9    Q   How was it communicated to you whether you
10 would work at a specific date or time?
11    A   It was going day by day at that point.
12    Q   I understand. How would somebody reach out
13 to you on any given day then and tell you that there
14 was work or no work?
15    A   Our charge nurses would call us and inform
16 us.
17    Q   Do you remember the last date that there
18 was a patient in the ICU?
19    A   I do not recall.
20    Q   Was there a patient still in the ICU as of
21 the 13th of September?
22    A   There was not.
23    Q   And you had stated that you weren't
24 performing your RN duties. What duties were you

Page 56

1 performing, say September 13th, 2019?
2    A   Miscellaneous jobs.
3    Q   Can you give me any details what those
4 miscellaneous jobs entailed?
5    A   Packing up equipment. At one point I was
6 allowed to go to medical records and transfer medical
7 records on the CDs for patients of the hospital.
8    Q   Do you remember when you started performing
9 those miscellaneous tasks instead of RN duties?
10    A   It was about the end of August, I believe,
11 whenever they shut down medical services at the
12 hospital.
13    Q   At some point did you ever after -- after
14 the announcement was made in August of 2019 that the
15 hospital would close, do you remember if you floated
16 to any other departments?
17    A   Can you repeat that question, please?
18    Q   Yes. After you received notice that the
19 hospital was going to close in August of 2019, do you
20 remember if --
21        MS. WELLING: --
22        Sorry to interrupt (indistinct).
23        MS. THOMPSON: No, it's okay.
24        It's gone now. I don't know where it

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 57

1 went.
2 BY MS. THOMPSON:
3    Q   I was just trying to find out if you
4 remember specifically floating to other departments
5 after August 7th, 2019.
6    A   I do not specifically recall.
7    Q   Was there ever a time in August or
8 September of 2019 that you worked at EORH?
9    A   No.
10    Q   Do you remember what point in 2019 you
11 believe your hours went below 36 hours a week?
12    A   When they shut down medical services at the
13 hospital.
14    Q   And do you recall when that happened?
15    A   I don't remember the exact date.  I just
16 remember the time frame of it being towards the end
17 of August, beginning of September.
18    Q   Okay.  And you had explained to me how the
19 scheduling worked with the filling in and the tiers
20 -- strike that.  Did you speak to anyone in
21 management about scheduling or hours after
22 August 7th, 2019?
23    A   The only person that I can recall is Carol
24 Moscato, who handled our schedules.

Page 58

1    Q   Okay.  What do you remember talking to
2 Carol Moscato about your schedules about?
3    A   I do not recall exact conversations.
4    Q   Do you remember how many times you would
5 have talked to her about scheduling?
6    A   I don't remember the exact number, but it
7 was pretty regularly.
8    Q   Do you remember at what point you stopped
9 using the scheduling system you described to me,
10 filling in the times, and when it changed to be a
11 more day by day?
12    A   I do not recall.
13    Q   Did you participate in any sort of
14 wind-down services, cleaning or organizing, in any
15 department other than the ICU and those medical
16 records you spoke of?
17    A   Can you repeat that question?  I'm sorry.
18    Q   Yes.  You had testified that you had done
19 some cleaning up in the ICU, correct?
20    A   Correct.
21    Q   And then I believe you testified that you
22 had done some work in the medical records department?
23    A   Correct.
24    Q   Okay.  Did you participate in the wind-down

Page 59

1 or cleaning or organization of any other department
2 besides the ICU and medical records?
3    A   Not that I recall.
4    Q   Do you know when the last patients were in
5 any department other than the ICU?
6    A   I don't recall the exact date.
7    Q   Did you have any interaction with any of
8 the employees who provided outpatient services at the
9 hospital?
10    A   Not that I recall.
11    Q   So would you have any personal knowledge of
12 when any outpatient services ceased?
13    A   Not that I recall.
14    Q   And would you have any personal knowledge
15 of when the departments that do not provide any
16 patient services, when their wind-up or processes
17 would have ended?
18    A   I do not know.
19    Q   Okay.  Have you ever heard that there is an
20 employment category for some employees at OVMC that's
21 called "casual employment"?
22    A   I'm aware of the term.
23    Q   Okay.  Were you a casual employee?
24    A   No, I was a full-time employee.

