```
1            CERTIFICATE OF REPORTER - NOTARY PUBLIC
2                 I, Kelly Walters, the officer before whom
3    the foregoing deposition was taken, do hereby
4    certify that the foregoing transcript is a true and
5    correct record of the testimony given; that said
6    testimony was taken by me and thereafter reduced to
7    typewriting under my direction; that reading and
8    signing was requested; and that I am neither counsel
9    for, related to, nor employed by any of the parties
10   to this case and have no interest, financial or
11   otherwise, in its outcome.
12                IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this 2nd day of
14   JULY, 2022.
15   My Commission Expires: August 25, 2024
16
17
18
19                         [signature: Kelly Walters]
20
21
22
23
24
```