IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, LISA DOLENCE, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, CHRISTINA LUCAS, and AUGUST ULLUM, individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br>  v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br>                Defendants. | Case No. 5:19-cv-00263-JPB<br><br>Judge John Preston Bailey<br><br>CLASS ACTION |

**APPENDIX TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Timothy F. Cogan, Esq. (WVSB # 764)<br>**Cassidy, Cogan, Shapell & Voegelin, LC**<br>The First State Capitol Building<br>1413 Eoff Street<br>Wheeling, WV 26003<br>T.: (304) 232-8100 | Bren Pomponio, Esq. (WVSB # 7774)<br>Laura Davidson, Esq. (WVSB # 13832)<br>**Mountain State Justice, Inc.**<br>1217 Quarrier Street<br>Charleston, WV 25301<br>T.: (304) 344-3144 |
| F. Alex Risovich, Esq. (WVSB # 10866)<br>**Risovich Law Offices, PLLC**<br>3023 Pennsylvania Avenue<br>Weirton, WV 26062<br>T.: (304)723-2588 | Maureen Davidson-Welling, Esq. (*pro hac vice*)<br>John Stember, Esq. (*pro hac vice*)<br>**Stember Cohn & Davidson-Welling, LLC**<br>The Hartley Rose Building<br>425 First Avenue, 7th Floor<br>Pittsburgh, PA  15219<br>T.: (412) 338-1445 |
| Dated:  July 22, 2022 | *Attorneys for Plaintiffs* |

## INDEX OF EXHIBITS

| APPENDIX EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Excerpts from 07/01/2022 Fed.R.Civ.P. 30(b)(6) Deposition of Defendants AHS and AHSW, designee Michael Sarrao [pp. 1-14, 46, 58, 89-96, 110] |
| 2 | Excerpts of Deposition of Daniel Dunmeyer [pp. 1, 4, 35-37] |
| 3 | Excerpts of Defendant Alecto Healthcare Services Wheeling, LLC's Responses to Plaintiffs' First Set of Requests for Admissions to Defendants [pg. 1 and resp. to RFA No. 5] |
| 4 | Excerpts from 05/19/2022 Deposition of Michael Sarrao [pp. coversheet, 43-44, 101-102, 170-172] |
| 5 | Excerpts of Defendants' First Supplemental Responses to Plaintiffs' First Set of Interrogatories, dated 04/21/2022 [pp.1, 6-7, verification] |
| 6 | West Virginia Department of State Records |

Respectfully submitted,

/s/Bren Pomponio

| | |
|---|---|
| Timothy F. Cogan, Esq. (WVSB # 764) | Bren Pomponio, Esq. (WVSB # 7774) |
| **Cassidy, Cogan, Shapell & Voegelin, LC** | Laura Davidson, Esq. (WVSB # 13832) |
| The First State Capitol Building | **Mountain State Justice, Inc.** |
| 1413 Eoff Street | 1217 Quarrier Street |
| Wheeling, WV 26003 | Charleston, WV 25301 |
| T.: (304) 232-8100 | T.: (304) 344-3144 |
| | |
| F. Alex Risovich, Esq. (WVSB # 10866) | Maureen Davidson-Welling, Esq. (*pro hac vice*) |
| **Risovich Law Offices, PLLC** | John Stember, Esq. (*pro hac vice*) |
| 3023 Pennsylvania Avenue | **Stember Cohn & Davidson-Welling, LLC** |
| Weirton, WV 26062 | The Hartley Rose Building |
| T.: (304)723-2588 | 425 First Avenue, 7th Floor |
| | Pittsburgh, PA  15219 |
| | T.: (412) 338-1445 |
| | |
| Dated:  July 22, 2022 | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, LISA DOLENCE, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, CHRISTINA LUCAS, and AUGUST ULLUM, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br>        Defendants. | Case No. 5:19-cv-00263-JPB<br><br>Judge John Preston Bailey<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **APPENDIX TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was filed with the Clerk of Court using the Court's CM/ECF system, which will send notifications of such filing to the following:

Kevin L. Carr, Esquire
Chelsea E. Thompson, Esquire
300 Kanawha Boulevard, East
Charleston, WV 25301
kcarr@spilmanlaw.com
cthompson@spilmanlaw.com

Michael S. Garrison, Esquire
48 Donley Street, Suite 800
Morgantown, WV 26501
mgarrison@spilmanlaw.com

Respectfully submitted,

/s/Bren Pomponio

| | |
|---|---|
| Timothy F. Cogan, Esq. (WVSB # 764) | Bren Pomponio, Esq. (WVSB # 7774) |
| **Cassidy, Cogan, Shapell & Voegelin, LC** | Laura Davidson, Esq. (WVSB # 13832) |
| The First State Capitol Building | **Mountain State Justice, Inc.** |
| 1413 Eoff Street | 1217 Quarrier Street |
| Wheeling, WV 26003 | Charleston, WV 25301 |
| T.: (304) 232-8100 | T.: (304) 344-3144 |
| | |
| F. Alex Risovich, Esq. (WVSB # 10866) | Maureen Davidson-Welling, Esq. (*pro hac vice*) |
| **Risovich Law Offices, PLLC** | John Stember, Esq. (*pro hac vice*) |
| 3023 Pennsylvania Avenue | **Stember Cohn & Davidson-Welling, LLC** |
| Weirton, WV 26062 | The Hartley Rose Building |
| T.: (304)723-2588 | 425 First Avenue, 7th Floor |
| | Pittsburgh, PA  15219 |
| | T.: (412) 338-1445 |
| | |
| Dated:  July 22, 2022 | *Attorneys for Plaintiffs* |