# EXHIBIT 1



# Transcript of Michael Sarrao Continued

**Date:** July 1, 2022
**Case:** Reed, et al. -v- Alecto Healthcare Services, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

 3      --------------------------------X

 4      KEITH REED, LISA DOLENCE,         :

 5      ELIZABETH SCHENKEL, EMILY WINES, :

 6      MARK GARAN, CHRISTINA LUCAS, AND :

 7      AUGUST ULLUM, INDIVIDUALLY AND    :

 8      ON BEHALF OF OTHERS SIMILARLY     :

 9      SITUATED,                         :

10                   Plaintiffs,          :

11            v.                  : CASE NO.:

12      ALECTO HEALTHCARE SERVICES LLC,  : 5:19-CV-00263-JPB

13      AND ALECTO HEALTHCARE SERVICES    :

14      WHEELING, LLC D/B/A OHIO VALLEY   :

15      MEDICAL GROUP AND D/B/A OVMC      :

16      PHYSICIANS,                       :

17                   Defendants.          :

18      --------------------------------X

19                      CONFIDENTIAL

20      Deposition of ALECTO HEALTHCARE SERVICES LLC, AND

21       ALECTO HEALTHCARE SERVICES WHEELING, LLC D/B/A

22         OHIO VALLEY MEDICAL GROUP AND D/B/A OVMC

23                       PHYSICIANS

24            (Caption continued on next page)
```

```
1        (Caption continued from previous page)

2

3     By and through its designated representative

4                 MICHAEL SARRAO

5               CONDUCTED VIRTUALLY

6              Friday, July 1, 2022

7                   11:16 a.m.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22   Job No.: 455057

23   Pages: 1 - 156

24   Reported by: Kelly Walters, RVR, CVR
```

1           Deposition of MICHAEL SARRAO, conducted

2     virtually.

3

4

5

6

7

8

9

10

11

12

13

14

15           Pursuant to agreement, before Kelly

16     Walters, RVR, CVR, and Notary Public in and for the

17     State of Ohio.

18

19

20

21

22

23

24

```
1            A P P E A R A N C E S

2

3    ON BEHALF OF THE PLAINTIFF:

4         TIMOTHY F. COGAN, ESQUIRE

5         CASSIDY, COGAN, SHAPELL & VOEGELIN, LC

6         The First State Capitol Building

7         1413 Eoff Street

8         Wheeling, West Virginia 26003

9         (304) 232-8100

10

11   ON BEHALF OF THE PLAINTIFF:

12        MAUREEN DAVIDSON-WELLING, ESQUIRE

13        STEMBER COHN & DAVIDSON-WELLING, LLC

14        The Hartley Rose Building

15        425 First Avenue

16        7th Floor

17        Pittsburgh, Pennsylvania 15219

18        (412) 338-1445

19

20

21

22

23

24
```

```
 1            A P P E A R A N C E S  (Continued)

 2

 3       ON BEHALF OF THE DEFENDANTS:

 4             CHELSEA E. THOMPSON, ESQUIRE

 5             MICHAEL S. GARRISON, ESQUIRE

 6             SPILMAN THOMAS & BATTLE, PLLC

 7             300 Kanawha Boulevand, East

 8             Charleston, West Virginia 25301

 9             (304) 357-4475

10

11

12

13

14

15

16   ALSO PRESENT:

17   JESSIKA BLANK, Technician

18

19

20

21

22

23

24
```

```
 1                    C O N T E N T S

 2   EXAMINATION OF MICHAEL SARRAO                   PAGE

 3        By Ms. Davidson-Welling                     7

 4

 5                   E X H I B I T S

 6          (Attached to the transcript)

