

# Transcript of Michael Sarrao

**Date:** May 19, 2022
**Case:** Reed, et al. -v- Alecto Healthcare Services, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
 3                          AT WHEELING
 4    -----------------------------x
 5    KEITH REED, et al.,           :
 6              Plaintiffs,         :
 7       v.                         :  Case No.
 8    ALECTO HEALTHCARE SERVICES    :  5:19-cv-00263-JPB
 9    LLC, et al.,                  :
10              Defendants.         :
11    -----------------------------x
12
13      Videotaped Virtual Deposition of MICHAEL SARRAO
14                    Thursday, May 19, 2022
15                        10:39 a.m. CST
16
17
18
19
20
21
22    Job No.:  449917
23    Pages:  1 - 184
24    Reported by:  Tiffany M. Pietrzyk, CSR RPR CRR
```

Transcript of Michael Sarrao
Conducted on May 19, 2022     43

| | | |
|---|---|---|
| 1 | confused. | 11:23:35 |
| 2 | If I understood you correctly, in 2018, the | 11:23:36 |
| 3 | Alecto Wheeling started asking MPT for extra funds; | 11:23:43 |
| 4 | is that right? | 11:23:48 |
| 5 | A. Yeah. But again, it wasn't like a direct | 11:23:49 |
| 6 | ask. Give us 5 million, give us 10 million. It was | 11:23:51 |
| 7 | hey, we need some help here, can we get some more | 11:23:54 |
| 8 | money, kind of indirect questions about that. | 11:23:57 |
| 9 | Q. Okay. And -- and that got shot down; right? | 11:23:59 |
| 10 | A. Correct. | 11:24:02 |
| 11 | Q. Okay. And so then -- then later, you asked | 11:24:03 |
| 12 | more specifically, and that got shot down too? | 11:24:06 |
| 13 | A. Correct. We asked specifically, more | 11:24:09 |
| 14 | specifically, for $20 million. And that got shot | 11:24:12 |
| 15 | down, and any additional money got shot down. | 11:24:14 |
| 16 | Q. All right. Maybe that wasn't a surprise | 11:24:16 |
| 17 | since they had rejected the earlier asks. | 11:24:19 |
| 18 | A. Yes and no. I mean, we thought that they | 11:24:23 |
| 19 | might consider it again, and so we asked | 11:24:28 |
| 20 | specifically and that was rejected. | 11:24:30 |
| 21 | Q. Is there documentation of that ask of 20 | 11:24:31 |
| 22 | million? | 11:24:36 |
| 23 | A. I don't believe there's documentation. I | 11:24:36 |
| 24 | know Mr. Reddy met with the CFO of MPT. I think -- | 11:24:38 |

| | | |
|---|---|---|
| 1 | I believe in-person. And then Mr. Krissman and I | 11:24:44 |
| 2 | had a phone call with the CFO of MPT. | 11:24:47 |
| 3 | Q. When did you have that phone call with the | 11:24:51 |
| 4 | CFO of MPT? | 11:24:52 |
| 5 | A. Probably June, June of 2019. I don't | 11:24:55 |
| 6 | remember the exact date. But -- | 11:24:58 |
| 7 | Q. What was that gentleman's name? | 11:25:01 |
| 8 | A. The CFO of MPT is Steve Hamner. | 11:25:02 |
| 9 | Q. Okay. And so -- so you and -- did you say | 11:25:09 |
| 10 | that was Mr. Krissman? You and Mr. Krissman? | 11:25:11 |
| 11 | A. Mr. Krissman and I, yeah. So it would have | 11:25:13 |
| 12 | been before July 31st. At the same time we were | 11:25:16 |
| 13 | talking to Prime Healthcare about potentially | 11:25:18 |
| 14 | purchasing the hospitals, and MPT has a relationship | 11:25:21 |
| 15 | with Prime, so it's right around that time period. | 11:25:23 |
| 16 | Q. Okay. So you and Mr. Krissman got on the | 11:25:25 |
| 17 | phone with Mr. Hamner and you asked him verbally for | 11:25:28 |
| 18 | $20 million? | 11:25:32 |
| 19 | A. Correct. | 11:25:33 |
| 20 | Q. Okay. And he said -- what did he say? | 11:25:34 |
| 21 | A. He said no. Emphatically, he said no. He | 11:25:37 |
| 22 | was surprised we were asking him again. He | 11:25:43 |
| 23 | emphatically said no to $20 million. Or any amount | 11:25:46 |
| 24 | of money, he said no. | 11:25:49 |

Transcript of Michael Sarrao
Conducted on May 19, 2022                                                101

| | | |
|---|---|---|
| 1 | had a formal estimate of that.  We had financials | 13:00:13 |
| 2 | that said -- I'm just making these numbers up -- it | 13:00:16 |
| 3 | costs 8 million bucks a month to run the place, and | 13:00:17 |
