# EXHIBIT 6

You are viewing this page over a secure connection. Click here for more information.

# West Virginia Secretary of State — Online Data Services

## Business and Licensing

Online Data Services Help

## Business Organization Detail

NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.

### ALECTO HEALTHCARE SERVICES OHIO VALLEY LLC

| Organization Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
| LLC \| Limited Liability Company | 2/10/2017 | | 2/10/2017 | Foreign | Profit | | | |

| Organization Information | |
|---|---|
| Business Purpose | 5511 - Management of Companies and Enterprises - Management of Companies and Enterprises - Management of Companies and Enterprises Including Offices of Bank Holding Companies and Other Holding Companies |
| Capital Stock | |
| Charter County | Ohio |
| Control Number | 9AHB4 |
| Charter State | DE |
| Excess Acres | |
| At Will Term | A |
| Member Managed | MBR |
| At Will Term Years | |
| Par Value | |
| Authorized Shares | |
| Young Entrepreneur | Not Specified |

## Addresses

| Type | Address |
|---|---|
| Designated Office Address | 101 N. BRAND BOULEVARD<br>SUITE 1780<br>GLENDALE, CA, 91203 |
| Mailing Address | 101 N. BRAND BOULEVARD<br>SUITE 1780<br>GLENDALE, CA, 91203<br>USA |
| Notice of Process Address | CORPORATION SERVICE COMPANY<br>209 WEST WASHINGTON STREET<br>CHARLESTON, WV, 25302 |
| Principal Office Address | 101 N. BRAND BOULEVARD<br>SUITE 1780<br>GLENDALE, CA, 91203<br>USA |
| Type | Address |

## Officers

| Type | Name/Address |
|---|---|
| Member | ALECTO HEALTHCARE SERVICES LLC<br>101 N. BRAND BOULEVARD<br>SUITE 1780<br>GLENDALE, CA, 91203 |
| Type | Name/Address |

## Annual Reports

| Filed For |
|---|
| 2022 |
| 2021 |
| 2020 |
| 2019 |
| 2018 |
| Date filed |

For more information, please contact the Secretary of State's Office at 304-558-8000.

7/22/22, 10:25 PM
Case 5:19-cv-00263-JPB-JPM
WV SOS - Business and Licensing - Corporations Online Data Services
Document 172-7   Filed 07/22/22   Page 4 of 7   PageID #: 10228

Friday, July 22, 2022 — 10:25 PM

© 2022 State of West Virginia

You are viewing this page over a secure connection. Click here for more information.

# West Virginia Secretary of State — Online Data Services

## Business and Licensing

Online Data Services Help

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

### ALECTO HEALTHCARE SERVICES WHEELING LLC

| Organization Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
| LLC \| Limited Liability Company | 2/10/2017 | | 2/10/2017 | Foreign | Profit | | | |

| Organization Information | | | |
|---|---|---|---|
| Business Purpose | 6221 - Health Care and Social Assistance - Hospitals - General Medical and Surgical Hospitals | Capital Stock | |
| Charter County | Ohio | Control Number | 9AHB3 |
| Charter State | DE | Excess Acres | |
| At Will Term | A | Member Managed | MGR |
| At Will Term Years | | Par Value | |
| Authorized Shares | | Young Entrepreneur | Not Specified |

## Addresses

| Type | Address |
|---|---|
| Designated Office Address | 101 N. BRAND BOULEVARD<br>SUITE 1780<br>GLENDALE, CA, 91203 |
| Mailing Address | 101 N. BRAND BOULEVARD<br>SUITE 1780<br>GLENDALE, CA, 91203<br>USA |
| Notice of Process Address | CORPORATION SERVICE COMPANY<br>209 WEST WASHINGTON STREET<br>CHARLESTON, WV, 25302 |
| Principal Office Address | 101 N. BRAND BOULEVARD<br>SUITE 1780<br>GLENDALE, CA, 91203<br>USA |
| Type | Address |

## Officers

| Type | Name/Address |
|---|---|
| Manager | ALECTO HEALTHCARE SERVICES OHIO VALLEY LLC<br>101 N. BRAND BOULEVARD<br>SUITE 1780<br>GLENDALE, CA, 91203 |
| Type | Name/Address |

## DBA

| DBA Name | Description | Effective Date | Termination Date |
|---|---|---|---|
| OHIO VALLEY MEDICAL GROUP | TRADENAME | 6/22/2017 | |
| OVMC PHYSICIANS | TRADENAME | 6/22/2017 | |
| DBA Name | Description | Effective Date | Termination Date |

## Annual Reports

| Filed For |
|---|
| 2022 |
| 2021 |
| 2020 |
| 2019 |

| 2018 |
|---|
| **Date filed** |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Friday, July 22, 2022 — 10:23 PM

© 2022 State of West Virginia