| To: | Jeremy Redin [jredin@alectohealthcare.com] |
|---|---|
| From: | Jennifer Coello |
| Sent: | Wed 8/7/2019 2:47:31 PM |
| Subject: | Re: Accounts Payable |
| Received: | Wed 8/7/2019 2:49:07 PM |

understood.

**JENNIFER A. COELLO, MHA, FACHE**
**Chief Operating Officer**
**East Ohio Regional Hospital**
**Ohio Valley Medical Center**
Phone 740.633.4205
jcoello@ovrh.org


On Wed, Aug 7, 2019 at 2:47 PM Jeremy Redin <jredin@alectohealthcare.com> wrote:

> All,
>
> Effective immediately, the following steps will be implemented to control A/P vendor payments:
>
> 1)  Jeff Meek will provide funding for A/P on Friday morning.
>
> 2)  The check run register must be reviewed and approved by Jeff Meek or me prior to checks being printed by the A/P dept.
>
> 3)  Once the A/P dept. receives approval, they may begin printing checks.
>
> 4)  Under no circumstance should additional checks or amounts be added to the check run once the check run has been approved.
>
> 5)  Once the checks are printed, a copy of the check batch must be sent to Jeff Meek and me. The check batch total must match exactly to the pre-approved check register.
>
> 6)  Any payment exceptions outside of this process must be approved by Jeff Meek or myself.
>
>
> If you have any questions, please let me know. Thank you.
>
>
> Jeremy Redin | Chief Financial Officer
>
> Alecto Healthcare Services
>
> 16310 Bake Parkway, Suite 200
>
> Irvine, CA 92618
>
> Phone: 661-753-3277
>
> Mobile: 661-803-3636

**EXHIBIT A**

DEFENDANTS028041

Confidentiality Notice: This message, including any attachments, is for the sole use of the individual or entity to which it is addressed. This message may contain confidential health and/or legally privileged information. If you are not the named recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance of the contents of this message is strictly prohibited. If you have received this message in error, please notify sender immediately and destroy all copies of the original message.

**EXHIBIT A**

DEFENDANTS028042