IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KEITH REED, ELIZABETH SCHENKEL,
EMILY WINES, MARK GARAN and
AUGUST ULLUM, individually and on
behalf of others similarly situated,

    Plaintiffs,

v.                                          Civil Action No.: 5:19-cv-263
                                          Judge Bailey

ALECTO HEALTHCARE SERVICES LLC,
and ALECTO HEALTHCARE SERVICES
WHEELING, LLC d/b/a OHIO VALLEY
MEDICAL GROUP and d/b/a OVMC
PHYSICIANS,

    Defendants.

## DEFENDANTS' RULE 26(a)(3) DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's Scheduling Order, Defendants Alecto Healthcare Services LLC ("AHS") and Alecto Healthcare Services Wheeling ("AHSW" and together with AHS, the "Defendants") hereby disclose the following:

**I.  Witnesses Defendants Expect to Call**

- Michael Sarrao - 34 Glen Echo, Dove Canyon, CA 92679, please contact exclusively through undersigned counsel.

**II.  Witnesses Defendants May Call If The Need Arises**

- Jeremy Redin - AHS offices at 101 N Brand Blvd, Glendale, CA 91203 please contact exclusively through undersigned counsel
- Mark Bradshaw - 34300 Lantern Bay Drive #97, Dana Point, CA 92629 please contact exclusively through undersigned counsel, as Mr. Bradshaw is jointly represented by the undersigned's firm in this matter.

**III.  Deposition Designations**

The Defendants intend for the following witnesses to appear by deposition:

- Michael Sarrao - 34 Glen Echo, Dove Canyon, CA 92679, please contact through undersigned counsel.
- Lexman Reddy - 5524 Amber Circle, Calabasas, CA 91302, please contact through undersigned counsel.
- Daniel Dunmyer -11103 Laughton Circle, Fort Myers, FL 33913, please contact through undersigned counsel.
- Roger Krissman - 1541 Spyglass Drive, Upland, CA 91786 please contact through undersigned counsel.
- Elizabeth Schenkel - 6768 Logan Thornville Road Northeast, Rushville, OH 43150 please contact through Plaintiffs' counsel.
- Mark Garan -68 Finch Avenue, Wheeling, WV 26003 please contact through Plaintiffs' counsel.
- Keith Reed - 602 Frayne Street, Pittsburgh, PA 15207, please contact through Plaintiffs' counsel.
- Emily Wines - 56970 Valley Drive, Jacobsburg, OH 43933-8753 please contact through Plaintiffs' counsel.
- August Ullum -219 Arrowhead Drive, Moundsville, WV 26041 please contact through Plaintiffs' counsel.

Additionally, in the event that a witness is not available, the Defendants reserve the right to present the witness's testimony by deposition, including the videotaped deposition. Upon information and belief, Plaintiffs already possess transcripts of all depositions taken in this action. If Plaintiffs do not have a transcript from a deponent listed above, the Defendants will timely provide a copy upon request.

**IV.    Exhibits Defendant Expects to Offer**

| Bates No. | Document Description |
|---|---|
| 1-2 | August 7, 2019 press release |
| 3-4 | August 8, 2019 letter to Wheeling Mayor |
| 5-6 | August 8, 2019 letter to WV Dislocated Workers Unit |
| 12-81 | OVMC Employee Policies |
| 82 & 15077 | August 8, 2019 letter to OVMC employees with Exhibit A list of affected positions |
| 91-2018 14787-15075 | Payroll registers |
| 2019-2020 | Organization Charts OVMC |
| 2021 | Organization Chart AHS |
| 2022-2130 | 2017 Asset Purchase Agreement |
| 2131 | 2017-2019 Consolidated Balance Sheet for Alecto Healthcare Services Ohio Valley LLC |

