# EXHIBIT 1

Case 5:19-cv-00263-JPB-JPM   Document 196-1   Filed 08/22/22   Page 2 of 7   PageID #: 10521

KEITH REED, et al. v.                                                    AUGUST ULLUM
ALECTO HEALTHCARE SERVICES, LLC, et al.                                  May 11, 2022

```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


*************************************************************

KEITH REED, LISA DOLENCE,
ELIZABETH SCHENKEL, EMILY WINES,
MARK GARAN, and AUGUST ULLUM,
individually and on behalf of others
similarly situated,


          Plaintiffs,


v.                              CIVIL ACTION NO.5:19-CV-263
                                       Judge Bailey


ALECTO HEALTHCARE SERVICES, LLC,
and ALECTO HEALTHCARE SERVICES WHEELING,
LLC, d/b/a OHIO VALLEY MEDICAL GROUP
and d/b/a OVMC PHYSICIANS,

          Defendants.

*************************************************************

      VIDEOTAPED VIDEOCONFERENCING DEPOSITION of
AUGUST ULLUM, taken by the Defendants in the
above-entitled action, pursuant to notice, before Twyla
Donathan, Registered Professional Reporter and Notary
Public, via Zoom Videoconferencing, on the 11th day of
May, 2022, beginning at 9:00 a.m.
```

```
 1  schedule.  Do you recall ever working overtime once
 2  you moved into the staff PT position?
 3       A    I did what was ever necessary to take care
 4  of my clients.
 5       Q    I understand that, sir.
 6       A    So if it did involve working a little
 7  overtime, that wasn't a big deal to me because my
 8  patients came first.
 9       Q    I'm very glad to hear that was your
10  attitude, sir.  Do you remember specifically working
11  any overtime between that April 2019 period and then
12  when your employment ended?
13       A    Not specifically, ma'am.
14       Q    Okay.  Was it something that happened
15  regularly or would it have been rare?
16       A    Probably rarely.
17       Q    After you moved to the staff PT position,
18  did you have health insurance coverage through your
19  employment?
20       A    I was covered under my wife's insurance.
21       Q    Okay.  And you elected to be covered under
22  your wife's insurance, correct?
23       A    Yes, ma'am.
24       Q    Okay.  What about dental insurance, was
```

KEITH REED, et al. v.  
ALECTO HEALTHCARE SERVICES, LLC, et al.

AUGUST ULLUM  
May 11, 2022

```
 1        Q    Yes, sir.
 2        A    Approximately 134,000, 135,000 a year.
 3        Q    And correct me if I'm wrong, but I believe
 4   you testified that you couldn't remember your hourly
 5   wage after you went to a staff PT position?
 6        A    Whatever 100,000 divided by 2,080 would be.
 7        Q    I can do some quick math.  I represent to
 8   you that according to my calculator, that's 48.076.
 9   Does that sound like -- does that refresh your
10   recollection at all?
11        A    Yeah.  That's fine.
12        Q    Okay.  Regardless of whatever your hourly
13   rate was, you think that if you worked an entire full
14   year, it came out to a hundred grand; is that right?
15        A    As of the end of April of '19, yes.
16        Q    Okay.  So if you had worked -- your
17   understanding is if you had worked in that staff
18   position from April of 2019 until April of 2020, you
19   would have earned $100,000 in wages over the course
20   of that year?
21        A    Yes, ma'am.
22        Q    Okay.  Were you aware if other departments
23   in the hospital were doing the same kind of cleaning
24   and inventorying that was happening in the PT
```

