IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

KEITH REED, LISA DOLENCE,
ELIZABETH SCHENKEL,
EMILY WINES, MARK GARAN
CHRISTINA LUCAS, and AUGUST ULLUM, II,
individually and on behalf of others similarly
situated,

          Plaintiffs,

v.                                  CIVIL ACTION NO. 5:19-CV-263
                                      Judge Bailey

ALECTO HEALTHCARE SERVICES, LLC, and
ALECTO HEALTHCARE SERVICES
WHEELING, LLC, d/b/a Ohio Valley Medical
Group d/b/a OVMC Physicians,

          Defendants.

## JUDGMENT ORDER

On November 7, 2022, a Fairness/Status Hearing was held in the above-styled case. This Court took up the issues addressed by the parties in their November 5, 2022 Joint Status Report [Doc. 226], and the pending Motion for Service Award and Civil Penalties [Doc. 223] and Motion for Attorney Fees [Doc. 214]. This Court directed the parties to file a Joint Status Report following the hearing to finalize class damages calculations.

After hearing argument from both sides and reviewing the Joint Status Report [Doc. 229], this Court held the following:

- Plaintiffs' Motion for Service Awards and Civil Penalties Pursuant to 29 U.S.C. § 2104(a)(3) [**Doc. 223**] is **DENIED**;

- Plaintiffs' Motion for Attorney's Fees and Costs [**Doc. 214**] is **GRANTED IN PART AND DENIED IN PART**. The total for attorney's fees and costs is: **$483,388.61**; and

- Damages are entered against defendants in the amount of **$2,686,357.11**.

The Clerk is hereby **DIRECTED** to **STAY** the above-styled case pending distribution of class payments.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: November 28, 2022.

*[signature]*

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**