IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**KEITH REED, LISA DOLENCE,**
**ELIZABETH SCHENKEL,**
**EMILY WINES, MARK GARAN**
**CHRISTINA LUCAS,** and **AUGUST ULLUM, II,**
individually and on behalf of others similarly
situated,

        Plaintiffs,

v.

**CIVIL ACTION NO. 5:19-CV-263**
Judge Bailey

**ALECTO HEALTHCARE SERVICES, LLC,** and
**ALECTO HEALTHCARE SERVICES**
**WHEELING, LLC,** d/b/a Ohio Valley Medical
Group d/b/a OVMC Physicians,

        Defendants.

## ORDER

On May 22, 2024, two (2) Status Reports were filed. See [Docs. 234 & 235]. After reviewing the status reports, it is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: May 28, 2024.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE