IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, and AUGUST ULLUM, individually and on behalf of others similarly situated,<br><br>                  Plaintiffs,<br>   v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br><br>                  Defendants. | Case No. 5:19-cv-00263<br><br>Judge John Preston Bailey<br><br>CLASS ACTION |

## PLAINTIFFS' MOTION TO REOPEN

NOW COME the Plaintiffs, by counsel, and move to reopen this matter. In support of the Motion, the Plaintiffs state as follows:

1. On November 28, 2022, this Court entered judgment in favor of the Plaintiff Class. [ECF Doc. # 230.]

2. Over thirty days passed after the Judgment Order was entered and Defendants did not file a Notice of Appeal.

3. After entry of the Judgment Order, the Parties engaged in discussions regarding satisfaction of the Judgment Order. Those discussions ultimately broke down and Class Counsel began working to execute the Judgment Order.

4. In the spring 2023, Class Counsel engaged, at their own expense, counsel in California in an effort to collect the Judgment Order. Counsel certified this Court's Judgment Order in the U.S. District Court for the Central District of California on or around April 24, 2023.

5.      On June 16, 2023, Alecto Healthcare Services, LLC filed a voluntary petition for bankruptcy pursuant to Title 11, Subchapter V of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware, No. 23-10787 (JKS).

6.      Class Counsel then engaged bankruptcy counsel licensed in Delaware – again at their own considerable expense – to represent the Reed Class in enforcement of the Judgment Order in the bankruptcy proceedings. Counsel for the Class (known in the bankruptcy proceedings as the Reed Judgment Creditors) submitted a claim and began actively litigating in the bankruptcy in an effort to vigorously enforce the Judgment Order.

7.      The Reed Judgment Creditors objected to the case being designated under Subchapter V of Chapter 11 of the Bankruptcy Code and objected to Confirmation of the Plan of Reorganization. On April 4, 2024, the Bankruptcy Court overruled the Reed Judgment Creditors' objections and entered an Order confirming the Debtor's Plan of Reorganization.

8.      The Reed Judgment Creditors, by counsel, noticed their appeal of the Confirmation Order to the U.S. District Court for the District of Delaware, No. 1:24-cv-00494 (GBW), on April 19, 2024.

9.      Currently, Class Counsel will not have an estimate of the amount that will be distributed to the Reed Judgment Creditors until after all the claims filed in Alecto's bankruptcy and the Reed Judgment Creditors' appeal are resolved.

10.      Once Class Counsel know the timing and amount of a distribution to the Reed Judgment Creditors, if any, they intend to file a Motion for Approval with this Court.

11.      By Order entered May 28, 2024, this Court dismissed the action without prejudice subject to reopening, for good cause shown, by motion of any party filed within 90 days after the entry of the Order. [ECF Doc. # 236.]

12. Plaintiffs believe that any distribution less than the full amount of the Judgment should be approved by this Court. Accordingly, Plaintiffs request that the Court reopen this case and it remain on the Court's docket pending the resolution of Plaintiffs' claims in the U.S. District Court and Bankruptcy Court for the District of Delaware.

**WHEREFORE**, Plaintiffs submit that good cause exists to reopen this action to await resolution of the Plaintiffs' claim in the U.S. District Court and Bankruptcy Court for the District of Delaware, and therefore respectfully request that Plaintiffs' Motion to Reopen be granted.

Respectfully submitted,

/s/ Bren J. Pomponio

| | |
|---|---|
| Timothy F. Cogan, Esq. (WVSB # 764) | Bren J. Pomponio, Esq. (WVSB # 7774) |
| tfc@walslaw.com | bren@msjlaw.org |
| **Cassidy, Cogan, Shapell & Voegelin, LC** | **Mountain State Justice, Inc.** |
| The First State Capitol Building | 1217 Quarrier Street |
| 1413 Eoff Street | Charleston, WV 25301 |
| Wheeling, WV 26003 | T.: (304) 344-3144 |
| T.: (304) 232-8100 | |
| | Maureen Davidson-Welling, Esq. (*pro hac vice*) |
| F. Alex Risovich, Esq. (WVSB # 10866) | mdw@stembercohn.com |
| alex.risovich@risovichlaw.com | John Stember, Esq. (*pro hac vice*) |
| **Risovich Law Offices, PLLC** | jstember@stembercohn.com |
| 3023 Pennsylvania Avenue | **Stember Cohn & Davidson-Welling, LLC** |
| Weirton, WV 26062 | The Hartley Rose Building |
| T.: (304)723-2588 | 425 First Avenue, 7th Floor |
| F.: (304)723-2504 | Pittsburgh, PA  15219 |
| | T.: (412) 338-1445 |
| Dated:  August 26, 2024 | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, and AUGUST ULLUM, individually and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br><br>     Defendants. | Case No. 5:19-cv-00263<br><br>Judge John Preston Bailey<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

 I, Bren J. Pomponio, certify that on August 26, 2024, I electronically filed "**PLAINTIFS' MOTION TO REOPEN**" with the Clerk of the Court using the CM/ECF system, which will send electronic notice to all counsel of record as follows:

Kevin L. Carr, Esquire
Chelsea E. Thompson, Esquire
Mitchell J. Rhein
300 Kanawha Boulevard, East
Charleston, WV 25301
kcarr@spilmanlaw.com cthompson@spilmanlaw.com

Michael S. Garrison, Esquire
48 Donley Street, Suite 800
Morgantown, WV 26501
mgarrison@spilmanlaw.com

            /s/ Bren J. Pomponio
           Bren J. Pomponio (WVSB # 7774)