# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**KEITH REED,**
**ELIZABETH SCHENKEL,**
**EMILY WINES, MARK GARAN,**
**CHRISTINA LUCAS,** and **AUGUST ULLUM, II,**
individually and on behalf of others similarly
situated,

        Plaintiffs,

v.

**CIVIL ACTION NO. 5:19-CV-263**
Judge Bailey

**ALECTO HEALTHCARE SERVICES, LLC,** and
**ALECTO HEALTHCARE SERVICES**
**WHEELING, LLC,** d/b/a Ohio Valley Medical
Group d/b/a OVMC Physicians,

        Defendants.

## ORDER

Pending before this Court is Plaintiffs' Motion to Reopen [Doc. 238], filed August 26, 2024. Defendants are hereby **DIRECTED TO RESPOND** to the Motion on or before **June 27, 2025**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: June 10, 2025.

                                          JOHN PRESTON BAILEY
                                          UNITED STATES DISTRICT JUDGE