# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, and AUGUST ULLUM, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br><br>Defendants. | Case No. 5:19-cv-00263<br><br>Judge John Preston Bailey<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION TO REOPEN AND APPROVE DISTRIBUTION TO CLASS COUNSEL FOR REIMBURSEMENT OF OUT-OF-POCKET EXPENSES**

NOW COME the Plaintiffs, by counsel, and move to reopen this matter. In support of the Motion, the Plaintiffs state as follows:

1. On November 28, 2022, this Court entered judgment in favor of the Plaintiff Class. [ECF Doc. # 230.]

2. Over thirty days passed after the Judgment Order was entered and Defendants did not file a Notice of Appeal.

3. After entry of the Judgment Order, the Parties engaged in discussions regarding satisfaction of the Judgment Order. Those discussions ultimately broke down and Class Counsel began working to execute the Judgment Order.

4. In the spring 2023, Class Counsel retained, at their own expense in the amount of $5,000.00, California counsel in an effort to collect the Judgment Order. Retained counsel certified

1

this Court's Judgment Order in the U.S. District Court for the Central District of California on or around April 24, 2023.

5. On June 16, 2023, Alecto Healthcare Services, LLC filed a voluntary petition for bankruptcy pursuant to Title 11, Subchapter V of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware, No. 23-10787 (JKS).

6. Class Counsel then engaged bankruptcy counsel licensed in Delaware – again at their own considerable expense (totaling over $160,000.00) – to represent the Reed Class in enforcement of the Judgment Order in the bankruptcy proceedings. Counsel for the Class (known in the bankruptcy proceedings as the Reed Judgment Creditors) submitted a claim and began actively litigating in the bankruptcy in an effort to vigorously enforce the Judgment Order.

7. The Reed Judgment Creditors objected to (i) designating this case under Subchapter V of Chapter 11 of the Bankruptcy Code and (ii) Confirmation of the Plan of Reorganization. On April 4, 2024, the Bankruptcy Court overruled the Reed Judgment Creditors' objections and entered an Order confirming the Debtor's Plan of Reorganization.

8. The Reed Judgment Creditors, by counsel, noticed their appeal of the Confirmation Order to the U.S. District Court for the District of Delaware, No. 1:24-cv-00494 (GBW), on April 19, 2024.

9. By Order entered on March 31, 2025, the United States District Court for the District of Delaware affirmed the Orders of the Bankruptcy Court. The Reed Judgment Creditors then filed a Notice of Appeal to the United States Court of Appeals for the Third Circuit, which docketed the appeal as No. 25-1853. The Reed Judgment Creditors filed their Opening Brief on September 22, 2025, and Appellees filed their Response Brief on November 21, 2025. The Reed

Judgment Creditors will file their Reply Brief on December 19, 2025, after which briefing will be complete.

10. Meanwhile, the Reed Judgment Creditors received the first distribution from Alecto Healthcare Services LLC's ("Alecto") Subchapter V Bankruptcy Plan. (Ex. A.) The total amount being paid to Alecto's creditors in the first distribution is $90,000.00. The Reed Judgment Creditors received 7.7% of the distribution or $6,928.33. (Ex. A.)

11. By Order entered May 28, 2024, the Court dismissed this action without prejudice subject to reopening, for good cause shown, by motion of any party filed within 90 days after the entry of the Order. [ECF Doc. # 236.]

12. On August 27, 2024, the Reed Judgment Creditors moved to reopen. [ECF Doc. # 238.] By Order entered July 1, 2025, the Court denied the Motion. [ECF Doc. # 241.]

13. Pursuant to the Court's inherent power to conduct this Class Action proceeding under Rule 23 of the *Federal Rules of Civil Procedure*, Class Counsel seek an Order from this Court approving reimbursement from pending and future distributions from Alecto's Bankruptcy up to the amount of out-of-pocket expenses ($165,000.00) Class Counsel has incurred executing the Judgment on behalf of the Class.

**WHEREFORE**, Plaintiffs submit that good cause exists to reopen this action and respectfully request that the Court enter an Order approving reimbursement of Class Counsel as requested.

Respectfully submitted,

/s/ Bren J. Pomponio

| | |
|---|---|
| Timothy F. Cogan, Esq. (WVSB # 764) | Bren J. Pomponio, Esq. (WVSB # 7774) |
| tfc@walslaw.com | bren@msjlaw.org |
| **Cassidy, Cogan, Shapell & Voegelin, LC** | **Mountain State Justice, Inc.** |
| The First State Capitol Building | 1217 Quarrier Street |

| | |
|---|---|
| 1413 Eoff Street<br>Wheeling, WV 26003<br>T.: (304) 232-8100 | Charleston, WV 25301<br>T.: (304) 344-3144 |
| F. Alex Risovich, Esq. (WVSB # 10866)<br>alex.risovich@risovichlaw.com<br>**Risovich Law Offices, PLLC**<br>3023 Pennsylvania Avenue<br>Weirton, WV 26062<br>T.: (304)723-2588<br>F.: (304)723-2504 | Maureen Davidson-Welling, Esq. (*pro hac vice*)<br>mdw@stembercohn.com<br>John Stember, Esq. (*pro hac vice*)<br>jstember@stembercohn.com<br>**Stember Cohn & Davidson-Welling, LLC**<br>The Hartley Rose Building<br>425 First Avenue, 7th Floor<br>Pittsburgh, PA  15219<br>T.: (412) 338-1445 |
| Dated:  December 2, 2025 | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| KEITH REED, ELIZABETH SCHENKEL, EMILY WINES, MARK GARAN, and AUGUST ULLUM, individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>ALECTO HEALTHCARE SERVICES LLC, and ALECTO HEALTHCARE SERVICES WHEELING, LLC d/b/a OHIO VALLEY MEDICAL GROUP and d/b/a OVMC PHYSICIANS,<br><br>  Defendants. | Case No. 5:19-cv-00263<br><br>Judge John Preston Bailey<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

    I, Bren J. Pomponio, certify that on January 12, 2026, I electronically filed "**PLAINTIFFS' MOTION TO REOPEN AND APPROVE DISTRIBUTION TO CLASS COUNSEL FOR REIMBURSEMENT OF OUT-OF-POCKET EXPENSES**" with the Clerk of the Court using the CM/ECF system, which will send electronic notice to all counsel of record as follows:

Kevin L. Carr, Esquire
Chelsea E. Thompson, Esquire
Mitchell J. Rhein
300 Kanawha Boulevard, East
Charleston, WV 25301
kcarr@spilmanlaw.com
mrhein@spilmanlaw.com
cthompson@spilmanlaw.com


Michael S. Garrison, Esquire
48 Donley Street, Suite 800
Morgantown, WV 26501
mgarrison@spilmanlaw.com


                                                                      /s/ *Bren J. Pomponio*
                                                                     Bren J. Pomponio (WVSB # 7774)