IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

KEITH REED,
ELIZABETH SCHENKEL,
EMILY WINES, MARK GARAN,
CHRISTINA LUCAS, and AUGUST ULLUM, II,
individually and on behalf of others similarly
situated,

    Plaintiffs,

v.                                                    CIVIL ACTION NO. 5:19-CV-263
                                                      Judge John Preston Bailey

ALECTO HEALTHCARE SERVICES, LLC, and
ALECTO HEALTHCARE SERVICES
WHEELING, LLC, d/b/a Ohio Valley Medical
Group d/b/a OVMC Physicians,

    Defendants.

## ORDER

Pending before the Court is Plaintiffs' Motion to Reopen and Approve Distribution to Class Counsel for Reimbursement of Out-Of-Pocket Expenses. [**Doc. 242**] Having determined that good cause exists as set forth in Plaintiffs' Motion, the Motion [**Doc. 242**] is **GRANTED**. Accordingly, the Court **ORDERS** as follows:

    1.    This action is reinstated to the active docket for the purpose of entering this Order;

    2.    Plaintiffs' Motion to Approve Distribution to Class Counsel for Reimbursement is **GRANTED**. The Court approves the reimbursement of Class Counsel's out-of-pocket expenses incurred in enforcing the Judgment from distributions from Alecto Healthcare Services, LLC's Subchapter V Bankruptcy Plan.

There being no remaining matters for the Court's consideration, this action is **DISMISSED**, without prejudice. The Clerk is **DIRECTED** to retire the action from the Court's active docket and to transmit copies of this Order to all counsel of record.

DATED: 1/12/2026

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**