Page 60

1    Q   Okay.  Did you personally know anybody who
2 had casual employment at OVMC?
3    A   Not that I recall.
4    Q   Were you aware that there was a per diem
5 employee category?
6    A   I'm familiar with the term.
7    Q   Okay.  Do you have personal knowledge of
8 anyone who worked for OVMC in a per diem capacity?
9    A   Not that I recall.
10    Q   Were you aware that there is a temporary
11 employee classification?
12    A   I'm not too familiar with the temporary.
13    Q   Okay.  What about contingency basis?
14    A   I'm not familiar with that.
15    Q   Okay.  Do you know -- do you have personal
16 knowledge of any employees who were part-time workers
17 in the ICU?
18    A   I don't remember exactly other people's FTE
19 or job status.
20    Q   When you say FTE, what do you mean?
21    A   FTE is based upon full time, part time, and
22 per diem.  Full-time employees are .9, part-time
23 employees are .6, and then your per diem or casuals
24 are .1 or .3.  I can't remember those numbers.  I was

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 61

1 never involved in that.
2    Q.  Understood.  Would you have known the
3 schedules of any of the other RNs in the ICU besides
4 your own?
5    A.  No.
6    Q.  Would you have known how many hours any,
7 let's say, other RNs assigned to the ICU worked after
8 August 7th, 2019?
9    A.  I do not.
10    Q.  Do you have any knowledge of any other
11 employees' schedules after August 7th, 2019?
12    A.  I do not.
13    Q.  After August 7th of 2019, were you
14 personally aware of any other employees at OVMC who
15 were applying for other jobs?
16    A.  I don't remember exactly who was doing
17 what.
18    Q.  Do you remember if you talked to anybody
19 about putting in -- any other OVMC employees about
20 applying for other jobs?
21    A.  Not specifically.
22    Q.  So do you have -- while -- after
23 August 7th of 2019, did you have any awareness of
24 what other OVMC employees were doing in terms of job

Page 62

1 search?
2    A.  I don't remember specifically who was doing
3 what.
4    Q.  Do you remember if there were any job fairs
5 held at OVMC in August?
6    A.  There was.  There was a job fair, I
7 remember.
8    Q.  Did you attend that job fair?
9    A.  I did.
10    Q.  Okay.  Do you remember whether or not there
11 were any meetings held at OVMC regarding unemployment
12 compensation?
13    A.  I do not recall.
14    Q.  Do you have any personal knowledge of
15 employees using banked PTO or PT days so they
16 wouldn't have to come in to work in August or
17 September of 2019?
18        MS. WELLING:  Object to form.
19    A.  The only knowledge I have is my own, about
20 my own PTO.
21    Q.  Do you have any personal knowledge of
22 anybody who retired in August or September of 2019?
23    A.  Not that I personally recall.
24    Q.  Okay.  Do you have any personal knowledge

Page 63

1 of anybody who started -- who -- let me rephrase
2 that.  Let me think.  Do you have any personal
3 knowledge of anyone who worked at OVMC who started a
4 new job in August or September of 2019 besides
5 yourself?
6    A.  Not specific employees, no.
7    Q.  Do you have any personal knowledge of any
8 local health care providers reaching out to OVMC
9 employees to try to get them to apply at their place
10 of business?
11    A.  The only thing that I can remember is some
12 of the employers that came to our job fair.
13    Q.  Okay.  Do you remember any health care
14 providers -- like doctors or physicians, do you
15 remember whether any of them left the hospital in
16 August or September of 2019?
17    A.  I do not recall.
18    Q.  Did you ever talk to any of the patients
19 that you saw about the closure of the hospital?
20    A.  No.
21    Q.  And I think you said you had also worked
22 with patients' families.  Did you ever speak to any
23 patients' families about the closure of the hospital?
24    A.  No.