 7   MIKE SARRAO DEPOSITION EXHIBITS                 PAGE

 8     EXHIBIT 1    Deposition Notice AHS             10

 9     EXHIBIT 2    Deposition Notice AHS Wheeling    13

10     EXHIBIT 3    Intercompany Transfer Report      33

11     EXHIBIT 4    WARN Act Notice                   53

12     EXHIBIT 5    Employee Spreadsheet              55

13     EXHIBIT 6    2019 Benefit Booklet              78

14     EXHIBIT 7    Code Dictionary                   82

15     EXHIBIT 8    Employee Census Report            90

16     EXHIBIT 9    Employee List                    107

17     EXHIBIT 10   Clock Punch Report               112

18     EXHIBIT 11   Payroll Register                 138

19

20

21

22

23

24
```

```
 1                P R O C E E D I N G S
 2   Whereupon,
 3                   MICHAEL SARRAO,
 4   being first duly sworn or affirmed to testify to
 5   the truth, the whole truth, and nothing but the
 6   truth, was examined and testified as follows:
 7       EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
 8   BY MS. DAVIDSON-WELLING:
 9       Q    All right.  Good morning or good
10   afternoon, as the case may be.
11       A    Good morning.
12       Q    All right.  So would you please state
13   your full name for the record?
14       A    Michael Joseph Sarrao, S-A-R-R-A-O.
15       Q    All right.  And who is your current
16   employer, Mr. Sarrao?
17       A    I am self-employed.
18       Q    Okay.  All right.  And before we go any
19   further -- so this is a corporate deposition.  You
20   understand that, correct?
21       A    I do.  I understand it's 30(b)(6), and
22   I'm designated as a person most qualified.  Yes, I
23   do.
24       Q    Okay.  And you've been designated by two
```

1   corporate entities; is that right?

2        A    That's correct.

3        Q    Okay.  And those are Alecto Healthcare

4   Services LLC and Alecto Healthcare Services

5   Wheeling LLC, correct?

6        A    That's correct.

7        Q    Okay.  All right.  So just for shorthand

8   purposes, if I refer to Alecto Healthcare Services

9   as AHS, will you know what I mean?

10       A    I will.

11       Q    Okay.  And if I refer to Alecto

12  Healthcare Services Wheeling as AHSW or Alecto

13  Wheeling, will you know what I mean?

14       A    Yeah, I generally refer to it as Alecto

15  Wheeling, but I would know what you mean, yes.

16       Q    Okay.  All right.  And if I refer to

17  Ohio Valley Medical Center as OVMC, is that okay?

18       A    That's fine, and if I have a question

19  about it, I'll raise the question.

20       Q    Okay.  All right.  Okay.  So just a few

21  background questions more akin to rules.  Will you

22  tell me if you don't understand my question?

23       A    I will.

24       Q    Okay.  Will you tell me if you find my

1   question confusing?

2        A     Yes.

3        Q     Okay.  Will you tell me if I have

4   assumed an incorrect fact in a question?

5        A     Yes.

6        Q     Okay.  Will you tell me if you don't

7   know the answer to a question?

8        A     Yes.

9        Q     Okay.  Are you aware that your testimony

10  today is in a lawsuit involving OVMC?

11       A     I believe it's involving Alecto and

12  Alecto Wheeling versus -- OVMC is just a trade

13  name, but, yes.

14       Q     Okay.  Do you understand the answers to

15  your questions today may be used in court?

16       A     I do.

17       Q     Okay.  Okay.  So I am going to show you