| 4 | we're collecting six and a half.  So obviously we | 13:00:20 |
| 5 | need at least a million and a half more, you know, | 13:00:23 |
| 6 | kind of thing.  But there was no formal -- I don't | 13:00:25 |
| 7 | think there was any formal, hey, we need another | 13:00:26 |
| 8 | $20 million.  And borrowing the money wasn't | 13:00:29 |
| 9 | possible so, that's what I would say. | 13:00:31 |
| 10 | BY MS. DAVIDSON-WELLING: | 13:00:34 |
| 11 |    Q.  What do you mean borrowing the money wasn't | 13:00:34 |
| 12 | possible? | 13:00:36 |
| 13 |    A.  Well, we had nothing to offer as collateral. | 13:00:36 |
| 14 | So MPT had a lien over all the assets except the AR. | 13:00:39 |
| 15 | White Oak, then CNH, had an asset -- a lien over all | 13:00:45 |
| 16 | the accounts receivable.  The federal government had | 13:00:48 |
| 17 | a lien because we were behind paying the IRS payroll | 13:00:51 |
| 18 | taxes.  So any lender wants to have collateral. | 13:00:54 |
| 19 | They want collateral for their loan.  Just like if | 13:00:57 |
| 20 | you have a house, and your house is worth a million, | 13:01:00 |
| 21 | you have a million dollars' loan, you can't go get | 13:01:03 |
| 22 | another home loan.  You need collateral.  We had no | 13:01:06 |
| 23 | collateral to offer to anybody to get a loan. | 13:01:10 |
| 24 |      We have nothing -- nothing that was | 13:01:13 |

1   unencumbered that we could offer, and all the other          13:01:14
2   Alecto hospitals were already cross-collateralized           13:01:18
3   with Ohio Valley.  So we had already offered that            13:01:22
4   security to get the financing we got.  We gave up            13:01:24
5   the value in those other hospitals to get Ohio               13:01:27
6   Valley the security it had and the financing it had.         13:01:31
7   So there was nothing to -- nothing to offer to a             13:01:33
8   lender.  No lender was going to lend to us without           13:01:36
9   collateral and there was nothing -- you couldn't do          13:01:38
10  AR lender, but the borrowing would be the same,              13:01:41
11  because it's the same collateral.  MPT had a lien            13:01:43
12  over everything other than the AR.                           13:01:46
13       Q.  Okay.  So basically, you know, in 2019,             13:01:48
14  there was really no way to get a loan for, like,             13:01:54
15  additional investment funds?                                 13:01:58
16       A.  Correct.  Well, the only hope of getting a          13:02:01
17  loan would have been from, like, we asked the                13:02:05
18  Catholic diocese, we asked the governor.  It would           13:02:06
19  have to be an unsecured loan, more likely a grant            13:02:10
20  than it would be a loan, a traditional loan that you         13:02:15
21  would get from a lender or a financing source.  But          13:02:16
22  we did ask the government for a loan.  We asked -- I         13:02:16
23  wrote a letter, at one point, to the bishop for              13:02:20
24  money and kind of -- new bishop tried to -- I'm              13:02:22

Transcript of Michael Sarrao
Conducted on May 19, 2022

170

```
1    BY MS. DAVIDSON-WELLING:                                    15:15:15
2        Q. Mr. Sarrao, before the break, you had been           15:15:16
3    talking about flexing.                                      15:15:20
4           Do you remember that?                                15:15:22
5        A. I do.                                                15:15:22
6        Q. Okay.  For the individuals who were flexed           15:15:23
7    off at OVMC in September of 2019, did you have any          15:15:27
8    expectation that they were going to return to work?         15:15:30
9        A. In September of '19, there was still hope            15:15:33
10   that someone would take over the hospital and keep          15:15:36
11   operating the hospital, so yes, there was an                15:15:38