| | |
|---|---|
| 2132-2183<br>14343-14757 | Bank Account Statements from Huntington National Bank and WesBanco Inc. |
| 2189 | 2017-2019 Consolidated Income Statement for Alecto Healthcare Services Ohio Valley LLC |
| 2190-2211 | Management Services Agreement |
| 2212-2226 | Operating Agreement of AHSW |
| 2227-2360 | 2017 tax filings of Alecto Healthcare Services Ohio Valley LLC |
| 2963 | Email help list |
| 3135 | Email from Dan Dunmyer to All Staff on September 3, 2019 |
| 3543 | |
| 6707-6712 | Forwarded email from Dan Dunmyer to All Staff on August 7, 2019, including attachments |
| 6901 | Email from Dr. Mark T. Vollenger terminating lease |
| 14758 | Employee census dated August 8, 2019 |
| 14759-14786 | 2019 OVMC employee benefits guide |
| 15138 | Email |
| 16142-16429 | Application to WV Healthcare Authority for Certificate of Need |
| 16430-16432 | Letter to His Excellency, Most Reverend Mark E. Brennan, D.D. |
| 16435-16440 | Letter to Governor Jim Justice |
| 16447-16448 | Letter to Wheeling Hospital CEO Ronald Violi |
| 16449-16526 | AHSOV Operating Agreement |
| 16533-16537 | Letter to Jolynn Marra dated August 8, 2019 |
| 16574-16602 | Memorandum of Master Lease (Ohio Co., WV) |
| 16603-16650 | Assignment of Rents and Leases |
| 16651-16659 | Deed from Ohio Valley Health Services and Education Corporation to AHSW |
| 16660-16684 | Deed from Ohio Valley Medical Center, Inc. to AHSW |
| 16685-16715 | Deed from AHSW to MPT of Wheeling-Alecto LLC |
| 16716-16729 | Memorandum of Master Lease (Belmont Co., OH) |
| 16730-16761 | Employee census dated August 25, 2019 |
| 16762-16763 | AHSW Press Release dated September 3, 2019 |
| 16769 | JBDev Timecards (produced natively in excel) |
| 16770-16771 | AHS Balance Sheet & Income Statement |
| 16774-17284 | Base Borrowing Certificates for year 2019 |
| 27650 | E-mail(s) regarding Wheeling Hospital |
| 33416 | Dan Dunmyer email to All Staff dated 8/7/2019 |
| 34110 | Email(s) regarding Monarch Health Services Group |
| 34115 | Email(s) regarding Access Ohio |
| 34116 | Email(s) regarding Cleveland Primecare Belmont |
| 34173 | E-mail(s) regarding ICA Group |
| 34927-8 | E-mail(s) regarding Diamond Health |
| 34942 | E-mail(s) regarding Health Trust Group |

3

| Bates No. | Document Description |
|---|---|
| 34972 | E-mail(s) regarding Universal Health Services |
| 34980-2 | Email(s) regarding Allergy Services of America LLC |
| 34985 | E-mail(s) regarding Acadia Healthcare Company, Inc. |
| 34991-2, 35952 | Email(s) regarding Trinity Health |
| 35012-3 | Email(s) regarding Northwood Health |
| 35071-2 | Email(s) regarding WVU Medicine |
| 35078-80 | Email(s) regarding GR&W, Inc dba Harmony, R.O.O.T.S. & Transformations TMS |
| 35103 | Email(s) regarding Firm Healthcare System LLC |
| 35536 | Email(s) regarding Monarch Health Services Group |
| 35581 | E-mail(s) regarding Diamond Healthcare |
| 35624-5 | Email(s) regarding interested buyer represented by John Scott Law |
| 35934 | E-mail(s) regarding Washington Health Systems |
| 36419 | LOC Activity 2017 - 2021 OVMC (produced natively excel) |
| 36420-36421 | OVMC Consolidated Trended Balance Sheet 06-2017 to 11-2021 |
| 36422-36423 | OVMC Consolidated Trended Income Statement 06-2017 to 11-2021 |
| 36424-36426 | AHS/OVMC Intercompany Transactions |
| 36427-36428 | OVMC Trended Patient Accounts Receivable |
| 36429 - 36434 | MPT UCC-1s |
| 36435-36444 | White Oak UCC-1s |
| 38149 | Addresses as of 08.05.2019 (WARN employee list) |

## V.   Exhibits Defendant May Offer If The Need Arises

| Bates No. | Document Description |
|---|---|
| 7-11<br>16533-16537 | Letter to Jocyln Marra |
| 85 | WARN letter to EORH employees |
| 2184 | AHSW Certificates of Formation |
| 2189 | 2017-2019 Consolidated Income Statement for Alecto Healthcare Services Ohio Valley LLC |
| 2730-1 | Email |
| 33025 | Pharmacy letter |
| 14197-14323 | 2019 tax filings of Alecto Healthcare Services Ohio Valley LLC |
| 14324-14342 | Accounts Payable Report |
| 16013-16141 | 2018 tax filings of Alecto Healthcare Services Ohio Valley LLC |
| 16433-1634 | Letter to Congressman Sherrod Brown & Congressman Bill Johnson |