**Payroll: OVREG (Reg & Special Payments)**　　　　Timecard date: 09/07/19
　　　　　　　　　　　　　　　　　　　　　21.7093 - PHYS THER HIGHLANDS

| NAME | NUMBER | TC DATE / PAY DATE | GROSS / NET | CK/DD # EMP TYPE | EARNING | HOURS | SHF | JOB CODE | DEPARTMENT | CONTRACT | RATE | AMOUNT | WITHHOLD | AMOUNT | ARREARS | PLAN | HR BASE | EARNED | TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GILHAM,KYLEE MARIE | 2174978 | 09/07/19 09/13/19 | 1618.74 1177.60 | D546922.1 FT | (STANDARD) | | 1 | 2290 | 21.7093 | | 20.86000 | | | | | | | | |
| | | | | | REG | 24.400 | 1 | 2290 | 31.7090 | | 20.86000 | 508.98 | HPLNSFT | 50.00 | | PTO-CURR | 77.600 | 4.477 | 26.100 |
| | | | | | REG | 27.100 | 1 | 2290 | 31.7090 | | 20.86000 | 565.31 | VISION E | 3.38 | | | | | |
| | | | | | PTO-CURR | 15.600 | 1 | 2290 | 31.7090 | | 20.86000 | 325.42 | DENTAL/S | 5.67 | | | | | |
| | | | | | PTO-CURR | 10.500 | 1 | 2290 | 31.7090 | | 20.86000 | 219.03 | FICA-SS | 96.70 | | | | | |
| | | | | | | | | | | | | | FICA-MED | 22.62 | | | | | |
| | | | | | | | | | | | | | 401K - M | 80.94 | | | | | |
| | | | | | | | | | | | | | FIT | 134.95 | | | | | |
| | | | | | | | | | | | | | SIT-OH | 34.51 | | | | | |
| | | | | | | | | | | | | | WHOLELIF | 12.37 | | | | | |
| SHAHSAVARI,ROZITA | 2139004 | 09/07/19 09/13/19 | 2150.21 1277.57 | D546511.1 PTR | (STANDARD) | | 1 | 2280 | 21.7093 | | 36.13000 | | | | | | | | |
| | | | | | REG | 1.800 | | | | | 36.13000 | 65.03 | HPLNSFT | 50.00 | | PTO-CURR | 58.500 | 7.200 | 48.000 |
| | | | | | REG | 3.000 | 1 | 2280 | 21.7770 | | 36.13000 | 108.39 | VISIONES | 6.13 | | | | | |
| | | | | | REG | 5.700 | 1 | 2280 | 21.7770 | | 36.13000 | 205.94 | DENTAL/F | 17.01 | | | | | |
| | | | | | HOL | 1.800 | | | | | 18.67000 | 33.61 | FICA-SS | 128.78 | | | | | |
| | | | | | PTO-CURR | 32.000 | | | | | 36.13000 | 1156.16 | FICA-MED | 30.12 | | | | | |
| | | | | | PTO-CURR | 16.000 | | | | | 36.13000 | 578.08 | 401K - M | 215.02 | | | | | |
| | | | | | BWK1.00 | 3.000 | 1 | 2280 | 21.7770 | | 1.00000 | 3.00 | FIT | 218.27 | | | | | |
| | | | | | | | | | | | | | SIT-WV | 79.99 | | | | | |
| | | | | | | | | | | | | | CIT-MF | 3.95 | | | | | |
| | | | | | | | | | | | | | UNLIFE | 47.55 | | | | | |
| | | | | | | | | | | | | | CRITILL | 12.50 | | | | | |
| | | | | | | | | | | | | | ACCIDEN | 12.30 | | | | | |
| | | | | | | | | | | | | | VOL LTD | 29.42 | | | | | |
| | | | | | | | | | | | | | STDF MOU | 21.60 | | | | | |
| ULLUM,AUGUST ROBERT II | 2170650 | 09/07/19 09/13/19 | 3846.40 2790.46 | D546811.1 FT | (STANDARD) | | 1 | 2280 | 21.7093 | | 48.08000 | | | | | | | | |
| | | | | | REG | 40.000 | | | | | 48.08000 | 1923.20 | FICA-SS | 238.48 | | PTO-CURR | 80.000 | 6.154 | 10.500 |
| | | | | | REG | 29.500 | | | | | 48.08000 | 1418.36 | FICA-MED | 55.77 | | | | | |
| | | | | | PTO-CURR | 10.500 | | | | | 48.08000 | 504.84 | FIT | 558.94 | | | | | |
| | | | | | | | | | | | | | SIT-WV | 201.75 | | | | | |
| | | | | | | | | | | | | | UWAY | 1.00 | | | | | |
| WELLING,KARA CHRISTINE | 3196557 | 09/07/19 09/13/19 | 1635.23 1249.88 | D547317.1 PTR | (STANDARD) | | 1 | 2280 | 21.7093 | | 32.77000 | | | | | | | | |
| | | | | | REG | 26.000 | | | | | 32.77000 | 852.02 | FICA-SS | 101.38 | | PTO-CURR | 49.900 | 2.879 | 8.100 |
| | | | | | REG | 15.800 | | | | | 32.77000 | 517.77 | FICA-MED | 23.71 | | | | | |
| | | | | | PTO-CURR | 0.500 | | | | | 32.77000 | 16.39 | 401K - M | 81.76 | | | | | |
| | | | | | PTO-CURR | 7.600 | | | | | 32.77000 | 249.05 | FIT | 117.02 | | | | | |
| | | | | | | | | | | | | | SIT-WV | 61.48 | | | | | |