Page 64

1    Q.  Did you have any sense of how the news that
2 the hospital was going to close was received in the
3 local Wheeling community?
4    A.  Can you rephrase that question, please?
5    Q.  Sure.
6    A.  Thank you.
7    Q.  After the announcement -- public
8 announcement was made on August 7, 2019, did you feel
9 that you were aware of any response by the community
10 to that announcement?
11    A.  The overall general consensus was a lot of
12 stress and frustration.
13    Q.  Was that something that was shared by the
14 employees?
15    A.  Yes.
16    Q.  Did you have any awareness of the response
17 of the businesses that OVMC uses, vendors, in
18 response to the announcement on August 7, 2019, that
19 the hospital would close?
20    A.  I do not have any recollection of what that
21 would be.
22    Q.  Okay.  Other than the job fair, do you
23 remember any other employee meetings in August or
24 September of 2019 related to the closure that you

**EXHIBIT 4**

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 65

1 attended?
2     A    No, I don't believe I attended any employee
3 meeting.
4     Q    Were you aware that there were employee
5 meetings being held?
6     A    Through some of the emails, yes.
7     Q    Do you recall if there was ever a meeting
8 in which there was training about how to submit an
9 application or write a resume?
10     A    I do not recall that.
11     Q    Do you know of anybody else who works at
12 WVU Hospital in Wheeling where you work that
13 previously worked with you at OVMC?
14     A    I do.
15     Q    Okay.  Who are those people?
16     A    There is somebody I work with now that I
17 worked with in the ICU.  His name is Brian Givens.
18 He is another registered nurse.
19     Q    Do you have any sense of when Brian Givens
20 began working at WVU Medicine?
21     A    I do not recall.  I just know that it was
22 after me.
23     Q    It was after you, okay.
24     A    And did you want any more names?  I'm

Page 66

1 sorry.
2     Q    Oh, yeah, if you have other names.  I
3 thought he was the only one.
4     A    No.  No.
5     Q    If you have others than Mr. Givens, please
6 tell me.
7     A    Okay.  There was Emily Wines, who worked
8 with me in the ICU as well.
9     Q    Okay.  Do you know when Ms. Wines began
10 working there?
11     A    I do not.  I do know that it was just after
12 me as well.
13     Q    You say just after you.  Do you mean just
14 as in it was after you, or just as in to suggest a
15 time period?
16     A    No specific time period.  She just started
17 after I did.
18     Q    Okay.  Thank you for clarifying.
19     A    You're welcome.
20     Q    Besides those two, anyone else?
21     A    There are other employees that worked on
22 other units that also started working at Wheeling
23 Hospital that I did not specifically work with in the
24 ICU.

Page 67

1     Q    Did any of those people to your knowledge
2 start working at WVU Medicine before you did?
3     A    I don't recall.
4     Q    WVU Medicine didn't reach out to you,
5 correct, about a job?
6     A    No, they did not.
7     Q    Were you aware if they reached out to
8 anyone else about a job?
9     A    I do not know.
10     Q    If you had had a question about your
11 paycheck, for example, where would you have gone to
12 ask that question while you were working in the ICU?
13     A    The payroll department.
14     Q    And that's located on the hospital campus?
15     A    Yes.
16     Q    If you had had an issue with another
17 employee, where would you have gone to report that?
18     A    Either to my manager or HR.
19     Q    And I believe you said your manager was
20 Ms. Bruno; is that correct?
21     A    That is correct.
22     Q    Okay.  And then is HR also something that's
23 housed in the hospital complex?
24     A    Yes.  That is our human resources