18  a couple of notices here just to identify them.

19  Would -- I wonder if it's easier for me -- okay.

20  So I'm going to pull up -- let's see.  I wonder if

21  I can do this through my share screen.  Let's see.

22  Or maybe the --

23            MS. DAVIDSON-WELLING:  Could the court

24  reporter pull up the document from the deposition

1  exhibits that's 2022630P's amended notice of

2  videotaped deposition that ends Alecto Healthcare

3  Services?

4          TECHNICIAN:  Yes.  Please stand by.  I

5  have one that says Alecto Healthcare Services

6  Wheeling and Alecto Healthcare Services.  Is there

7  a difference in --

8          MS. DAVIDSON-WELLING:  Just do the

9  Alecto Healthcare Services one first.

10         TECHNICIAN:  Okay.  Stand by.  And would

11 you like this marked as number one?

12         (Exhibit 1 marked for identification and

13 attached to the transcript.)

14 BY MS. DAVIDSON-WELLING:

15    Q    All right.  Mr. Sarrao, please take a

16 look at what has been marked as Exhibit 1 to this

17 deposition and let me know if you recognize it.

18    A    Yeah.  I recognize it.

19    Q    Okay.  Is this the 30(b)(6) deposition

20 notice to AHS in this matter?

21    A    That's -- it's the amended notice of

22 videotaped deposition of the 30(b)(6) of Alecto,

23 yes.

24    Q    Okay.  Great.  And you understand that

1    Exhibit 1 is a deposition notice that requires AHS

2    to designate a person to testify on its behalf,

3    correct?

4        A    Yeah.  Subject to the appropriate

5    objections.  Yes, I understand what that is, yes.

6        Q    Okay.  And you understand that AHS is

7    required to fully prepare somebody to answer with

8    the information that's known or reasonably known

9    to the corporation on the --

10       A    I don't know if that's the exact

11   requirement of 30(b)(6), but I understand in the

12   30(b)(6) that Alecto has to have a person most

13   qualified testify and be prepared to testify to

14   the matters.  So -- I haven't read 30(b)(6) for a

15   while, so I don't know if that's the exact quote

16   of it, but I understand the purpose of the

17   30(b)(6) notice of deposition.

18       Q    Okay.  All right.

19           MS. DAVIDSON-WELLING:  Would the court

20   reporter scroll down?  Let me see here.  I'm going

21   to -- yeah.

22       Q    So you see there is an attachment there

23   to the deposition exhibit?

24       A    I do.

1      Q    Okay.  And do you see that there are

2    certain topics that are at the bottom of the

3    deposition notice there?

4      A    I do.

5      Q    Okay.  And do you see that there are

6    five topics that are listed there under subject

7    matter?

8      A    Well, I can only see this page, and

9    there's two on this page, so I assume

10   (indiscernible) --

11     Q    Okay.  So you see two of them?

12          MS. DAVIDSON-WELLING:  And would the

13   court reporter please scroll down to the next page

14   so that he can see the other three?

15     A    Yeah.  I see the other three, yes.

16     Q    Okay.  Now, Mr. Sarrao, have you been

17   designated by AHS to speak on its behalf with

18   respect to all five of the topics that are listed

19   in this exhibit?

20     A    I been designated to testify on behalf

21   of AHS for all five topics, yes.

22     Q    Okay.  All right.  Okay.  Now, before we

23   go any further, let's pull up the next notice,