12   expectation that at least some of those people could        15:15:40
13   come back to work.  I don't know all the people that        15:15:43
14   were flexed, but September '19, there was still hope        15:15:46
15   that someone would come in and reopen the hospital          15:15:48
16   and keep the hospital going, so yes.                        15:15:50
17       Q. Okay.  But -- but if there was no -- if              15:15:52
18   there was no sale, other than that possibility, you         15:15:59
19   had no expectation that they -- that they would             15:16:02
20   return to work; correct?                                    15:16:08
21       A. No, that's not true, because there could be          15:16:10
22   something different than a sale.  There was                 15:16:13
23   discussions with WVU about coming in and offering           15:16:16
24   some psych services out of that hospital.  There            15:16:19
```

Transcript of Michael Sarrao
Conducted on May 19, 2022

171

| | | |
|---|---|---|
| 1 | were discussions with Northwood Health about | 15:16:22 |
| 2 | something related to psych.  So something would have | 15:16:22 |
| 3 | had to happen, but again, there were things going on | 15:16:25 |
| 4 | in September of '19.  I don't know all the people | 15:16:28 |
| 5 | who were flexed off, and who was flexed off and who | 15:16:30 |
| 6 | wasn't, and what their roles were.  But something -- | 15:16:32 |
| 7 | something would -- there was still possibility that | 15:16:35 |
| 8 | something could happen. | 15:16:38 |
| 9 | Q. Do you mean that if there was an acquisition | 15:16:38 |
| 10 | or some other similar thing, in that instance, you | 15:16:57 |
| 11 | would have an expectation that they would return to | 15:17:01 |
| 12 | work? | 15:17:03 |
| 13 | A. Yeah, it wouldn't be -- it could be | 15:17:03 |
| 14 | something other than an acquisition.  Remember, MPT | 15:17:06 |
| 15 | owns the property.  They could lease space to WVU to | 15:17:09 |
| 16 | take over two floors, and they could have those | 15:17:12 |
| 17 | people come back, and they could be working.  So | 15:17:16 |
| 18 | something would have to happen for them to come | 15:17:18 |
| 19 | back.  Again, I don't know all the people that were | 15:17:20 |
| 20 | flexed off.  In other words, people stayed beyond | 15:17:22 |
| 21 | the October time frame -- so I don't know all those | 15:17:25 |
| 22 | people who were flexed off. | 15:17:28 |
| 23 | Q. Okay.  All right.  So as far as you're | 15:17:36 |
| 24 | aware, did Alecto Wheeling ever inform any OVMC | 15:17:54 |

| | | |
|---|---|---|
| 1 | employees that they were giving them less than | 15:18:00 |
| 2 | 60 days advance written notice? | 15:18:02 |
| 3 | A. I'm not sure I follow your question there. | 15:18:04 |
| 4 | So maybe I'm just confused and I didn't understand | 15:18:06 |
| 5 | it. So like, some kind of notice is saying, hey, | 15:18:10 |
| 6 | we're only giving you 15 days notice, we're only | 15:18:13 |
| 7 | gonna give you 30 days notice. | 15:18:17 |
| 8 | Q. Yeah. Did they do anything like that? | 15:18:18 |
| 9 | A. I mean, I know there was that release we | 15:18:20 |
| 10 | looked at about suspending services. I don't think | 15:18:22 |
| 11 | so, but I'm not -- I don't know that 100 percent. I | 15:18:25 |
| 12 | don't think there was, like, another follow-up | 15:18:27 |
| 13 | notice saying, hey, we know we said it was 60 days, | 15:18:28 |
| 14 | now it's only going to be 10 days or 15 days or 35 | 15:18:32 |
| 15 | or 40 days. I don't believe so. I know there's | 15:18:35 |
| 16 | that release that went out suspending services. | 15:18:38 |
| 17 | People reach certain conclusions. And Dan Dunmyer | 15:18:41 |
| 18 | may have done that, but I don't know one way or the | 15:18:45 |
| 19 | other. | 15:18:47 |
| 20 | Q. As far as you're aware, there was nothing | 15:18:47 |
| 21 | like that? | 15:18:51 |
| 22 | A. As far as I'm aware, there was nothing like | 15:18:51 |
| 23 | that, correct. | 15:18:53 |
| 24 | Q. And then as far as you're aware, Alecto | 15:18:54 |