| | |
|---|---|
| 16441-16446 | OVMC & EORH Handout |
| 16527-16529 | AHSOV written consent dated May 31, 2017 |
| 16530-16532 | AHSW written consent dated May 31, 2017 |
| 16538-16541 | Draft Closure Timeline to Jolynn Marra |
| 16542-16545 | AHSOV written consent dated June 1, 2017 |
| 16546-16549 | AHSW written consent dated June 1, 2017 |
| 16550-16560 | AHSOV written consents dated May 31, 2017, July 3, 2018 and July 3, 2019 |
| 16561-16571 | AHSW written consents dated May 31, 2017, July 2, 2018, and July 3, 2019 |
| 16572-16573 | Redacted AHS Written consent dated February 1, 2017 |
| 16764-16768 | AHSOV certificates of formation |
| 16772-16773 | Unredacted AHS Written Consent dated February 1, 2017 |
| 17589 | Dan Dunmyer Email 8/19/2019 |
| 28041-2 | Email from Jennifer Coello dated 8/7/2019 |
| 31922 | Draft OVMC closure timeline (produced natively) |
| 35970-36012 | Redacted AHS Operated Agreement |
| 36013-36019 | Redacted Fifth Amendment to AHS Operating Agreement |
| 36020-36034 | Redacted First Amendment to AHS Operating Agreement |
| 36035-36041 | Redacted Fourth Amendment to AHS Operating Agreement |
| 36042-36142 | Personnel folder August Ullum |
| 36143-36399 | Personnel folder Keith Reed |
| 36400-36406 | Redacted Second Amendment to AHS Operating Agreement |
| 36407-36413 | Redacted Third Amendment to AHS Operating Agreement |
| 36414-36415 | EORH Intercompany Transactions |
| 36417-36418 | EORH Trended Patient Accounts Receivable |
| 38097-38148 | 2017 and 2018 OVMC Employee Benefits Guide |
| 38150 | Key from payroll journals |
| REED_000001-3 | Email from Keith Reed to Zachary Elerick 9/4/2019 |
| REED_000004 | Keith Reed Handwritten Notes |
| REED_000006-13 | Facebook Page of Keith Reed |
| REED_000041-43 | Employee FAQ |
| REED_000015-20 | Notice of Permanent Closure of OVMC dated August 8, 2019 |
| REED_000021-22 | Press Release August 7, 2019 |
| REED_000062-63 | Screenshot of text message between Keith Reed and Elizabeth Tucker |
| SCHENKEL_000010 | Plaintiff Schenkel Payroll Stub |
| SCHENKEL_000013 | Letter dated August 8, 2019 |
| SCHENKEL_000017-18 | Employee Q&A (First Set) |
| SCHENKEL_000019-22 | Employee Q&A (Second Set) |
| SCHENKE_000052-56 | Schedules with handwritten notes |
| ULLUM_000001-2 | Resume of August Ullum |
| ULLUM_000003-13 | Letter dated August 8, 2019 |

| | |
|---|---|
| WINES_000014-15 | HealthPlan letter |
| WINES_000016 | Form 1095-C for 2019 for Plaintiff Wines |
| WINES_000002-11 | Text message screenshots of Plaintiff Wines |

1.      The Defendants reserve the right to identify additional documents upon receipt and review of the documents identified by Plaintiffs.

2.      The Defendants reserve the right to use additional exhibits for purposes of rebuttal or impeachment.

3.      The Defendants further reserve the right to supplement or amend their disclosures herein as necessary.

**ALECTO HEALTHCARE SERVICES LLC and ALECTO HEALTHCARE SERVICES WHEELING LLC**

By Counsel,

**SPILMAN THOMAS & BATTLE, PLLC**

/s/ Kevin L. Carr
Kevin L. Carr (WV Bar # 6872)
Chelsea E. Thompson (WV Bar # 12565)
Mitchell J. Rhein (WV Bar # 12804)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Charleston, WV  25301
Telephone: 304.340.3800
Fax: 304.340.3801
E-mail: kcarr@spilmanlaw.com
E-mail: cthompson@spilmanlaw.com
E-mail: mrhein@spilmanlaw.com

Michael S. Garrison (WV Bar # 7161)
48 Donley Street, Suite 800 (Zip: 26501)
P. O. Box 615
Morgantown, WV 06507-0615
Telephone: 304.291.7920
Fax: 304.291.7979
E-mail: mgarrison@spilmanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KEITH REED, ELIZABETH SCHENKEL,
EMILY WINES, MARK GARAN and
AUGUST ULLUM, individually and on
behalf of others similarly situated,**

    Plaintiffs,

v.     Civil Action No.: 5:19-cv-263
       Judge Bailey

**ALECTO HEALTHCARE SERVICES LLC,
and ALECTO HEALTHCARE SERVICES
WHEELING, LLC d/b/a OHIO VALLEY
MEDICAL GROUP and d/b/a OVMC
PHYSICIANS,**

    Defendants.

## CERTIFICATE OF SERVICE

I certify that on August 1, 2022 I electronically filed the **Defendants' Rule 26(a)(3) Disclosures** with the Clerk of the Court using the CM/ECF system, which will send electronic notice to all counsel of record as follows:

Timothy F. Cogan, Esquire
tfc@walslaw.com
Cassidy, Cogan, Shapell & Voegelin, L.C.
The First State Capitol Building
1413 Eoff Street
Wheeling, WV  26003

Laura Davidson, Esquire
laura@ourfuturewv.org
Bren Pomponio, Esquire
bren@msjlaw.org
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, WV  25301

Vincent J. Mersich, Esquire
vmersich@stembercohn.com
Maureen Davidson-Welling, Esquire
mdw@stembercohn.com
John Stember, Esquire
jstember@stembercohn.com
Stember Cohn & Davidson-Welling, LLC
The Hartley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA  15219

F. Alex Risovich, Esquire
alex.risovich@risovichlaw.com
Risovich Law Offices, PLLC
3023 Pennsylvania Avenue
Weirton, WV  26062

    /s/Kevin L. Carr
    Kevin L. Carr (WV State Bar # 6872)