-- DEPT TOTAL --

| EARNING | HOURS | AMOUNT | WITHHOLDING | AMOUNT | ARREARS | BENEFIT | EARNED | TAKEN |
|---|---|---|---|---|---|---|---|---|
| REG | 173.300 | 6165.00 | HPLNSFT | 100.00 | | PTO-CURR | 20.710 | 92.700 |
| HOL | 1.800 | 33.61 | VISION E | 3.38 | | | | |
| PTO-CURR | 92.700 | 3048.97 | VISIONES | 6.13 | | | | |
| BWK1.00 | 3.000 | 3.00 | DENTAL/S | 5.67 | | | | |
| | | | DENTAL/F | 17.01 | | | | |
| | | | FICA-SS | 565.34 | | | | |
| | | | FICA-MED | 132.22 | | | | |
| | | | 401K - M | 377.72 | | | | |
| | | | FIT | 1029.18 | | | | |
| | | | SIT-WV | 343.22 | | | | |
| | | | SIT-OH | 34.51 | | | | |

**Payroll: OVREG (Reg & Special Payments)**　　　　Timecard date: 09/21/19
　　　　　　　　　　　　　　　　　　　　　　　21.7093 - PHYS THER HIGHLANDS

| NAME / NUMBER | TC DATE / PAY DATE | GROSS / NET | CK/DD # EMP TYPE | EARNING | HOURS | SHF | JOB CODE | DEPARTMENT | CONTRACT | RATE | AMOUNT | WITHHOLD | AMOUNT | ARREARS | PLAN | HR BASE | EARNED | TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GILHAM,KYLEE MARIE | 09/21/19 | 2574.10 | D547883.1 | (STANDARD) | | 1 | 2290 | 21.7093 | | 20.86000 | | | | | | | | |
| 2174978 | 09/27/19 | 1845.46 | FT | REG | 38.500 | 1 | 2290 | 31.7090 | | 20.86000 | 803.11 | HPLNSFT | 50.00 | | PTO-CURR | 80.000 | 4.615 | 57.499 |
| | | | | REG | 27.400 | 1 | 2290 | 31.7090 | | 20.86000 | 571.56 | VISION E | 3.38 | | | | | |
| | | | | PTO-CURR | 1.500 | 1 | 2290 | 31.7090 | | 20.86000 | 31.29 | DENTAL/S | 5.67 | | | | | |
| | | | | PTO-CURR | 12.600 | 1 | 2290 | 31.7090 | | 20.86000 | 262.84 | FICA-SS | 155.93 | | | | | |
| | | | | PTO-PAID | 43.399 | 1 | | | | 20.86000 | 905.30 | FICA-MED | 36.47 | | | | | |
| | | | | | | | | | | | | 401K - M | 83.44 | | | | | |
| | | | | | | | | | | | | FIT | 311.45 | | | | | |
| | | | | | | | | | | | | SIT-OH | 69.93 | | | | | |
| | | | | | | | | | | | | WHOLELIF | 12.37 | | | | | |
| SHAHSAVARI,ROZITA | 09/21/19 | 2312.32 | D547546.1 | (STANDARD) | | 1 | 2280 | 21.7093 | | 36.13000 | | | | | | | | |
| 2139004 | 09/27/19 | 1369.91 | PTR | PTO-CURR | 32.000 | | | | | 36.13000 | 1156.16 | HPLNSFT | 50.00 | | PTO-CURR | 64.000 | 7.877 | 64.000 |
| | | | | PTO-CURR | 32.000 | | | | | 36.13000 | 1156.16 | VISIONES | 6.13 | | | | | |
| | | | | | | | | | | | | DENTAL/F | 17.01 | | | | | |