Page 68

1 department.
2     Q    Do you know who was above Cindy Bruno in
3 the chain of command?
4     A    That would be our director of nursing, and
5 our director of nursing at that point -- I believe
6 her name was Lynn Bertrand maybe?  Bertrand?
7     Q    Lynette Debertrand?
8     A    Yes.  That is it.
9     Q    Nailed it.  Okay.  And was Ms. Bertrand
10 someone that was located in the hospital complex as
11 well?
12     A    I believe so, yes.
13     Q    In your career at OVMC, did you ever
14 personally talk to Dan Dunmyer?
15     A    Not personally, no.
16     Q    Okay.  In your OVMC career, did you ever
17 personally talk to Jennifer Coello?
18     A    I don't think I know who that is.
19     Q    Okay.  How about this.  In your OVMC
20 career, did you ever personally speak to Lynn
21 Debertrand?
22     A    Not that I can specifically recall, no.
23     Q    In your OVMC career, did you ever
24 personally speak to a man named Michael Sarrao?

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 69

1    A    I do not recall who that is.
2    Q    Okay.  In your OVMC career, do you remember
3 ever personally speaking to a man named Lex Reddy?
4    A    No, I do not.
5    Q    In your -- I got two more.  In your OVMC
6 career, do you ever remember talking to a man named
7 Mark Bradshaw?
8    A    I do not.
9    Q    Last one.  In your OVMC career, do you ever
10 remember talking to a man named Roger Krissman?
11    A    I do not.
12    Q    After September 13th of 2019, did you
13 ever go back to the hospital complex at OVMC?
14    A    I do not believe I did, no.
15    Q    Okay.  Did you play any role in some of
16 those people we listed getting jobs at Wheeling -- at
17 WVU Medicine in Wheeling, either Emily Wines, Brian
18 Givens, or someone in another department besides ICU?
19    A    I personally did not, no.
20    Q    Okay.  I'm going to introduce Exhibit 8,
21 which is going to be Bates No. Defendants 93.  I'm
22 going to share my screen with you, sir.  Let me know
23 when you see a kind of purple document.  It says at
24 the top "Payroll Register Employee Detail."

Page 70

1        (Exhibit No. 8 was identified, marked for
2 identification, and shared to the screen.)
3        Do you see that?
4    A    I do.
5    Q    Okay.  I'll represent that this is a
6 Payroll Register that was provided in discovery --
7 and there is a lot of them.  I just picked out the
8 ones that have your name on it, okay?  So I want us
9 to get familiar with this document, and then we'll
10 talk about it.  So at the top, this is for the pay
11 period of 8/10/2019.
12    A    Uh-huh.
13        MS. WELLING:  Object to form.
14    Q    And down here it says "Earnings and Hours."
15 Do you see the columns that say Earnings and Hours?
16    A    Correct.
17    Q    Okay.  And then it lists different types of
18 earnings next to hours, correct?
19    A    Correct.
20    Q    Okay.  I'll represent to you that "reg"
21 stands for regular hours.  And it looks like for this
22 time pay period, it lists that you worked 24 regular
23 hours, 36.6 regular hours, and then 12 regular hours
24 in this one pay period.  Do you see where I'm

Page 71

1 referencing there?
2    A    I do.
3    Q    Okay.  And then it has a breakdown of
4 additional compensation and shift differentials that
5 were paid to you.  Does that look right?
6    A    Yes.
7    Q    Okay.  And then over to the right it has
8 total amounts of compensation and abbreviations for
9 the deductions that were made.  There's one for --
10 says dental, there's FICA, Social Security Medical,
11 there's a 401(k), and then West Virginia taxes.  Do
12 you see where I'm referencing on the side there?
13    A    Yes.
14    Q    Okay.  I have a couple questions about
15 this.  Do you have any reason to dispute that you
16 worked these number of hours that are listed in the
17 column that says "hours" on this time card?
18    A    I don't believe so, no.
19    Q    Do you have any reason to dispute the
20 compensation and deductions that are listed in the
21 other columns of this time card?
22    A    Uh, no.
23    Q    I'm sorry.  Were you thinking?
24    A    No.  I'm just looking at the document.