24   which is -- so there's a second notice of

1    deposition which was for AHS Alecto Wheeling that

2    is in the file.

3            MS. DAVIDSON-WELLING:  Would the court

4    reporter please pull that notice up as well?

5            TECHNICIAN:  Yes.  Stand by.  Okay.

6    It's on the screen.

7        Q    All right.  Mr. Sarrao, please take a

8    look at what's been marked as Exhibit 2 to this

9    deposition.

10       A    Okay.

11       Q    Do you have that in front of you?

12           (Exhibit 2 marked for identification and

13    attached to the transcript.)

14       A    I have it on the screen, yes.

15       Q    Okay.  Is this the amended notice of

16    deposition for the 30(b)(6) corporate deposition

17    of Alecto Wheeling?

18       A    It is.

19       Q    Okay.

20           MS. DAVIDSON-WELLING:  And if the court

21    reporter would scroll down to -- there's a set of

22    subjects for this deposition notice as well.  Do

23    you see those?

24       A    I see the first two, yes.

1          Q    Okay.

2               MS. DAVIDSON-WELLING:  And would the

3     court reporter scroll down, please, so he can see

4     the next ones, too?

5          A    I see those as well.  There's a total of

6     five.

7          Q    Okay.  Mr. Sarrao, have you been

8     designated by Alecto Wheeling to speak on its

9     behalf with respect to all five of the topics that

10    are in this notice of deposition?

11         A    I've been designated to testify on

12    behalf of Alecto Wheeling for all five topics,

13    yes.

14         Q    Okay.  And the five topics in the two

15    notices that we've now looked at are the same five

16    topics, correct?

17         A    I didn't compare them, but they look

18    like they're the same topics, yes.

19         Q    Okay.

20         A    I didn't compare them word for word, but

21    if that's what you're telling me, I'm assuming

22    that's the case, yes.

23         Q    Okay.  Mr. Sarrao, do you have full

24    authority to speak on behalf of AHS and Alecto

Transcript of Michael Sarrao Continued
Conducted on July 1, 2022                                        46

1    there any payments that -- well, actually before I

2    get there, just going back to that.  So AHS Ohio

3    Valley or Alecto Ohio Valley really didn't have

4    any liabilities, so to speak, that needed to be

5    paid is what I --

6         A    Yeah.  It didn't contract -- other than

7    the CNH loan and MPT lease, it didn't contract

8    with any vendors.  It didn't do anything.  It

9    didn't employee anybody.  It didn't do anything.

10   It was a holding company is what Alecto Ohio

11   Valley is.  I'd have to go back and check, but I'm

12   not even sure Alecto Ohio Valley had any checking

13   accounts per se.  It was a holding company.

14        Q    Okay.  And then if we go to the next

15   topic, which asks about payments made by Alecto

16   Ohio Valley for debts, expenses, or other

17   financial obligations incurred by Alecto Wheeling.

18   Were there any payments that Alecto Ohio Valley

19   made, you know, for Alecto Wheeling, you know,

20   debts, expenses, or financial obligations?

21        A    No.

22        Q    (Indiscernible) --

23        A    And I just want to go back to the Roman

24   numeral IV.

Transcript of Michael Sarrao Continued
Conducted on July 1, 2022                                    58