| | | | | | | | | | | | | FICA-SS | 138.83 | | | | | |
| | | | | | | | | | | | | FICA-MED | 32.47 | | | | | |
| | | | | | | | | | | | | 401K - M | 231.23 | | | | | |
| | | | | | | | | | | | | FIT | 250.37 | | | | | |
| | | | | | | | | | | | | SIT-WV | 88.75 | | | | | |
| | | | | | | | | | | | | CIT-MF | 4.25 | | | | | |
| | | | | | | | | | | | | UNLIFE | 47.55 | | | | | |
| | | | | | | | | | | | | CRITILL | 12.50 | | | | | |
| | | | | | | | | | | | | ACCIDEN | 12.30 | | | | | |
| | | | | | | | | | | | | VOL LTD | 29.42 | | | | | |
| | | | | | | | | | | | | STDF MOU | 21.60 | | | | | |
| ULLUM,AUGUST ROBERT II | 09/21/19 | 2934.80 | D547792.1 | (STANDARD) | | 1 | 2280 | 21.7093 | | 48.08000 | | | | | | | | |
| 2170650 | 09/27/19 | 2208.88 | FT | REG | 4.000 | | | | | 48.08000 | 192.32 | FICA-SS | 181.96 | | PTO-CURR | 61.040 | 4.695 | 57.040 |
| | | | | PTO-CURR | 36.000 | | | | | 48.08000 | 1730.88 | FICA-MED | 42.55 | | | | | |
| | | | | PTO-CURR | 21.040 | | | | | 48.08000 | 1011.60 | FIT | 357.92 | | | | | |
| | | | | | | | | | | | | SIT-WV | 142.49 | | | | | |
| | | | | | | | | | | | | UWAY | 1.00 | | | | | |
| WELLING,KARA CHRISTINE | 09/21/19 | 232.20 | D548235.1 | (STANDARD) | | 1 | 2280 | 21.7093 | | 33.41000 | | | | | | | | |
| 3196557 | 09/27/19 | 196.20 | PTR | REG | 4.000 | | | | | 33.41000 | 133.64 | FICA-SS | 14.40 | | PTO-CURR | 6.950 | 0.401 | 2.950 |
| | | | | PTO-CURR | 2.950 | | | | | 33.41000 | 98.56 | FICA-MED | 3.37 | | | | | |
| | | | | | | | | | | | | 401K - M | 11.61 | | | | | |
| | | | | | | | | | | | | SIT-WV | 6.62 | | | | | |

　　　　　　　　　　　　　　　　　　　　　　-- DEPT TOTAL --

| EARNING | HOURS | AMOUNT | WITHHOLDING | AMOUNT | ARREARS | BENEFIT | EARNED | TAKEN |
|---|---|---|---|---|---|---|---|---|
| REG | 73.900 | 1700.63 | HPLNSFT | 100.00 | | PTO-CURR | 17.588 | 181.489 |
| PTO-CURR | 138.090 | 5447.49 | VISION E | 3.38 | | | | |
| PTO-PAID | 43.399 | 905.30 | VISIONES | 6.13 | | | | |
| | | | DENTAL/S | 5.67 | | | | |
| | | | DENTAL/F | 17.01 | | | | |
| | | | FICA-SS | 491.12 | | | | |
| | | | FICA-MED | 114.86 | | | | |
| | | | 401K - M | 326.28 | | | | |
| | | | FIT | 919.74 | | | | |
| | | | SIT-WV | 237.86 | | | | |
| | | | SIT-OH | 69.93 | | | | |
| | | | CIT-MF | 4.25 | | | | |