Page 72

1    Q    Oh, okay.  Take your time.
2    A    No, I've just never seen it before, and I'm
3 trying to process what I'm looking at.
4    Q    Yeah.  Take your time.
5        MS. WELLING:  You might want to repeat
6 your question, Chelsea.
7        MS. THOMPSON:  I will.  I was waiting
8 for him to look it over.
9    Q    My question is going to be:  Do you have
10 any reason to dispute the compensation amounts that
11 are listed in this time card?
12    A    No.
13    Q    Okay.  And it lists here -- if you see at
14 the top it has a column titled "rate"?
15    A    Uh-huh.
16    Q    And then it lists down here a rate, next to
17 your name, of 24.73.  Would that -- would $24.73, is
18 that the rate that you had at the end of your
19 employment at OVMC?
20    A    I believe that is correct.
21    Q    Okay.  And then in the column next to it,
22 it has a total amount for each of those types of
23 hours that we listed earlier, correct?
24    A    Correct.

Case 5:19-cv-00263-JPB-JPM   Document 166-6   Filed 07/08/22   Page 20 of 22   PageID #: 9707

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 73

1  Q. Okay. I'm going to stop sharing. And we
2 have a couple more of these time cards to go through.
3 It's going to be the same process, so bear with me.
4 My next exhibit is going to be Exhibit 9, it's Bates
5 No. Defendants 14789.
6      Let me share my screen with you, sir.
7 You'll see same type of time card, but this is for
8 the pay date that ended 8/30/2019, according to the
9 document.
10     (Exhibit No. 9 was identified, marked for
11 identification, and shared to the screen.)
12     Do you see that?
13  A. I do.
14  Q. Your name is listed second. If you could
15 take a look at that and let me know when I can ask
16 you my two questions.
17  A. Okay.
18  Q. Okay. It lists out the hours that you
19 worked in that pay period, and then it also lists
20 out -- it says "PTO-CURR" and lists hours. Do you
21 recall taking PTO in the time -- in the pay period
22 that would end 8/30/19?
23  A. Yes.
24  Q. Okay. Was that for vacation or something

Page 74

1 else?
2  A. I got married that week.
3  Q. Oh. That's nice. Okay. Do you have any
4 reason to dispute that those are the hours that you
5 worked for this time period?
6  A. I do not.
7  Q. And do you have any reason to dispute the
8 compensation that you received in this time period?
9  A. I do not.
10  Q. Okay. Exhibit 10 is going to be Bates No.
11 Defendants 834. Did you go on a honeymoon, sir,
12 right after your wedding?
13  A. No.
14  Q. Did you get to go on one ever?
15  A. No.
16  Q. I'm sorry.
17     Okay. I'm going to share my screen with
18 you. Exhibit 10. This is another time card. This
19 one is dated on its face 9/7/2019, correct?
20     (Exhibit No. 10 was identified, marked for
21 identification and shared to the screen.)
22  A. Yes.
23  Q. Okay. And you are second to last name
24 here, if you want to take a look.

Page 75

1  A. Yes.
2  Q. Okay. It lists here that there was also
3 some PTO here. Was that for your wedding as well?
4  A. No, that time frame is not.
5  Q. Okay. Do you have any reason to dispute
6 that these are the hours of PTO that you used for
7 this pay period?
8  A. I do not.
9  Q. And do you have any reason to dispute that
10 this is the compensation you received covering this
11 pay period?
12  A. I do not.
13  Q. This says -- it has here what I believe --
14 it says "shift differential." Did you receive shift
15 differential pay?
16  A. That's what it states. I don't recall what
17 it was for.
18  Q. Yeah, I'm asking more generally. How did
19 shift differential -- like what would you do in order
20 to get shift differential pay while you were working
21 in the ICU?
22  A. I knew we got shift differential for night
23 shifts and being floated to other departments, but I
24 don't recall, you know, how much that compensation