```
 1    the types of positions that were anticipated to be
 2    lost as a result of the closure?
 3         A    Yes.  Correct.
 4         Q    Okay.  All right.  The notice that's in
 5    Defendants' 82 -- that's Bates marked Defendants'
 6    82 that we looked at, was that the only written
 7    notice that was sent out to all the employees
 8    about the closure at the hospitals?
 9         A    That would have been mailed out.  There
10    was a Q&A that was available at the hospital.  I
11    think it was posted at the hospital, and then they
12    had employee forms.  But I think the actual that
13    was mailed out was that letter and the attachment
14    we just talked about.
15         Q    Okay.
16         A    And then, I mean, as it relates on
17    August 8th.  After their termination date, they
18    got COBRA notices and that kind of stuff, but
19    August 8th, that's what was sent.
20         Q    Right.  Okay.  Okay.  So let's see here.
21    All right.  So we also -- okay.  Let's go back to
22    the deposition notice.
23              MS. DAVIDSON-WELLING:  Can we do that,
24    madam?
```

Transcript of Michael Sarrao Continued
Conducted on July 1, 2022                                89

1    be here.  I will have to follow up on that.

2         Q    Okay.  All right.  Yeah.  If you would

3    just to clarify that.

4         A    Yeah.  That's from -- see where it would

5    show up.  I'll follow up.

6         Q    All right.  Okay.  And so but otherwise,

7    what generally this pay dictionary does, these

8    summary tabs, is tell you what the meaning of the

9    pneumonics are?

10        A    Correct.  That's what it does.  So on

11   the payroll register, you know, you'll see

12   different things like -- like, if you look at line

13   91, it will just say TRAUCAL.  That's trauma call.

14   So you're if you're on call, you get a payment for

15   that, and that's what it shows.

16        Q    Right.  Okay.  All right.  So we can set

17   that aside.  Okay.  So going back to topic 5 in

18   the notice, so there were -- there are three

19   documents here that are listed, and I want to ask

20   you about these.  So maybe we can pull up the

21   first one of these.

22             MS. DAVIDSON-WELLING:  So if the court

23   reporter would pull up Defendants' 16730?

24             TECHNICIAN:  Yes.  Stand by.  This will

1    be Exhibit 8.

2              (Exhibit 8 marked for identification and

3    attached to the transcript.)

4        Q    All right.  Okay.  Mr. Sarrao, do you

5    have Defendants' 16730 in front of you?

6        A    I do.

7        Q    Okay.  Do you recognize this document?

8        A    I do.  It's one of those reports that I

9    reviewed in anticipation of the deposition, and I

10   consider it an employee census report.

11       Q    Okay.  All right.  Okay.  And I believe

12   this document is marked as Exhibit 8 to this

13   deposition.

14       A    Okay.

15       Q    So this Exhibit 8 is an employee census

16   you said?

17       A    That's what I consider it, but it's a

18   roster of the employees.  It has their name, hire,

19   status, employee type, hours.  The grade and the

20   step don't mean as much.  And then the base rate,

21   and when that current base rate was effective.

22       Q    Okay.  Yeah.  So let's talk about the

23   various -- you mentioned that this is a roster of

24   employees, and there's a bunch -- and it's

1   actually -- it looks like it's -- if you scroll

2   down to the second page, it appears to be a PDF of

3   a spreadsheet that went across two pages.  Do you

4   see that?

5        A    I can't see the second page yet, but you

6   can --

7        Q    It looks like the first page is columns

8   --

9        A    Yeah.  Yeah.  You're right.

10       Q    -- A through K.

11       A    Yeah.

12       Q    And the second page is columns L through

13  P.

14       A    Yeah.  You're right.  Yeah.

15       Q    And so A through K and L through P for

16  each row pertain to the same employee?

17       A    Correct.

18       Q    Okay.

19            MS. DAVIDSON-WELLING:  And we can scroll

20  back to the first page.

21       Q    Okay.  You mentioned this is a roster of

22  employees.  Which employees?

23       A    These would be -- if you look on the

24  second page, it would be employees at OV -- I'd

1    have to go through the whole roster to see the

2    bottom page, but if you scroll to the second page

3    where it says position, where it starts 21.  I

4    know that's the cost center for OVMC.  So I know

5    those are employees that worked at OVMC.

6         Q    Are you talking about in column O under

7    department?

8         A    No.  Well, either one.  But if you look

9    at column M or you look at column O, where both of

10   them start with 21.

11        Q    Uh-huh.

12        A    21 was the number we assigned to OVMC.

13        Q    All right.  So all the numbers that

14   started with a two were OVMC cost center numbers?

15        A    They start with 21.  Yeah.  That should

16   be -- all the cost centers start with two.  I

17   believe that's correct, but I know 21 is the OVMC,

18   you know, cost center.

19        Q    The cost center numbers for East Ohio

20   Regional Hospital, what number did those cost

21   centers --

22        A    I believe it was 31.  So we had four

23   cost centers, really, if I recall correctly.  21

24   was the hospital.  There was a cost center for the

1    physician group affiliated with OVMC.  Then there