**Payroll: OVREG (Reg & Special Payments)**　　　　　Timecard date: 10/05/19
　　　　　　　　　　　　　　　　　　　　　　　　21.7093 - PHYS THER HIGHLANDS

| NAME / NUMBER | TC DATE / PAY DATE | GROSS / NET | CK/DD # / EMP TYPE | EARNING | HOURS | SHF | JOB CODE | DEPARTMENT | CONTRACT | RATE | AMOUNT | WITHHOLD | AMOUNT | ARREARS | PLAN | HR BASE | EARNED | TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHAHSAVARI,ROZITA | 10/05/19 | 2312.32 | D548437.1 | (STANDARD) | | 1 | 2280 | 21.7093 | | 36.13000 | | | | | | | | |
| 2139004 | 10/11/19 | 1369.91 | PTR | PTO-CURR | 32.000 | | | | | 36.13000 | 1156.16 | HPLNSFT | 50.00 | | PTO-CURR | 64.000 | 7.877 | 64.000 |
| | | | | PTO-CURR | 32.000 | | | | | 36.13000 | 1156.16 | VISIONES | 6.13 | | | | | |
| | | | | | | | | | | | | DENTAL/F | 17.01 | | | | | |
| | | | | | | | | | | | | FICA-SS | 138.83 | | | | | |
| | | | | | | | | | | | | FICA-MED | 32.47 | | | | | |
| | | | | | | | | | | | | 401K - M | 231.23 | | | | | |
| | | | | | | | | | | | | FIT | 250.37 | | | | | |
| | | | | | | | | | | | | SIT-WV | 88.75 | | | | | |
| | | | | | | | | | | | | CIT-MF | 4.25 | | | | | |
| | | | | | | | | | | | | UNLIFE | 47.55 | | | | | |
| | | | | | | | | | | | | CRITILL | 12.50 | | | | | |
| | | | | | | | | | | | | ACCIDEN | 12.30 | | | | | |
| | | | | | | | | | | | | VOL LTD | 29.42 | | | | | |
| | | | | | | | | | | | | STDF MOU | 21.60 | | | | | |
| ULLUM,AUGUST ROBERT II | 10/05/19 | 225.98 | D548627.1 | (STANDARD) | | 1 | 2280 | 21.7093 | | 48.08000 | | | | | | | | |
| 2170650 | 10/11/19 | 203.22 | FT | PTO-CURR | 4.700 | | | | | 48.08000 | 225.98 | FICA-SS | 14.01 | | PTO-CURR | 4.700 | 0.362 | 4.700 |
| | | | | | | | | | | | | FICA-MED | 3.28 | | | | | |
| | | | | | | | | | | | | SIT-WV | 4.47 | | | | | |
| | | | | | | | | | | | | UWAY | 1.00 | | | | | |

　　　　　　　　　　　　　　　　　　　　-- DEPT TOTAL --

| EARNING | HOURS | AMOUNT | WITHHOLDING | AMOUNT | ARREARS | BENEFIT | EARNED | TAKEN |
|---|---|---|---|---|---|---|---|---|
| PTO-CURR | 68.700 | 2538.30 | HPLNSFT | 50.00 | | PTO-CURR | 8.239 | 68.700 |
| | | | VISIONES | 6.13 | | | | |
| | | | DENTAL/F | 17.01 | | | | |
| | | | FICA-SS | 152.84 | | | | |
| | | | FICA-MED | 35.75 | | | | |
| | | | 401K - M | 231.23 | | | | |
| | | | FIT | 250.37 | | | | |
| | | | SIT-WV | 93.22 | | | | |
| | | | CIT-MF | 4.25 | | | | |
| | | | UNLIFE | 47.55 | | | | |
| | | | CRITILL | 12.50 | | | | |
| | | | ACCIDEN | 12.30 | | | | |
| | | | VOL LTD | 29.42 | | | | |
| | | | STDF MOU | 21.60 | | | | |
| | | | UWAY | 1.00 | | | | |
| | 68.700 | 2538.30 | | 965.17 | | | 8.239 | 68.700 |

**NET PAY = 1573.13**