Page 76

1 was.
2  Q. Okay.
3  A. And weekends. Weekends we also got a shift
4 differential, I believe, if I remember correctly.
5  Q. Were you often working weekends?
6  A. It varied.
7  Q. Okay. Because I think -- remind me -- or
8 correct me, you had said you worked different days of
9 the week. It was always three days a week, but they
10 would be different days?
11  A. That is correct.
12  Q. And you said you could work both days or
13 night shifts, correct?
14  A. That is correct.
15  Q. All right. I'm going to introduce
16 Exhibit 11, Defendants 1177. I'll share my screen
17 with you, sir, the last one we have to do. This is
18 the time card that on its face is dated 9/21/19,
19 correct?
20     (Exhibit No. 11 was identified, marked for
21 identification and shared to the screen.)
22  A. Uh-huh.
23  Q. And then your name is second here. If you
24 could look that over and let me know when we can talk

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 77

1  about it.
2      A    Okay.
3      Q    All right.  Do you have any reason to
4  dispute that this was the regular hours in PTO that
5  was -- that you worked or used in this pay period?
6      A    That is -- appears to be correct.
7      Q    Okay.  And do you have any reason to
8  dispute the compensation that you received listed for
9  this pay period in this time card?
10     A    I do not.
11         MS. THOMPSON:  Okay.  All right.
12  We're done with those.  I believe if we take a five-
13  or ten-minute break, I'm pretty close to being done.
14         MS. WELLING:  Okay.
15         MS. THOMPSON:  Could we go off the
16  record?
17         VIDEOGRAPHER:  The time is eleven
18  o'clock.  We're going off the record.
19         (A recess was taken.)
20         VIDEOGRAPHER:  The time is 11:12.
21  We're back on the record.
22  BY MS. THOMPSON:
23     Q    Mr. Garan, you understand you're still
24  under oath even though we took a break?

Page 78

1      A    Yes.
2      Q    I just have a couple cleanup questions.
3  The first is, are you working at WVU Medicine
4  Wheeling full time?
5      A    Yes, I am.
6      Q    Do you receive any benefits through your
7  employment there?
8      A    I do.
9      Q    Do you receive health insurance?
10     A    I do.
11     Q    Do you receive vision or dental insurance?
12     A    I receive both now.
13     Q    Do you have a 401(k) plan there?
14     A    I believe it's either a 401(k) or 403(b),
15  but it is a retirement plan.
16     Q    Okay.  Do you have any sort of flex
17  spending account or health expenses account?
18     A    I do not.
19     Q    Do you have any other benefits through your
20  employment at WVU Medicine Wheeling Hospital that we
21  haven't discussed?
22     A    No.
23     Q    Are you aware if there was any other work
24  to be done in the hospital after September 13th of

Page 79

1  2019 to wind up?
2         MS. WELLING:  Object to form.  Vague.
3  You can answer.
4      A    The only work that I was aware of that I
5  was allowed to participate in was medical records or
6  cleaning and packing supplies.
7      Q    I understand.  Let me break that down then.
8  Were you aware that there was more medical records
9  work to be completed after September 13th of 2019?
10         MS. WELLING:  Object to form.  You can
11  answer.
12     A    After that date, I am not fully aware if
13  there was any more medical records to be done or not.
14     Q    Were you aware that there was a help list
15  that was circulated that people could add their name
16  to to work in other departments?
17     A    Can you repeat that question?  Sorry.
18     Q    Yeah.  Did you ever hear of something
19  called like a help list, where OVMC employees could
20  sign up to work in other departments during the
21  wind-down of the hospital?
22     A    I'm not aware of that.
23     Q    Oh, who is Janice Roberts?
24     A    Janice Roberts is a friend of mine who is

Page 80

1  an employee -- who was an employee at OVMC.
2      Q    What position did she hold at OVMC?
3      A    Originally she worked on the telemetry care
4  unit as a bedside RN, but she had moved to care
5  management I believe it was at some point.
6      Q    Okay.  Do you remember having any
7  discussions with Janice Roberts about the closure of
8  the hospital?
9      A    Yes.
10     Q    Okay.  What do you remember about those
11  conversations?
12     A    Basically what our options were, what was
13  going on in general.
14     Q    And what options did you discuss with
15  Janice Roberts?
16     A    I recall specifically how it was difficult
17  to get a full amount of hours at the end of my
18  employment there.
19     Q    Okay.  Did you discuss with Ms. Roberts
20  about applying for other jobs?
21     A    I don't recall specifically, but she is a
22  very close friend, so potentially yes.
23     Q    Okay.  Do you remember if you spoke with
24  either Brian Givens or Emily Wines about their