2    was one for East Ohio Regional Hospital, and then

3    the physician group.  They weren't separate

4    entities, it just -- we just kept them as separate

5    cost centers.

6          Q    Okay.  What was the cost center number

7    for the physician group associated with OVMC?

8          A    I believe it was 22 or 23.

9          Q    Okay.  And what about the physician

10   group for you, EORH?

11         A    I believe was 32 or 33.

12         Q    Okay.  So it would have been 21 and 22

13   or 23 for OVMC, and 31 and 32 or 33 for EORH?

14         A    Correct.  And there were a few employees

15   that worked at both places.  They would be

16   assigned to their primary cost center where they

17   worked the most.

18         Q    Okay.  All right.  So if we go back up

19   to the top of this exhibit to the first page.  I

20   just want to ask you what some of these codes are.

21         A    Sure.

22         Q    Okay.  So the first column, the title of

23   that column appears to be something called

24   employee number.  What is that number?

1      A    Every employee had a separate employee

2  number.  So they were assigned an employee number

3  in the system.  So that was -- so in this first

4  one, for example, Lexanne Marlin, her employee

5  number was 2131589.  Each person had an individual

6  employee number.

7      Q    Okay.  And then the employees last name

8  and first name are what's in columns B and C; is

9  that right?

10     A    That's correct.

11     Q    Okay.  And column D is hire date?

12     A    Correct.

13     Q    Okay.  So that was the date the employee

14  was hired?

15     A    Yeah.  And it's their hire date as they

16  were hired by Ohio Valley Medical Center, Inc. or

17  the seller entities that we bought the hospital

18  because we agreed to honor those hire dates as far

19  as benefits, and accruals, and stuff like that.

20     Q    It includes predecessors?

21     A    It does.  Well, I don't know if they're

22  predecessors, but it includes the prior

23  employment.

24     Q    Okay.

1    A    So, obviously, the first one, she

2    started in 19 -- or he -- she started in 1980,

3    right?  So that's when she -- obviously, didn't

4    work for Alecto Wheeling, but worked for another

5    entity prior to that, but worked at the hospital.

6    Q    The next column is E, which is titled

7    status.  Do you see that?

8    A    I see that.

9    Q    Okay.  And it looks like there are many

10   that are listed as active and some that are listed

11   as leaves.  What was reflected in the status

12   column?

13   A    So whether they were an active employee

14   or they were on leave -- they could have been on

15   medical leave, various different leaves.  Family

16   Medical Leave Act -- different leaves they could

17   be on.  So if they were leave, they weren't an

18   active employee.  That's what the leave means.  I

19   mean, there's different types of leave.  There's

20   military leave, all different things, but most of

21   the leaves would be medical leaves.  They had some

22   injury, some medical condition that they were put

23   on leave.  They weren't able to work.  I'd have to

24   go back and look.  Some of them could be pregnancy

1    leave, you know, they had a baby.  They --

2    maternity leave, things like that, so --

3        Q    Okay.

4        A    But they weren't actively working.  They

5    were an employee, but they were on leave.

6        Q    The next column is something called

7    employee type.  Do you see that?

8        A    I do see that.

9        Q    And there are a bunch of codes below

10   that appear to be filled in and that column.  Do

11   you see that?

12       A    Yes.

13       Q    Okay.  What was employee type?  What was

14   reflected in that column?

15       A    Well, effectively, what -- well, that's

16   the part-time, full-time, per diem thing.  So,

17   like, PTR is part-time regular.  They work a

18   regular schedule.  They were regular employees.

19   Then FT is full-time.  And then you can see how

20   many hours they worked in the next column.  PD is

21   per diem, so they just -- they work as needed, so

22   they don't have any fixed number of hours per pay

23   period.  And FTPIL is the full-time paid in lieu.

24   That's what we were talking about for benefits.

Transcript of Michael Sarrao Continued
Conducted on July 1, 2022                                    110

1        Q     Okay.  And then the next column has

2    something called -- in column C, do you see it

3    says status reason?

4        A     Yes.

5        Q     Okay.  And what information is reflected

6    in the status reason column?

7        A     Well, it's ST, which is status, and it's

8    an abbreviation.  LOW means laid-off worker.  That

9    means they were laid off.  And then some of them

10   it says new job.  That means they left because

11   they got a new job.  I think there was one or two

12   that may say discharge.  They got discharged.

13   They got terminated for cause, but that's what

14   that means.

15       Q     Okay.  And what about -- I think there

16   are a couple more codes if we scroll down.  I

17   think there's a code for SR retire?

18       A     I think there was one, yeah.  SR retire,

19   yeah.

20       Q     What did that signify?

21       A     It means they retired.  They chose --

22   they retired from their position.

23       Q     Okay.  And then I think there's one

24   other code --