KEITH REED, ET AL vs.
ALECTO HEALTHCARE SERVICES, LLC, ET AL

MARK GARAN
05/12/2022

Page 81

1  applications or your applications to work at WVU
2  Medicine Wheeling?
3       A   Not specifically.
4            MS. THOMPSON:  All right.  I believe
5  that's all the questions that I have.  Your counsel
6  might have questions for you, however.
7            THE DEPONENT:  Okay.
8            MS. WELLING:  Hold on just a second.
9  We don't need to go off the record.  Just hold on a
10 second.
11           I don't think we have any questions.
12 We will read.
13           VIDEOGRAPHER:  With no further
14 questions, the time is 11:18.  We're going off the
15 record.  This concludes the deposition.
16           MS. THOMPSON:  Thank you, Mr. Garan.
17 I appreciate it.
18           THE DEPONENT:  Thank you.
19           (The court reporter asked counsel to
20 specify her preferred order for the transcript.)
21           MS. WELLING:  Electronic is fine.
22       (Signature having not been waived, the
23 deposition of MARK GARAN was concluded at 11:18 a.m.)
24

Page 82

1  STATE OF WEST VIRGINIA,
2  COUNTY OF KANAWHA, to-wit:
3
4            I, Twyla Donathan, RPR, a duly commissioned
Notary Public for the County and State herein, do hereby
5  certify that the foregoing deposition of MARK GARAN was
duly taken by and before me via Zoom Videoconferencing
6  at the time and for the purpose specified in the caption
hereof, the said witness having been by me first duly
7  sworn.
            That the foregoing is a true, correct, and
8  full transcript of the testimony adduced, as taken by me
in stenographic shorthand notes and thereafter
9  accurately transcribed;
            I further certify that I am neither attorney
10 or counsel for, nor related to or employed by, any of
the parties to the action in which this deposition is
11 taken; and further, that I am not a relative or employee
of any attorney or counsel employed by the parties or
12 financially interested in the action; and that the
attached transcript meets the requirements set forth
13 within Article 27, Chapter 47 of the West Virginia Code.
14
15            IN WITNESS WHEREOF, I have hereunto set
16 my hand this 13th day of May, 2022.
17
18     *Twyla Donathan*
19            TWYLA DONATHAN
            Registered Professional Reporter
20     My commission expires September 11, 2022.
21
22
23
24

Page 83

1            ACKNOWLEDGEMENT OF DEPONENT
2
3            I, MARK GARAN, do hereby acknowledge
4  that I have read and examined the foregoing testimony,
5  and the same is a true, correct and complete
6  transcription of the testimony given by me, and any
7  corrections appear on the attached Errata sheet signed
8  by me.
9
10 _____
11     (DATE)                    (SIGNATURE)
12
13            Subscribed to and sworn by me this _____
14 day of _____, _____.
15
16            _____
17                 Notary Public
18
19 My commission expires _____
20
21
22
23
24

Page 84

1          E R R A T A   S H E E T
2     IN RE:  REED, ET AL, VS. ALECTO HEALTHCARE, ET AL
3  RETURN BY:  _____
4  PAGE    LINE    CORRECTION AND REASON
5  _____   _____   _____
6  _____   _____   _____
7  _____   _____   _____
8  _____   _____   _____
9  _____   _____   _____
10 _____   _____   _____
11 _____   _____   _____
12 _____   _____   _____
13 _____   _____   _____
14 _____   _____   _____
15 _____   _____   _____
16 _____   _____   _____
17 _____   _____   _____
18 _____   _____   _____
19 _____   _____   _____
20 _____   _____   _____
21 _____   _____   _____
22 _____   _____   _____
23 _____   _____   _____
24     (DATE)              (SIGNATURE)